ORIGINAL

ECF

RECEIVED
SEP 17 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# COVER SHEET

(Only this sheet must accompany original complaint or petition)

1. *PLAINTIFF(S) or PETITIONER(S)*
   a. Tiger Natural Gas, Inc.

   If this is a multi-plaintiff case, pursuant to Rule 20(a), please attach an alphabetized, numbered list of all plaintiffs.

   *DEFENDANT or RESPONDENT*
   b. X United States of America
   or
   ___ Secretary of the Dept. of Health and Human Services

03-2201C

2. Name of attorney of record: Sandeep Kathuria
   (See Rule 81(d)(1))
3. Is the attorney of record admitted to the Claims Court Bar? Yes
4. Fill in the appropriate numbers or letters from the information sheet: *ONLY ONE FOR EACH ITEM:*
   a. *Nature of Suit* ~~2 / 380~~ 118 *(Numbers)*
   b. *Agency* GSA *(Letters)*
   c. *If Vaccine case, put one 2-digit number from section I, in front of the (/); one 3-digit number from section II after the (/) and state the date of the vaccination* ________ *(date)*
5. *Amount claimed:* 829,584.81
6. *Number of counts:* 2
7. *If Contract case, under the Contract Disputes Act?* Yes
8. *If Tax case, specify IRC sections involved* ________
   *and number of tax years* ________
9. *If taking of realty, state number of acres* ________
10. *If item 4a above has 380 after slash, or 4b has (0), please explain:* GSA has setoff amounts from Tiger's invoices to recover contract demand.
11. *Is case related to any pending U.S. Claims Court case?* No
    *See Rule 77(f)(2), regarding separate filing of a Notice of Related Case(s), stating whether any pending or previous* action in *any court* and the action being filed appear to be related.

## COVER SHEET INFORMATION
Nature of Suit/Category

TAX
6/470—Gift
6/100-Income
6/175—Estate
6/465—Excise
6/200—Preparer's penalty
6/370—Withholding
6/110—Windfall profit tax overpayment (interest)
5/101—Informer's Fee
5/380—Other