2 to 3 weeks
Prior to Award

# Notice Concerning Solicitation



OF-17 (OCT. 83) FAR (48 CFR 53.214(c))

**IMPORTANT— NOTICE TO BIDDER**

On the envelope submitting your bid, it is imperative:

1. That your name and address appear in the UPPER left corner.
2. That the bottom portion of this label be filled in and pasted on the LOWER left corner.

5017-103

CUT HERE — SEALED BID

| |
|---|
| INVITATION NO. |
| DATE OF OPENING |
| TIME OF OPENING A.M. P.M. |
| BID FOR |

Solicitation No. GS-07P-00-HHC-0066

**INSTALLATION OF EQUIPMENT AND FACILITIES FOR THE STORAGE OF LIQUID PROPANE AND THE PRODUCTION OF PROPANE-AIR GAS**

**PROPOSALS DUE ~~JUNE 20, 2000~~**

**NOTICE: REQUESTS FOR EXPLANATION OR INFORMATION**

In lieu of a pre-proposal conference, a form is included immediately following this page for questions or clarifications.
Please submit all questions no later than May 26, 2000.

Oral or written requests for explanation or information regarding this solicitation should be directed to:

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE
ATTN: PIA HEIGES
ROOM 11A01, 7PMA
819 TAYLOR STREET
FT. WORTH, TEXAS 76102-6114 or Phone (817) 978-3849

Fax: 817-978 2061 Carol 6165

**PLEASE REMOVE THIS COVER PAGE BEFORE SUBMITTING OFFER TO GSA.**

Blood - Drug tests?

Pia.Heiges@GSA.GOV

Bid pkg copy

4L North Fed Bldg.

Propane backup System

# REQUEST FOR CLARIFICATION OF SOLICITATION DOCUMENTS
# EQUIPMENT & FACILITIES FOR THE STORAGE OF PROPANE
# GS-07P-00-HHC-0066

Transmit this page to Fax Machine Number (817) 978-7098 or mail to the following address:

To: General Services
Special Services Division (7PMA)
Attn: Pia Heiges
819 Taylor Street, Room 11A01
Fort Worth, TX 76102-6105

From: ______________________________

______________________________

______________________________

______________________________

Ph.______________Fax______________

**NOTE:** Questions/clarifications should be in writing and received at the above address no later than May 26, 2000.

Reference: Section:________Page Number______Paragraph Number______

Question or Clarification Requested:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

# TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| **SECTION B:** | Supplies or Services and Prices | 2 - 9 |
| **SECTION C:** | Description/Specification | 1 - 7 |
| **SECTION D:** | Packaging and Marking | 1 - 2 |
| **SECTION E:** | Inspection and Acceptance | 1 - 4 |
| **SECTION F:** | Deliveries or Performance | 1 - 5 |
| **SECTION G:** | Contract Administration Data | 1 - 3 |
| **SECTION H:** | Special Contract Requirements | 1 - 9 |
| **SECTION I:** | Contract Clauses | 1 - 10 |
| **SECTION J:** | Documents, Exhibits and Other Attachments | 1 - 22 |
| | Exhibit 1: Specification | 13 |
| | Exhibit 2: Forms for Bonds | 14-17 |
| | Exhibit 3: Wage Determinations | 18-22 |
| **REPRESENTATIONS AND CERTIFICATIONS** | | |
| **SECTION K:** | Representations, Certifications and Statement of Offerors | 1 - 11 |
| **SECTION L:** | Instructions, Conditions and Notices to Offerors | 1 - 9 |
| **SECTION M:** | Evaluation Factors for Award | 1 - 4 |

# SECTION B:
## Supplies or Services and Prices

**B.1 Required Services**

The Government requires energy conservation services at the Fort Worth Federal Center in Fort Worth; Texas, and seeks to obtain these services using this energy savings performance contract (FSPC) solicitation. The successful awardee will provide, at no capital cost to the Government, all labor, material, and equipment necessary to reduce utility costs at the Fort Worth Federal Center. Contracted services may also include operations and maintenance services during the contract term, as required in the technical sections of this specification and as proposed by the contractor and accepted by the Government. In return, the contractor will receive payment based on the guaranteed annual cost savings from its installed energy-conservation measures (ECMs).

The contractor shall receive equal monthly payments based on the annual contractor payment schedule [column (c) of Schedule 1] subject to an annual energy audit that will be conducted on or about each anniversary of government acceptance of the ECM installation date. See Section G for details on payments and reconciliation after annual energy audits.

This competitive solicitation requires offerors to submit technical proposals as specified in Section L. The installation of equipment and facilities for the storage of liquid propane and the production of propane-air gas is for the purpose of providing an alternative gaseous fuel source during periods of natural gas curtailment at the Federal Center.

Section J, Exhibit 1 contains the scope of work for this contract. This data includes location information, and energy use data.

**B.2 Schedules**

a. The offeror is required to complete all schedules in Section B. Schedules shall be completed as applicable to the offeror's proposed energy savings performance period.

The **maximum** energy savings performance period allowed for this solicitation is **10 years.**

b. All completed schedules **shall be submitted with the offeror's price proposal. See Sections L and M for details about the offeror's price proposal and evaluation.**

c. Schedule 1 presents the **estimated** annual cost savings, the annual contractor payments, and the **estimated** Government share of cost savings. The values submitted on Schedule 1 are for 12-month periods, beginning after complete installation and acceptance of the ECM by the Government. See Section C.2 for the definition of acceptance.

d. The Government estimates annual cost savings of approximately $60,000 as a result of switching to an interruptible, industrial gas rate. The offeror shall verify that this is a reasonable cost savings by contacting TXU Electric & Gas Corporation. The government will qualify for an interruptible gas rate as a result of the installation of the propane back-up system. The estimated annual cost savings in shall be assumed to be fixed throughout the contract term.

e. Schedule 2 presents the offeror's estimated investment for the ECM. Total ECM investment is used to establish bonding requirements for the ECM installation period. See H. 19 for details.

f. Schedule 3 presents the allocation of payments the contractor will receive from the Government on an annual basis. The schedule is divided into two sections. The Installation Phase section pertains to the investment incurred prior to acceptance of the installed ECM, debt service stream and the profit on investment. The Service Phase pertains to the expenses and profit associated with the services the contractor supplies to maintain and verify ECM performance during the contract period.

g. Schedule 4 presents the maximum termination liability the Government would assume for specified time periods in the event of cancellation of items (FAR 52.217-2) or termination for convenience (FAR 52.249-2).

h. Schedule 5 presents the estimated cash flows for each year of the proposed contract term to support the proposed annual contractor payments [Schedule 1, column (c)] and cancellation ceiling amounts proposed in Schedule 4.

### *B.2.1 Instructions for Completing Schedule 1*

a. The offeror shall specify the time period required—after the contract is awarded—to install the proposed ECM.

b. The offeror shall complete Schedule 1 to reflect:

1. Annual contractor payments for each year of proposed contract term after ECM installation and acceptance by the Government.

2. Estimated Government share of annual cost savings after ECM installation and acceptance by the Government.

c. The offeror shall enter "-0-" in all rows of Schedule 1 for years not included in the offeror's proposed contract term.

### *B.2.2 Instructions for Completing Schedule 2*

a. The offeror shall submit the estimated investment for the proposed ECM.

b. The total estimated investment is used to establish performance and payment bond amounts. See section H.19 for details.

c. The offeror shall calculate the simple payback in years, by dividing Column B by Column A.

# PART I - THE SCHEDULE

## SECTION C: DESCRIPTION/SPECIFICATION

Table of Contents


| Paragraph No. | Paragraph Name | |
|---|---|---|
| C.1 | General Requirements | 2 |
| C.2 | Definitions | 2 |
| C.3 | Contract Requirements | 3 |
| C.4 | Facility Performance Requirements of the ECM | 3 |
| C.5 | Installation Requirements for the ECM | 3 |
| C.6 | Maintenance of the ECM | 5 |
| C.7 | Repair of the ECM | 6 |
| C.8 | Contractor Maintenance and Repair Response Time | 6 |
| C.9 | Operations and Maintenance Manuals and Training for the ECM | 7 |

## C.1 General Requirements

The Government requires equipment to be installed at the Fort Worth Federal Center in Fort Worth, Texas to reduce associated utility costs. The contractor shall be responsible for providing all labor, material, and capital to install, and maintain the system during the contract term.

## C.2 Definitions

Key terms used within this solicitation are defined as follows:

**Acceptance of Installation Phase.** "Acceptance" means an authorized representative of the Government has inspected and accepted that contractor installed energy conservation measures (ECMs) are operational and comply with contract performance requirements and specifications. Government acceptance shall not relieve the contractor from complying with contract requirements during the contract term.

**Annual Energy Audit.** A procedure including, but not limited to, verification of the achievement of energy cost savings and energy unit savings guaranteed to result from implementation of energy conservation measures and determination of whether an adjustment to the energy baseline is justified by conditions beyond the contractor's control.

**Approval.** "Approval" means the Government has reviewed submittals, deliverables, or administrative documents (e.g., insurance certificates, installation schedules, planned utility interruptions, etc.) and has determined the documents conform to contract requirements. Government approval shall not relieve the contractor from responsibility for complying with contract requirements.

**Contract Scope.** "Contract scope" establishes the range for allowable contractor-proposed energy conservation measures during the contract term.

**Contract Term.** The contract term starts from the date of contract award. The contract term includes the time required to implement operational energy conservation measures and the energy savings performance period (in years) proposed by the contractor prior to contract award.

ECM(s). The acronyms ECM and ECMs referred to throughout this solicitation refer to the Propane Backup System to be installed at the Fort Worth Federal Center.

**Energy Audit.** An energy audit is a physical appraisal of a building or facility that determines the operating condition of its energy-consuming systems and equipment. The energy audit includes an evaluation of energy usage by fuel type, using existing metered data or new meter readings. Meter readings must be appropriate for the calculations performed to assess energy usage.

**Energy Baseline.** The amount of energy that would be consumed annually without implementation of energy conservation measures based on historical metered data, engineering calculations, submetering of buildings or energy-consuming systems, building load simulation models, statistical regression analysis, or some combination of these methods.

**Energy Savings.** Energy savings is a reduction in energy consumption or electrical demand. Energy savings shall be determined by comparing the energy baseline with the energy consumed after the contractor has installed ECM(s).

**Energy Conservation Measures (ECMs).** ECMs are measures that are applied to an existing Federally owned building or facility that improve energy efficiency, are life-cycle cost-effective, and that involve energy conservation, cogeneration facilities, renewable energy sources, improvements in operations and maintenance efficiencies, or retrofit activities.

**Energy Savings Performance Period.** The energy savings performance period is the period (typically in years) from the date an ECM is operational and accepted by the Government to the end of the contract term. The energy savings performance period may also be referred to herein as the "service period."

**Installation Period.** The installation period is from the date of award to the date all contracted energy conservation measures (ECMs) are operational and accepted by the Government. For post-award ECMs proposed and accepted by the Government, the installation period shall be from date of contract modification, incorporating additional ECMs, to the date all additional ECMs are operational and accepted by the Government. Installation period may also be referred to herein as the "construction period."

**Occupied Periods.** Occupied periods are the normal working hours during which facilities are used. Normal working hours for the Fort Worth Federal Center are 6:00 am - 6:00 pm unless otherwise specified.

## *C.3 Contract Requirements for the ECM*

The installed ECM shall comply with all contract requirements herein. Contract requirements also incorporate all Government-approved contractor submittals, including but not limited to: equipment design and installation specifications, compliance with codes and standards, design drawings, installation schedules, start-up and testing procedures, and operating and maintenance procedures.

## C.4 Facility Performance Requirements of the ECM

The following facility performance requirements must be maintained throughout the contract term.

a. Gas service may not, at any time, be interrupted during the performance of this contract except as provided under section C, paragraph 5.7.

## C.5 Installation Requirements for ECMS

### *C.5.1 ECM Installation Plans*

The contractor shall prepare and submit ECM installation plans to the Government, the City of Fort Worth, the Texas Railroad Commission, and to LP Gas division, for review and approval prior to starting ECM installation. The contractor shall provide installation plans, including proposed location of equipment, certified by a registered engineer to ensure compliance with applicable building codes. The ECM installation plan shall be prepared and submitted in accordance with paragraph F.5.3, "ECM Installation Plan." The contractor is responsible for the technical adequacy of its work. Acceptance of

the installation plans by the Government shall not relieve the contractor for adequacy of its design and installation work.

### C.5.2 Design and Construction Standards

a. All work, equipment and materials required for the ECM installation shall comply with the most recent issue of the following standards:

Code of Federal Regulations 40 CFR Part 68, 1996 or later.

National Electric Code (NEC)

National Electrical Safety Code (NESC)

National Fire Protection Association (NFPA) Standards including, but not limited to NFPA 101 - Life Safety Code.

U.S. Department of Labor - Occupational Safety and Health Administration (OSHA) Standards.

National Electrical Manufacturers Association (NEMA).

Underwriters Laboratory (UL).

Plant Technology and Safety Management (PTSM) including Interim Life Safety Measures.

b. No requirement of this solicitation shall supersede applicable regulations, local codes and/or standards. Any violation of such regulations and standards shall be brought to the attention of the contracting officer for clarification prior to proceeding with the work.

c. If conflicts between codes and/or standards exist, the contracting officer and applicable authority having jurisdiction shall determine the appropriate code to follow.

### C.5.3 ECM Quality Control Inspection Program

The contractor shall be responsible for quality control during the installation of the ECM. The contractor shall inspect and test all work performed during ECM installation to ensure compliance with contract performance requirements. The contractor shall maintain records of inspections and tests, including inspections and tests conducted by or for utility or other regulatory agencies. The contractor shall prepare a quality control inspection program for review and acceptance by the Government. The ECM quality control inspection program shall be prepared and submitted with the ECM installation plan in accordance with F.5.4, "ECM Installation Quality Control Inspection Program."

### C.5.4 Passageways

Installation work shall maintain passageway/access requirements in accordance with JCAHO requirements.

### C.5.5 *Availability of Utilities*

The Government will provide utilities at existing outlets as may be required for the installation work. See paragraph H.1, "Availability of Utilities."

### C.5.6 *Environmental Protection*

The proposed ECM shall cause no significant impacts upon the quality of the human environment. Impacts on air quality (pollutants, noise level, and odors or fumes) and potable water use are examples of various areas of concern at the project site. Any planned building modifications shall comply with the National Environmental Policy Act (NEPA) and other applicable Federal, state, and local environmental protection regulations. Refer to paragraph H.5 titled Environmental Protection.

### C.5.7 *Service Interruptions*

a. For any planned utility service interruptions, the contractor shall furnish a request to the contracting officer or its designated representative for approval at least 10 working days in advance. The request shall identify the affected buildings and duration of planned outage.

b. The Government will coordinate with affected tenants and customers as applicable.

c. If the discontinued service is due to any emergency breakdown, the contractor shall notify the contracting officer or its designated representative as soon as possible, and the Government will notify those affected tenants and customers as applicable.

### C.5.8 *As-Built Drawings*

After the installation period, the contractor shall submit as-built drawings to the contracting officer or his/her designated representative per Paragraph F.5, Deliverables.

## C.6 Maintenance of the ECM

a. Maintenance work includes all work and costs associated with maintaining the system, and shall be performed in accordance with Section J, Exhibit 1, "Propane Backup System Specifications". Maintenance work includes periodic equipment inspections, tests, and calibrations, preventative maintenance tasks, and corrective maintenance actions required to ensure systems operate as intended.

b. The contractor shall be responsible for maintenance of the system. For maintanance purposes, the system shall include all contractor-installed equipment and those portions of Government equipment that have been modified or replaced to achieve proposed ECM performance. Exceptions to this are:

   1) If the maintenance work is similar to an existing maintenance work requirement for Government-owned equipment (i.e., filter changing, light bulb changing, valve repacking) and does not impact Government resources, the contractor may request the Government to perform maintenance work on contractor-owned equipment. The Government reserves the right to not

accept the proposed responsibility for maintenance work on the installed ECM. If the Government accepts ECM maintenance responsibility, the Government reserves the right to provide the maintenance work in accordance with its own schedule rather than a contractor-suggested schedule.

c. When the implementation of an ECM changes existing equipment maintenance schedule(s), the contractor shall prepare a new written maintenance work procedure for approval by the contracting officer. The contractor shall train Government personnel in the new approved maintenance work procedure. The Government will permit its personnel to attend training sessions at reasonable times on the premises.

d. The Government will maintain Government-owned equipment and contractor equipment if the Government assumes the proposed operations work in C.6.b.1 above, in accordance with maintenance procedures provided by the contractor and approved by the contracting officer.

e. The Government will not move, turn off, or otherwise change any contractor-owned equipment without the consent of the contractor, unless such action is in accordance with the maintenance procedures provided by the contractor, or if it is necessary in an emergency to prevent loss of life, injury or damage to property, or severe discomfort to Government personnel or visitors.

## C.7 Repair of the ECM

Repair work includes all labor, material, and equipment associated with the replacement or rebuilding of facilities, systems, and equipment that have failed.

1) Contractor-Owned Items. When contractor-owned facilities, systems, and equipment fail, the contractor shall be responsible for repairs. The Government will repair failed contractor-owned facilities, systems, and equipment or reimburse the contractor for such repairs, if the failure resulted from negligence or improper operation by Government personnel. The system is considered contractor-owned until such time as the contract term has expired.

2) Government-Owned Items. When Government-owned facilities, systems, and equipment fail, the Government will be responsible for repairs within a reasonable time period. The contractor shall provide repairs, at no expense to the Government, if the Government-owned facilities, systems, and equipment failure is a result of actions on the part of the contractor. The contractor shall make repairs within a reasonable period of time, or the Government may repair or have the repairs made and charge the contractor for such repair costs. If the contractor elects to assume repair responsibilities for government-owned systems or equipment as part of an ECM, the ECM shall include a listing of the types of repairs that will be the contractor's responsibility.

## C.8 Contractor Maintenance and Repair Response Time

a. The contractor shall establish a point of contact (name and phone number) for use by the Government in providing response to contractor equipment failures. The point of contact shall be available throughout the contract term. Initial telephone response to repair call messages shall be within **24 hours**. If a site visit is needed to repair equipment, repair personnel shall arrive on site within **24 hours** of the initial telephone response for non-emergency repairs or within **8 hours** for emergency repairs.

b. Emergency maintenance and repair work is defined as that which is required during periods of natural gas curtailment.

c. In the event that contractor fails to respond as required above or in the event of an emergency, the Government may perform emergency repairs to contractor-owned equipment. The contractor shall hold the government harmless in such cases where the contractor fails to respond and in emergencies.

## C.9 Operations and Maintenance Manuals and Training for the ECM

### *C.9.1 Operations and Maintenance Manuals*

The contractor shall furnish operation and maintenance (O&M) manuals and recommended spare parts lists for the contractor-installed ECM and modified Government equipment. O&M plans and spare parts lists shall be submitted per paragraph F.5, Deliverables.

### *C.9.2 Government Personnel Training for the ECM*

a. Thirty days prior the installation completion, the contractor shall train Government personnel as required to operate, maintain, and repair ECM equipment and systems in the event of emergencies.

b. The contractor shall train Government personnel to operate, maintain, and repair ECM equipment 90 days prior to the end of contract term.

Training Program - General Requirements: The contractor shall provide a training program for Government personnel as specified below. The program shall provide instruction on operation, troubleshooting, maintenance, and repair of the ECM. Training shall include both a classroom phase and a practical application phase. The course material shall include the operation and maintenance plans and manuals. The program shall be conducted at site indicated by the Contracting Officer in facilities provided by the Government.

## SECTION D: PACKAGING AND MARKING

### Table of Contents

| Paragraph No. | Paragraph Name | Page No. |
|---|---|---|
| D.1 | Responsibility | 2 |
| D.2 | Shipments | 2 |
| D.3 | Delivery and Storage | 2 |

## D.1 Responsibility

The contractor shall be responsible for acquiring shipping, marking, packaging, storing, and installing supplies, equipment, and materials required to implement ECMs accepted and approved by the contracting officer.

## D.2 Shipments

a. All shipments, postage and fees related to this contract shall be paid by the Contractor. The contractor shall supervise the packing, unpacking, and placement of equipment and systems and shall do so without charge to the Government.

b. Delivery of Data Items Any reports or other products to be furnished hereunder shall be adequately packaged and marked to ensure safe delivery. All products must be clearly marked to identify the contents, the sender, the contract number, and the individual/office to which the reports or other products are being sent.

## D.3 Delivery and Storage

The contractor shall properly store, adequately protect, and carefully handle all equipment and materials to prevent damage.

# PART I - THE SCHEDULE

## SECTION E: INSPECTION AND ACCEPTANCE

### Table of Contents


| Paragraph No | Paragraph Name | Page No. |
|---|---|---|
| E.1 | Inspection and Acceptance | 2 |
| E.2 | Inspection of Construction (FAR 52.246-12) (AUG 1996) | 2 |
| E.3 | Inspection and Acceptance of Installed ECMs | 3 |
| E.4 | Inspection of Services-Fixed Price (FAR 52.246-04) (AUG 1996) | 3 |
| E.5 | Warranty of Service (FAR 52.246-20) (APR 1984) | 4 |

## E.1 Inspection and Acceptance

Inspection and acceptance of all work and services to be performed hereunder shall be made by the Contracting Officer's Representative.

## E.2 Inspection of Construction (FAR 52.246-12) (AUG 1996)

a. Definition.

"Work" includes, but is not limited to, materials, workmanship, manufacture, and fabrication of components.

b. The contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to the contract requirements. The contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the contracting officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

c. Government inspections and tests are for the sole benefit of the Government and do not:

1) Relieve the contractor of responsibility for providing adequate quality control measures

2) Relieve the contractor of responsibility for damage to or loss of the material before acceptance

3) Constitute or imply acceptance

4) Affect the continuing rights of the Government after acceptance of completed work under paragraph (i) below.

d. The presence or absence of a Government inspector does not relieve the contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the contracting officer's written authorization.

e. The Contractor shall promptly furnish, without additional charge, all facilities, labor, and materials reasonably needed for performing such safe and convenient inspections and tests as may be required by the contracting officer. The Government may charge to the contractor any additional cost of inspection or test when work is not ready at the time specified by the contractor for inspection or test, or when rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full-size, and performance tests shall be performed as described in the contract.

f. The contractor shall without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The contractor shall promptly segregate and remove rejected material from the premises.

g. If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the contractor's right to proceed.

h. If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the contractor or its subcontractors, the contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the contracting officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

i. Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the contracting officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

## E.3 Inspection and Acceptance of Installed ECMs

a. The Government and contractor shall jointly inspect ECMs. Inspections will be conducted simultaneously, by both the Government and contractor representatives to facilitate mutual agreement on satisfactory contract performance.

b. The contractor shall notify the contracting officer ten (10) working days in advance of ECM completion by submitting a written request for inspection. The request shall identify the location, describe the ECMs installed, schedule testing of ECMs for verifying energy savings performance, and recommend dates for inspection (if any).

## E.4 Inspection of Services-Fixed Price (FAR 52.246-04) (AUG 1996)

a. Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

b. The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

c. The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

d. If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may: (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

e. If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

## E.5. Warranty of Service (FAR 52.246-20) (APR 1984)

a. Definitions: "Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

"Correction," as used in this clause, means the elimination of a defect.

b. Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract. The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor within 30 days from the date the defect or nonconformance is detected by the Government. This notice shall state either (1) the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

c. If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed. If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

d. If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

# PART I - THE SCHEDULE

## SECTION F: DELIVERIES OR PERFORMANCE

Table of Contents


| Paragraph No. | Paragraph Name | Page No. |
|---|---|---|
| F.1 | Location | 2 |
| F.2 | Term of Contract | 2 |
| F.3 | Insurance Required Prior to Commencing Work | 2 |
| F.4 | Pre-performance Conference | 2 |
| F.5 | Deliverables | 2 |
| F.6 | Schedule of Deliverables | 5 |

F.1 Location

All work and services shall be performed at the Federal Center, 501 W. Felix Street, Fort Worth, Texas 76115.

## F.2 Term of Contract

The contract term shall be the sum of:

a. Proposed installation time for all ECMs after award submitted on Schedule 1 (in calendar days)

b. Proposed performance period submitted on Schedule 1 (in years).

## F.3 Insurance Required Prior to Commencing Work

a. Prior to proceeding with on-site work, the contractor shall submit to the contracting officer, in accordance with Paragraph F.6, Schedule of Deliverables:

1) Item 001 - Certificate of Insurance (See H.16)

b. The Contractor shall not begin any on-site work until acceptable certificate of insurance has been received and approved by the contracting officer.

## F.4 Pre-performance Conference

Prior to commencing work, the contractor shall meet in conference with the contracting officer or its designated representative to agree upon scheduling, performing, and administering the work.

## F.5 Deliverables

The contractor shall submit the following deliverables to the contracting officer or its designated representative for review and approval per Schedule of Deliverables provided in Paragraph F.6.

### *F.5.1 Item 001 - Insurance*

The contractor shall submit the required insurance as described in Section H, Paragraph H.15.

### *F.5.2 Item 002 - Work Schedules*

The contractor shall arrange its on-site work so that it will not interfere with normal Government business. The contractor shall develop a weekly work schedule for all on-site work performed from contract award through installation period for all ECMs. In no event shall the contractor change approved work schedules without the prior consent of the contracting officer or its designated representative.

### F.5.3 Item 003 - Work Outside Normal Working Hours

If the contractor desires to work on Saturday, Sunday, holidays, or outside the normal working hours, 6:00 am - 6:00 pm, it may submit a request for approval to the contracting officer or its designated representative at least five (5) working days prior to the proposed start of such work.

### F.5.4 Item 004 - ECM Installation Plan

a. ECM installation plans shall be prepared and submitted and shall include at least the following:

1) Manufacturer's Data. For all ECM equipment to be installed the contractor shall provide the manufacturer's descriptive literature of equipment including drawings, diagrams, performance and characteristic curves, and catalog cuts.

2) Shop Drawings. Shop drawings shall be prepared by the contractor, subcontractor, or any lower tier subcontractor showing in detail:

a) The installation (i.e., form, fit, and attachment details) of the interface between ECM equipment and existing Government equipment.

b) The location of installed equipment.

3) Certification of ECM Compliance with Building Codes and Standards. The contractor shall provide registered engineer certification that ECMs comply with all applicable building codes and standards. ECM installation plans submitted to the contracting officer without evidence of the professional engineer (PE) certification may be returned for resubmission.

4) Planned Service Interruptions. If any utility services must be discontinued temporarily to install work, such interruptions shall be described and indicated on the project installation schedule (see subparagraph 7 below). The description shall include the length of the interruption, its time (day of week, time of day etc.), and a justification.

5) Site Plan. If an ECM involves the installation of facilities or exterior structures, the contractor shall provide a site plan showing its location. The Contractor shall also provide a plan and elevation drawings of the facility or exterior structure showing its size and exterior appearance.

6) Acquisition of Permits. The system installation requires permits from the City of Fort Worth, and the Texas Railroad Commission, and LP Gas Division. A hot-work permit for welding is required to be obtained prior to any hot-work. The contractor shall provide its plan and schedule for acquiring such permits.

7) Installation Schedules. The installation schedule shall show the order in which the contractor proposes to perform the work and the dates on which the contractor contemplates starting and completing all major milestones (including acquiring materials, equipment, permits). The schedule shall be in a form of a progress chart of suitable scale to indicate the amount of work scheduled for completion by any given date during the installation period.

### F.5.5 Item 005 - ECM Installation Quality Control Inspection Program

The ECM Installation Quality Control Inspection Program shall detail the procedures, instructions, and reports that ensure compliance with the contract. This plan shall include as a minimum:

a. Procedures for reviewing all shop drawings, samples, certificates, or other submittals for contract compliance, including the name of the person(s) authorized to sign the submittals for the Contractor, as complying with the contract

b. An inspection schedule, keyed to the installation schedule, indicating necessary inspections and tests, the names of persons responsible for the inspections and tests, and the time schedule for each inspection and test

c. The procedures for documenting quality control operations, inspection, and testing, with a copy of all forms and reports to be used for this purpose. The contractor shall include a status log listing all submittals required by the inspection plan and stating the action required by the Contractor or the Government. The contractor shall also prepare and maintain a testing plan that shall contain a listing of all tests required by the contract.

### F.5.6 Item 006 - Notification of Utility Interruptions

The contractor shall furnish a request for any planned utility service interruptions to the contracting officer or its designated representative for approval at least 10 working days in advance, and the Government will coordinate with affected tenants and customers. (See C.5.7 relative to restrictions on service interruptions in specific areas.) If the discontinued service is caused by an emergency breakdown, the Contractor shall notify the Contracting Officer or its designated representative as soon as possible, and the Government will notify affected tenants and customers.

### F.5.7 Item 007 - O&M Manuals for Training Program

The contractor shall submit Operations and Maintenance Manuals including spare parts lists per C.9.1 to the Contracting Officer's Representative.

### F.5.8 Item 008 - As-Built Drawings

Upon completion and acceptance of the installation of the system, the contractor shall provide two (2) sets of accurate and complete as-built drawings to the Contracting Officer.

## *F.6 Schedule of Deliverables*

The following table provides a listing of deliverables scheduled during the contract term and identified above.

### SCHEDULE OF DELIVERABLES

| Item | Description | Frequency | Due | Copies | Delivered to |
|---|---|---|---|---|---|
| 001 | Insurance | One Time | 15 Days After Award | 1 | Contr. Off. |
| 002 | Work Schedule | Monthly | 10 Days Before Work Start | 2 | Contr. Off. (1) Contr. Adm. (1) |
| 003 | Work - Outside Hours | Per Occurrence | 5 days Before Work Start | 2 | Contr. Adm. |
| 004 | ECM Installation Plan | One Time | Per Proposal | 5 | Contr. Off. (3) Contr. Adm (2) |
| 005 | ECM Installation Quality Control Inspection Program | One Time | With Item 004 above | 5 | Contr. Off. (3) Contr. Adm. (2) |
| 006 | Notification of Utility Interruption | Per Occurrence | 20 Days prior to outage | 2 | Contr. Adm. |
| 007 | O&M Manuals | One Time | With Training Class | 5 | Contr. Adm. |
| 008 | As-Built Drawings | Per ECM | 90 Days after Govt Acceptance | 2 | Contr. Adm. |

# PART I - THE SCHEDULE

## SECTION G: CONTRACT ADMINISTRATION DATA

### Table of Contents


| Paragraph No. | Paragraph Name | Page No. |
|---|---|---|
| G.1 | Identification of Correspondence | 2 |
| G.2 | Contract Administration | 2 |
| G.3 | Contracting Officer's Representative | 2 |
| G.4 | Invoices | 2 |

## G.1 Identification of Correspondence

All correspondence and data submitted by the contractor under this contract shall reference the contract number.

## G.2 Contract Administration

Administration of this contract will be performed by:

Carol Lautzenheiser, Contracting Officer
General Services Administration
Property Development Division (7PCAC)
819 Taylor Street, Room 11A01
Fort Worth, TX 76102-6105

| | |
|---|---|
| Telephone number: | (817) 978-6165 |
| Fax number: | (817) 978-7098 |

No changes, deviations, or waivers shall be effective without a modification of the contract executed by the contracting officer authorizing such changes, deviations, or waivers.

## G.3 Contracting Officer's Representative for the Government

The following representative of the contracting officer shall be contacted for technical purposes:

Mark Trimarchi, Energy Engineer
General Services Administration
Property Management Division (7PMCA)
819 Taylor Street, Room 12A26
Fort Worth, TX 76102-6105

| | |
|---|---|
| Telephone number: | (817) 978-2553 |
| Fax number: | (817) 978-7194 |

## G.4 Invoices

### *G.4.1 Start of Invoice Submittals*

a. Invoices for ECM payments may be submitted after the first full month, where all ECMs have been installed and their initial performance validated and accepted by the Government.

### G.4.2 Invoice Format

a. Invoices shall be prepared and submitted in quadruplicate (one copy shall be marked "original").

b. The invoices shall be mailed to the Contracting Officer listed in paragraph G.2.

c. The invoice must include the following:

1) Name and address of the contractor

2) Invoice date

3) Contract number

4) Name and address of the individual to whom payment is to be sent (must be the same as that in the contract or on a proper notice of assignment)

5) Name (where practicable), title, phone number, and mailing address of person to be notified in the event of an improper invoice

6) Monthly payment amount equal to 1/12 of annual contractor payment less any adjustments or credits.

7) Any other information or documentation required by the contract

d. For purposes of determining if interest begins to accrue under the Prompt Payment Act (Public Law 97-177):

1) A proper invoice will be deemed to have been received when it is received by the office designated in the contract for receipt of invoices and acceptance of supplies delivered or services rendered has occurred

2) Payment shall be considered made on the date when a check for such payment is issued.

3) Payment terms (e.g., "net 20") offered by the contractor will not be deemed a "required payment date."

4) The following periods of time will not be included:

a) After receipt of an improper invoice and prior to notice of any defect or impropriety, but not to exceed 15 days (or any lesser period established by this contract)

b) Between the date of a notice of any defect or impropriety and the date a proper invoice is received. When the notice is in writing, it shall be considered made on the date shown in the notice.

# PART I - THE SCHEDULE

## SECTION H: SPECIAL CONTRACT REQUIREMENTS

### Table of Contents


| Paragraph No. | Paragraph Name | Page No. |
|---|---|---|
| H.1 | Availability of Utilities | 2 |
| H.2 | Contractor Furnished Material | 2 |
| H.3 | Government Property Regulations | |
| H.4 | Fire Prevention | |
| H.5 | Environmental Protection | |
| H.6 | Salvage | |
| H.7 | Disposal | |
| H.8 | Safety and Health Requirements | |
| H.9 | Security Requirements | 3 |
| H.10 | Passes and Badges | 3 |
| H.11 | Identification of Contractor Employees | 4 |
| H.12 | Identification of Contractor Vehicles | 4 |
| H.13 | Access to Buildings | 4 |
| H.14 | Contractor Employees | 4 |
| H.15 | Required Insurance | 5 |
| H.16 | Communications | 6 |
| H.17 | Title to Contractor-Installed Equipment | 6 |
| H.18 | Notice of Payment and Performance Bond Requirements | 7 |
| H.19 | Permits | 8 |
| H.20 | Protection of Financier's Interest | 8 |
| H.21 | Responsibility for Systems and Equipment Throughout the Contract TERM | 9 |

The Government will furnish temporary electric current at existing outlets as may be required for the installation work to be performed under the contract at no cost to the contractor. The contractor at its expense and in a workmanlike manner satisfactory to the contracting officer shall install and maintain all necessary temporary connections and distribution lines for each utility. Information concerning the location of existing outlets may be secured from the contracting officer or its designated representative. The contractor shall remove all the temporary connections, distribution lines, and associated equipment upon completion of the installation work.

## H.2 Contractor-Furnished Material

The contractor shall provide all materials and supplies necessary to perform the work as specified in the contract. Materials and supplies provided shall be of acceptable industrial grade and quality and in compliance with any applicable industry standards (i.e., Underwriters Laboratories, etc.). All such materials and supplies must be compatible and operate safely with existing systems equipment.

## H.3 Government Property Regulations

The contractor and its employees shall be knowledgeable of and observe all Government station regulations posted or otherwise. A copy of station regulations can be obtained from the contracting officer or its designated representative.

## H.4 Fire Prevention

The contractor shall ensure that its employees shall know how to activate a fire alarm. The contractor shall observe all requirements for handling and storing combustible supplies, materials, waste, and trash. Contractor employees operating critical equipment shall be trained to properly respond during a fire alarm or fire. The contractor shall obtain a permit from the Building Manager's Office prior to any welding.

## H.5 Environmental Protection

a. The contractor shall comply with applicable Federal, state, and local laws and with the applicable regulations and standards regarding environmental pollution. All environmental protection matters shall be coordinated with the contracting officer or his designated representative. Authorized Government officials may inspect any of the contractor's work areas on a no-notice basis during normal working hours. In the event that a regulatory agency assesses a monetary fine against the Government for violations caused by contractor negligence, the contractor shall reimburse the Government for the amount of the fine and other costs. The contractor shall be responsible for cleaning up any oil spills, hazardous wastes, and hazardous materials resulting from the contractor's operations. The contractor shall comply with OSHA regulations to avoid conditions that create a nuisance or which may be hazardous to the health of Government or civilian personnel.

b. The contractor shall prepare at its expense all documentation necessary to acquire permits to comply with all applicable Federal, state, and local requirements prior to the performance of this contract. The contractor shall not receive a notice to proceed with installation until all environmental protection requirements herein have been satisfied.

## H.6 Salvage

All material and equipment removed or disconnected during the installation phase shall be removed from the site by the Contractor at its expense.

## H.7 Disposal

Debris, rubbish, and nonusable material resulting from the work shall be removed from Government property by the contractor at its expense.

## H.8 Safety and Health Requirements

a. All work shall be conducted in a safe manner and shall comply with the requirements of OSHA General Industry Safety and Health Standards (29 CFR 1910), Publication V2206; OSHA Construction Industry Standards (29 CFR 1926). One source of these regulations is OHSA Publication 2207, which includes a combination of both Parts 1910 and 1926 as they relate to construction safety and health. It is for sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. The Government will not provide safety equipment to the contractor.

b. The contractor's workplace may be inspected periodically for OSHA violations. Abatement of violations will be the responsibility of the contractor and/or the Government as determined by the contracting officer or its designated representative. The contractor will provide assistance to the Government representative and the Federal or state OSHA inspector if a complaint is filed. Any fines levied on the contractor by Federal or state OSHA offices due to safety/health violations will be paid promptly by the contractor.

c. In accordance with the Accident Prevention Clause under Section I, the contractor shall report to the contracting officer or its designated representative all accidents within 24 hours of their occurrence.

d. In accordance with the Accident Prevention Clause in Section I, the contractor shall submit to the contracting officer or its designated representative a full report of damage to Government property and equipment by contractor employees. All damage reports shall be submitted to the contracting officer or its designated representative within 24 hours of the occurrence.

## H.9 Security Requirements

As noted in Section H.14, certain areas require an escort, and the days and times that the contractor can work in these areas may be limited.

## H.10 Passes and Badges

The Fort Worth Federal Center is a secured facility. Allowable access to the Federal Center is monitored by a guard between the hours of 6:00 am - 6:00 pm. All contractor employees shall obtain the required employee and vehicle passes. The contractor will, prior to the start of on-site work, submit to the contracting officer or its designated representative an estimate of the number of employees expected to be utilized at any one time on the contract. The Government will issue badges without charge. When an employee leaves the contractor's service, the employee's pass and badge shall be returned within 10 days.

identification required in the "Identification of Contractor Employees" clause No. H.

## H.11 Identification of Contractor Employees

All contractor employees shall be identified by a badge with their picture on it as detailed below:

a. Laminated badges with a picture of the employee on it and the contractor's logo in a distinctive position. Employee's full name and position shall be included. Badges shall be attached in a prominent place on an outer garment. Personnel with these badges must be registered with Security located at the Federal Protective Service Office located at the Federal Center.

b. Subcontractor employees must register with Security located at the Federal Protective Service Office located at the Federal Center. They will be issued a temporary Government badge and must be escorted by a contractor employee with a permanent badge at all times.

## H.12 Identification of Contractor Vehicles

Each contractor vehicle shall show the contractor's name so that it is clearly visible. Contractor vehicles shall, at all times, display a valid state license plate and safety inspection sticker.

## H.13 Access to Buildings

a. It shall be the contractor's responsibility, through the contracting officer or his designated representative, to obtain access to the buildings and arrange for the buildings to be opened and closed for the following:

b. Keys may be issued to the contractor; however, it shall be the contractor's responsibility to make adequate arrangements for security of the building at the end of each work day.

c. The contractor shall be responsible for the cost of replacing any keys that are furnished to and lost by its employees. If the contracting officer or its designated representative decides that a lock must be replaced because of the loss of a key by the contractor's employee(s), the contractor shall pay the cost of that replacement. Similarly, the contractor shall pay the cost of changing a combination if the contracting officer or her designated representative has reasonable cause to assume that the combination has been compromised.

## H.14 Contractor Employees

a. Upon receipt of notice of award, the contractor shall provide the contracting officer or his designated representative with the name(s) of the responsible supervisory person(s) authorized to act for the contractor.

b. The contractor shall furnish sufficient personnel to perform all work specified within the contract.

c. Contractor employees shall conduct themselves in a proper, efficient, courteous, and businesslike manner.

d. The contractor shall remove from the site any individual whose continued employment is deemed by the contracting officer or her designated representative to be contrary to the public interest or inconsistent with the best interests of Government business or national security.

e. No employee or representative of the Contractor will be admitted to the work site unless that employee furnishes satisfactory proof that he/she is a citizen of the United States. The hiring of unauthorized alien workers on Government projects can lead to suspension and debarment form Federal contracting under Executive Order 12989. Contractors suspected of violating Immigration and Naturalization Act employment provisions will be reported to the Immigration and Naturalization Service (INS). A determination by INS that the Contractor is in violation may result in suspension or debarment..

## H.15 Required Insurance

a. Evidence of insurance is to be provided to the Contracting Officer within ten (10) days after the contract award. The contractor shall obtain at his own expense and maintain during the entire period of performance under this contract the following minimum insurance coverage.

1) Worker's Compensation and Employer's Liability:

The Contractor is required to comply with applicable Federal and State Worker's compensation and occupational disease statutes; however, notwithstanding the permissibility of deductibles under those statutes, worker's compensation shall be obtained without any deductibles. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy. Employer's liability coverage of at least the following limits (and without a deductible) shall be provided except in states with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

Bodily Injury by Accident - $100,000 each accident
Bodily Injury by Disease - $500,00 policy limit
Bodily Injury by Diseases - $100,00 each employee

Even though the laws of a State might allow a Contractor to be a non-subscriber to worker's compensation, the Contractor is required to carry and maintain worker's compensation insurance (without any deductibles) and employer's liability insurance. If occupational diseases are not covered under the worker's compensation policy, it shall be covered under the employer's liability section of the insurance policy. Employers liability insurance coverage shall be as specified in the above paragraph.

2) General Liability Insurance:

General Liability insurance coverage written on the comprehensive form of policy, is required in the amount of $500,000 per occurrence for bodily injury, and $50,000 per occurrence for property damage. The deductible under such policy shall not be greater than (i) $10,000 per person, or $25,000 per occurrence for bodily injury, or (ii) $2,000 for property damage.

A minimum of $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage provided for automobiles used in connection with performing the contract is required. The deductibles under such policy shall not be greater than (i) $10,000 per person, or $25,000 per occurrence for bodily injury, or (ii) $2,000 for property damage.

4) Other as required by State Law.

b. Prior to commencement of work, the contractor shall furnish to the contracting officer a certificate or written statement of the required insurance. The policies evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Government in such insurance shall not be effective for such period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the contracting officer.

c. The contractor agrees to insert the substance of this clause, in all subcontracts hereunder.

d. Nothing herein shall relieve or limit the contractor of liability for losses and damages to person or property as a result of its operation. The contractor shall indemnify and hold harmless the Government from any and all liability associated with its operation.

## H.16 Communications

a. No order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

b. The contractor shall not comply with any other direction or request of Government personnel unless it is issued in writing and signed by the contracting officer, or is pursuant to specific authority otherwise included as a part of this contract.

## H.17 Title to Contractor-Installed Equipment

a. All equipment installed by the contractor at installation is and remains the property of the contractor during the contract term.

b. At the expiration of the contract term, all rights, title, and interest in and to all improvements and equipment constructed or installed on the premises and additions, shall vest in the Government at no additional cost free and clear of all and any mechanics liens and encumbrances created or caused by the contractor. The contractor shall surrender possession of said premises and the improvements and equipment to the Government in good repair and condition, reasonable wear and tear accepted.

c. If the contract is terminated for convenience, all right title and interest in and to all improvements, additions, or equipment of all ECMs installed by the contractor to which the Government determines to take possession shall vest in the Government. For those ECMs for which the Government takes possession and thereby obtains title, the contractor shall be compensated in accordance with FAR clause Termination for Convenience (52.249-2).

## H.18 Notice of Payment and Performance Bond Requirements

### *H.18.1 Project Financing by Contractor*

a. The Government will notify the selected offeror of its intent to award the contract. Pursuant to Paragraph M.2, Basis of Award, the selected offeror shall furnish acceptable evidence of a surety's commitment to provide performance and payment bonds to the Government.

b. Within 30 days of award of contract or acceptance of ECM proposal plans, whichever is later, the selected offeror shall provide a performance bond (Standard Form 25) and a payment bond (Standard Form 25A) in duplicate. *(See Attachment J.2)* The performance bond shall be in a penal sum equal to 100 percent of the total estimated ECM installation costs cited in Schedule 2. The payment bond shall be in a penal sum as follows:

| Total Estimated Installation Cost (From Schedule 2) | Payment Bond Penal Sum |
|---|---|
| 0-$999,999 | 50% of B-6 |
| $1-5 million | 40% of B-6 |
| >$5 million | $2.5 million |

The performance and payment bonds shall remain in effect during the total installation period for all ECMs. After acceptance the performance bond shall be reduced to a penal sum adequate to protect the government's interest in performance of post-acceptance services during the 1-year warranty period. The payment bond shall be released upon receipt of satisfactory evidence that all subcontractors, laborers, and material men have been paid in full. The ECM installation period shall include all time required for installation, testing, measuring initial performance, and Government acceptance of all installed ECMs.

c. Because ECMs are installed on or affixed to Government property, mechanics liens are prohibited. Therefore, the payment bond shall secure the contractor's obligations for payment of laborers, suppliers, and subcontractors.

d. Each subcontract, under this contract, shall include a provision that prohibits placing mechanics liens against any ECMs installed on or affixed to Government property under this contract.

### *H.18.2 Project Financing by Third Party*

a. The Government will notify the selected offeror of its intent to award the contract. Pursuant to Paragraph M.2, Basis of Award, the selected offeror shall provide, to the Government, proof of project financing and acceptable evidence of a surety's commitment to provide performance and payment bonds.

b. Within 30 days of award of contract or acceptance of proposal plans, whichever is later, the selected offeror shall furnish a certified copy and duplicate of a performance bond, with project financier as co-beneficiary along with the government. The penal sum of this performance bond shall be 100% of the total estimated installation cost per Schedule 2. The selected offeror shall furnish a payment

penal sum equal as follows:

| Total Estimated Installation Cost (From Schedule 2) | Payment Bond Penal Sum |
| --- | --- |
| ~~0-$999,999~~ | ~~50% of B-6~~ |
| $1-5 million | 40% of B-6 |
| >$5 million | $2.5 million |

The performance and payment bonds shall remain in effect during the total installation period for all ECMs. After acceptance the performance bond shall be reduced to a penal sum adequate to protect the government's interest in performance of post-acceptance services during the one 1-year warranty period. The payment bond shall be released upon receipt of satisfactory evidence that all subcontractors, laborers, and material men have been paid in full. The ECM installation period shall include all time required for installation, testing, measuring initial performance, and Government acceptance of all installed ECMs.

c. Because ECMs are installed on or affixed to Government property, mechanics liens are prohibited. Therefore, the payment bond shall secure the contractor's obligations for payment of laborers, suppliers, and subcontractors.

d. Each subcontract, under this contract, shall include a provision that prohibits placing mechanics liens against any ECMs installed on or affixed to Government property under this contract.

## H.19 Permits

In accordance with the "Permits and Responsibilities" clause in Section I, the contractor shall, without additional expense to the Government, obtain all appointments, licenses, and permits required to conduct the work. The contractor shall comply with all applicable Federal, state, and local laws. Evidence of such permits and licenses shall be provided to the contracting officer or its designated representative before work commences.

## H.20 Protection of Financier's Interest

a. The Government recognizes that project financing associated with contractor performance on the contract may be accomplished using third-party financing, and as such, will permit the financing source to perfect a security interest in the installed energy conservation measures, subject to and subordinate to the rights of the Federal agency. To provide protection of any financier's interest, the contractor may be required to assign to its lenders, some or all of its rights under this contract.

b. The Government will consider:

1) Requests for assignments of moneys due or to become due under the contract, provided the assignment complies with the Assignment of Claims Act.

2) Requests of Government to provide lenders or financiers copies of any cure or show-cause notice issued to contractor.

3) Requests by lenders or lienholders for extension of response time to cure or show cause notices.

4) A proposed takeover of contract performance in the event the contractor defaults in performance. Requests for takeover of the contract on substantially the same terms and conditions will be approved if the proposed substitute party is acceptable to the Government.

c. The Government review and approval of the above requests will not be unreasonably withheld.

## H.21 Responsibility for Systems and Equipment Throughout the Contract Term

The contractor shall at all times during the term of the contract have full ownership responsibilities of the contractor-furnished systems and equipment. The contractor may modify, replace, or change the systems and equipment during the contract from that originally approved. However, any proposed modification, replacement, or change shall require notification and coordination with and approval of the contracting officer. Any such modification, replacement, or change of systems or equipment shall be performed by the contractor at no cost to the Government and shall not interfere with Government operations and mission.

# PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

## SECTION J - LIST OF ATTACHMENTS

### Table of Contents


| Exhibit | Title |
| --- | --- |
| 1 | Propane Backup System Specification |
| 2 | Forms for Bonds:<br>Performance Bond (Standard Form 25),<br>Payment Bond (Standard Form 25A) |
| 3 | Wage Determinations:<br>Davis-Bacon Act |

Exhibit 1

## *PROPANE BACKUP SYSTEM SPECIFICATIONS*

### 1. PURPOSE

The purpose of these specifications is to describe the equipment and facilities (hereinafter referred to as the "system"), to be supplied by the contractor and installed on federal property located at the [redacted] The system will generally consist of on-site facilities for the storage of liquid propane and the production of propane-air gas, for the purpose of providing an alternative gaseous fuel source during periods of natural gas curtailment at the Federal Center.

### 2. DESIGN CONDITIONS

#### A. General

It is recommended that the system be located under the Hemphill Street overpass, which is approximately 60 feet east of the gas meter house (building 58), near the north end of the Federal Center. Recommendations for alternative locations will be considered. The final location of the system shall be coordinated with the buildings manager of the Fort Worth Federal Center. The gas meter house contains two separate gas meters serving two separate branch lines - one serving the east side of the Federal Center, and the other serving the west side. The system must be tied into both branch lines, downstream of the meters, with manual valves to provide isolation from the existing main supply line during operation of the system.

The system shall be complete and self-supporting, including electrical power, as necessary. The system is to produce a blend of propane vapor and air (propane-air gas), at a capacity equivalent to 25,000 cubic feet per hour of 1000 Btu natural gas at 15.5 psig. For interchangeability of the propane-air gas with 1000 Btu natural gas having a specific gravity of 0.6, the propane-air gas must be produced in the range of 1,300 to 1,600 Btu per cubic foot. The system shall be designed to produce propane-air gas at any heating value within this range. After installation is complete, the system shall be adjusted to produce the optimum propane-air gas mixture that is interchangeable with the natural gas presently supplied to the Federal Center. The system must be of sufficient capacity to produce this quantity of propane air-gas continuously, for a period of 72 hours. The contractor shall, prior to construction or purchase of the system components, verify that the system will be of sufficient capacity to operate all connected gas-fired equipment simultaneously, at full-load conditions.

The system shall be so designed that the propane-air gas can be injected into the existing 15.5 psig or below, natural gas line. The contractor shall verify the existing natural gas

line size and pressure, prior to construction or purchase of the system, and notify the Contracting Officer of any significant variance from the pressure specified herein.

Delivery of liquid propane to the site shall be by tank truck.

The system shall include the following separate stages:

1. Liquified Petroleum (LP) Gas transport unloading
2. Liquified Petroleum Gas storage
3. Liquid transfer system (storage to vaporizer)
4. Vaporizer
5. Mixing and Control System
6. Sendout interface

The system shall conform to the requirements of the following: NFPA #58: Storage and Handling of Liquefied Petroleum Gases, NFPA #54: National Fuel Gas Code NFPA #70: National Electrical Code, the State of Texas, the City of Fort Worth, and the LP Gas Division of the Texas Railroad Commission.

### B. Environmental Compliance

In accordance with the Code of Federal Regulations 40 CFR Part 68, dated 1996 or later, the contractor shall determine whether the completed system installation is eligible for Program Level 1, Level 2, or Level 3 requirements, per Section 68.10, and shall document such determination. The contractor shall then conduct all analyses and prepare reports that are required of the owner or operator, as determined by the applicable Program Level. These requirements include, but are not limited to, the preparation of a Risk Management Plan and a Worst-case Release Scenario Analysis.

## 3. GENERAL FLOW DESCRIPTION

### A. Liquid Propane

During system installation, the contractor shall deliver propane to the site by tank truck transport, in sufficient quantity to provide 72 hours of continuous system operation at full capacity. After the transport has been positioned, in accordance with regulations, the liquid contents shall be transferred to storage through the unloading facility.

### B. Propane Vapor System

To insure delivery of propane vapor at adequate pressure for mixing, a liquid propane pump package shall be used. The pump(s) shall deliver liquid propane to the vaporizer at the required pressure. From the vaporizer, the propane vapor will pass to the mixing system.

### C. Process Air

Process air shall be provided from the atmosphere by inspiration through a venturi mixer.

## 4. EQUIPMENT

### A. Storage Tank

For storage of liquid propane, the Contractor shall supply an aboveground propane storage tank with hemispherical heads, capable of meeting the design requirements indicated in paragraph 2 above. The tank will be constructed in accordance with the latest ASME Boiler and Pressure Vessel Code.

### B. Tank Trim Packages

The following accessories shall be provided on the tank, and shall be of a type or kind approved for use on liquefied petroleum gas installations.:

*One (1) Fisher, or equal, excess flow valve: VAPOR TRANSFER.

*One (1) Fisher, or equal excess flow valve, LIQUID-IN.

*One (1) Fisher, or equal, excess flow valve: LIQUID-OUT.

*Two (2) Rego, or equal, MULTIPORT RELIEF VALVES complete with risers and rain caps.

*One (1) 4-1/2" dial PRESSURE GAUGE assembly including restriction adapter and valve.

*One (1) Rego, or equal, ROTARY LIQUID LEVEL GAUGE
*One (1) THERMOMETER

### C. Tank Transport Unloading Station

The contractor shall provide a tank transport unloading facility, which shall include:

*One (1) Steel protective support with breakaway protection.

*One (1) 300# emergency shutoff valve with remote actuator and thermal link: VAPOR TRANSFER.

*One (1) excess flow valve: VAPOR TRANSFER.

*One (1) 300# globe valve: LIQUID-IN.

*One (1) 300# globe valve: VAPOR TRANSFER.

*One (1) 300# screwed flow indicator with backcheck valve: LIQUID-IN.

*One (1) Acme hose connector with protective cap: LIQUID-IN.

*One (1) Acme hose connector with protective cap: VAPOR TRANSFER.

*Two (2) Vent valves.

The contractor shall provide necessary hydrostatic relief valves, pipe, and fittings to provide for the assembly of the above components.

### D. Liquid Propane Pump Package

For delivery of liquid propane to the vaporizer, and to meet the required pressure of the system, the contractor shall supply a motor-driven pump package. The pump(s) will be installed on a concrete foundation adjacent to the storage tank. The equipment will generally include:

*One (1) or two (2), liquid propane pumps, as necessary, complete with Class 1, Group D, motor(s) and starter switch(es).

*One (1) differential bypass relief valve.

*One (1) pressure control regulator.

*One (1) 300# check valve.

*One (1) 300# strainer with 40 mesh basket (pump inlet).

*Three (3) 300# globe valves (pump inlet, outlet, and bypass).

The contractor shall provide necessary interconnecting piping, fittings, and hydrostatic relief valves to make a complete package.

### E. GPI Horizontal Waterbath Vaporizer Assembly

The contractor shall provide for the delivery of propane vapor, equivalent to 25 million Btu per hour at 15.5 psig, using a waterbath vaporizer system.

This shall be a modular-type unit that utilizes a waterbath vaporizer, manufactured as a single unit and skid-mounted for easy installation. The entire system shall be complete with all interconnecting piping, ready to accept liquid propane supply and electrical source in proper size and voltage.

The vaporizer portion shall consist of a horizontal vessel to hold a water and ethylene glycol mixture appropriate for freeze protection for the lowest expected ambient

temperatures. The liquid in the vessel shall be heated by a forced draft, power burner, firing into an immersion tube permanently fabricated into the lower portion of the vessel. The immersion tube shall be secured at the firing end into the wall of the vessel and shall be a multiphase fire tube with a riser protruding through the top of the shell near the firing end into the products of combustion discharge flue.

Firing equipment and fire tube design shall be such that an external stack is not required.

## F. General Specifications - Equipment

The vessel shall be vented to the atmosphere and shall contain an external expansion chamber of sufficient capacity to allow for expansion of the liquid from normal water line when heated from 40 degrees F. to 200 degrees F.

The burning equipment shall be enclosed in an integral housing at the firing end of the vessel, properly vented. The combustion equipment shall consist of a forced draft power burner, containing its own combustion air fan, with automatic ignition and electronic flame safeguard, and with controls to provide for both prepare and postpurge. The burner shall be controlled by an operating aquastat and a high limit aquastat.

The LP-gas vaporizing tube bundle shall be installed in the upper portion of the liquid bath vessel and shall consist of a liquid inlet header and a vapor outlet header connected by multiple tubes and shall be installed on a plate on the end of the vessel opposite from the firing end. The tubes from the inlet header to the vapor outlet header shall be sloping upwards. Velocities in the tubes shall be low enough to prevent the possibility of liquid carryover during normal operation. The headers, header plate and multiple tubes shall be fabricated as a singe assembly in accordance with the ASME Code for Unfired Pressure Vessels, for an internal working pressure of 250 psig.

The unit shall be equipped with controls to prevent liquid being carried through the vapor outlet regulator and shall be equipped with a relief valve to prevent unsafe pressure in the heat exchanger tubes. This relief valve shall be sized in accordance with NFPA #58 and furnished with the unit.

A low water cutoff shall be provided to automatically shut down the burner in case of loss of liquid in the vessel and simultaneously prevent LP-gas liquid from entering the heat exchange assembly.

The shell of the liquid bath vessel shall be insulated to retain heat and the insulation covered with a weatherproof sheet metal jacket. The skid-mounted module shall be manufactured to meet all the requirement of FM, IRI,ASME and NFPA #58.

Safeties shall include:

1. High waterbath temperature switch

2. Low water level safety switch

3. Flame failure lockout

4. Low burner gas pressure switch

5. High burner gas pressure switch

6. Liquid level carryover shutdown.

On failure, the system will shut down in a safe condition.

G. **Antifreeze**

The contractor shall supply antifreeze for the vaporizer to protect to -20 degrees F.

H. **Venturi Mixing System**

The unit shall be a multi-stage venturi type, mixer/surge tank combination package, completely fabricated, piped, wired, painted, and ready to receive the interconnecting pipeline and wiring. The unit shall be sized to provide the required volume and mixture of propane-air gas.

Each venturi shall include the following:

1) Inlet isolation valve

2) Fisher pressure regulator

3) Solenoid valve

4) Jet venturi assembly with integral ball check

5) Discharge isolation valve

6) Nozzle pressure gauge.

Each venturi is to be equipped with isolation valves to allow removal and service of individual venturi trains without shutting down the system.

The venturi shall be controlled by a solid state electronic controller staging the venturi with the load. The turndown ratio is 100%.

The mixer safety system shall include shutdown for:

1) High mixed gas pressure

2) Low propane pressure

Failure of any of the above conditions shall shut down the plant and require manual reset or restart. The vaporizer and blender shall be designed for outdoor service and all wiring shall be Class 1, Group D, Division II.

### I. Test Flare

The contractor shall provide a temporary, manually lighted test flare to test the quality of the propane-air mixture, as per paragraph 4.F "Testing" of these specifications.

### J. Gas Analyzer

The contractor shall furnish one (1) PSI Model A-171, or equal, portable Btu analyzer. The analyzer monitors the gas quality and indicates the value in Btu. This analyzer shall be used in paragraph 4.F "Testing" of these specifications.

## 5. INSTALLATION

### A. Drawings

The contractor shall provide all necessary engineering, design specifications and drawings, including, but not limited to plot plan, equipment layout, schematic flow diagram, foundation layout and entails, piping elevation and details, and necessary electrical equipment and installation drawings for the system herein specified.

### B. Permits

Prior to commencement of work, the contractor shall obtain all required permits, design reviews, and insurance approvals for the project. Permits obtained shall include, but are not limited to, those from the City of Fort Worth, and the LP Gas division of the Texas Railroad Commission.

### C. Foundations

The Federal Government shall furnish an area, rough graded and approximately level for the plant site. It shall be free of any heavy vegetation. The contractor shall excavate, install foundations, and backfill for the tanks, vaporizer, mixer and all other required foundations covered by these specifications. Concrete used for the foundations shall be a mix with a minimum strength in 28 days of 3000 pounds per square inch.. Reinforcing will be installed to provide for the load.

The work to be performed under this item assumes that the soil is capable of supporting a load of 3000 pounds per square foot. If soil testing is required, the contractor shall provide it at exact cost.

### D. Equipment Setting

The contractor shall furnish crane and other equipment, as required, to set equipment on concrete foundations.

### E. Interconnecting Piping

The contractor shall supply and install all pipe and fittings to manifold the tanks, and connect from the unload to the tanks from the storage tanks to the vaporizer and from the mixer to the tie-in.

All underground piping shall be coated and wrapped, cathodically protected, trenched and backfilled with existing soil. Liquid propane piping will be protected by Rego, or equal, hydrostatic relief valves as required.

### F. Testing and Maintenance

1. All piping installed by the contractor shall be tested using air or nitrogen at appropriate pressures for the service, prior to initial start-up of the system. At completion of installation of the system, the contractor shall test the quality of the propane-air mixture using a test flare and shall adjust the system, using a Btu meter, to produce the optimum propane-air gas mixture that is interchangeable with the natural gas presently supplied to the Federal Center. This test shall be conducted in the presence of the Contracting Officer's Representative (COR) during final acceptance of the installation.

2. The contractor shall test and adjust the system in October of each year, during the contract term, at no cost to the Government. The contractor shall notify the CO at least two weeks prior to each test. This shall include testing the quality of the propane-air mixture using a test flare and adjusting the system, using a Btu meter, to produce the optimum propane-air gas mixture that is interchangeable with the natural gas presently supplied to the Federal Center.

3. The contractor shall perform any required maintenance of the system once per year during the contract term, at no cost to the Government. This maintenance shall be performed at the time of the annual test described in paragraph F.2. above.

4. The contractor shall provide to the CO, within 10 days of conducting the annual testing and maintenance, a written report detailing the test, the test results, and any maintenance performed.

### G. Electrical Apparatus & Wiring

The contractor shall supply electrical apparatus necessary for the operation of the equipment as herein specified, including all necessary switchgear for all plant equipment. The electrical installation shall comply with the requirements of the national Electrical Code, NFPA #70, latest edition and all other applicable rules, codes and regulations. The contractor shall provide required electrical power connections to the equipment

herein specified. A telephone pole with power lines and a transformer producing 240 volts, exists within ten feet of the gas meter house, and can be used to supply the required power.

### H. Painting

Equipment to be fabricated and supplied by the contractor shall be painted with primer and finish coat before shipment. All other equipment and outside exposed piping supplied by the contractor shall be spot primed, or painted with one coat of primer and one finish coat of high gloss enamel white paint, subject to the Government's approval. The contractor shall supply all paint, labor and equipment for on-site painting.

### I. Fencing

The contractor shall provide a six-foot (6') high, industrial fence to enclose the tank area. The fencing shall include two (2) three-foot (3') wide emergency egress gates.

### J. Gravel

The contractor shall furnish and spread gravel within the fenced area, 3" in depth.

### K. Guard Post

The contractor shall furnish and install two (2) 6" diameter concrete filled guard posts at the truck unloading area.

### L. Fire Extinguishers & "No Smoking" Signs

The contractor shall supply two (2) 20# ABC rated dry chemical fire extinguishers for the system. The contractor shall supply and install four (4) "No Smoking" signs for the system.

### M. Operating Manuals

Prior to start-up of the system, the contractor shall submit to the Government, two (2) bound manuals, each including one set of drawings, vendor equipment brochures, description of system, its operation, start-up and shutdown instructions, adjusting and troubleshooting and procedures.

### N. Start-Up & Training

The contractor shall provide start-up and training services to Government personnel by a qualified field service representative.

## 6. CONDITIONS

### A. The Contractor's Obligations

Except for those items which are expressly stated in these equipment specifications, or which may be hereinafter specified as being the obligations of the Government, it is the intent of this proposal that unless otherwise noted, the contractor shall supply and install all new equipment, facilities and services as are herein specified, and as are necessary for a completely integrated plant for the storage and transfer of liquid propane and the production of propane-air gas.

The plant and all equipment incorporated herein, are to be of a type or kind acceptable to such regulatory bodies as may have jurisdiction during the design and construction phases of the project, and where applicable, shall comply with the requirements of NFPA #58, latest edition.

### B. The Government's Obligations

The obligations of the Federal Government, in connection with this project shall include:

1. Make available a suitable site for the installation of the facilities. The site shall be free from underground pipelines, wiring, boulders over 30" diameter and water. The soil shall have a bearing capacity of 3000 psf or better. Also, the site shall allow for the installation to be in compliance with all existing codes and regulations.

2. Provide propane supplies in quantities necessary for refilling the system after post-installation operation. The propane storage tank shall be initially filled by the contractor, prior to system acceptance by the Government.

3. Provide any required site lighting.

### E. Warranty & Guarantee

The contractor shall warrant that the equipment and apparatus furnished under the contract shall be free from all defects in materials, design and workmanship under normal use and conditions of service required by, specified in, or which may be reasonably inferred from the specifications.

The contractor shall repair, replace or otherwise make good, without cost to the Government , all equipment and apparatus, or any part thereof manufactured by the contractor or any of the work performed by the contractor with its own forces, which under normal and proper use, proves defective within one (1) year from date of acceptance of the competed work by the Government. The contractor's obligation under this warranty shall include furnishing a new part for the one found defective or repairing the defective part F.O.B., point of origin, without charge for the defective part or

component to the Government. The contractor shall provide labor to remove the defective part and install the replacement part. The contractor shall assign to the Government, all warranties and guarantees provided by the manufactures of the equipment to be furnished in this specification.


SITE PLAN
SCALE: 1" = 200'

GENERAL DECISION TX000061 03/17/2000 TX61
General Decision Number TX000061

Superseded General Decision No. TX990061

**State: TEXAS**

Construction Type:
**BUILDING**

County(ies):
JOHNSON PARKER **TARRANT**

**BUILDING** CONSTRUCTION PROJECTS (does not include single family homes and apartments up to and including 4 stories). Use curren heavy and highway General Wage Determination for Paving Incidental to **Building** Construction in **Tarrant** County and for Paving and Utilities incidental to **Building** Construction in remaining Counties.)

| Modification Number | Publication Date |
|---|---|
| 0 | 02/11/2000 |
| 1 | 02/18/2000 |
| 2 | 03/17/2000 |

COUNTY(ies):
JOHNSON PARKER **TARRANT**

BRTX0001G 11/01/1999

| | Rates | Fringes |
|---|---|---|
| Bricklayers | 16.05 | 3.05 |

---

CARP1421A 05/01/1995

| | Rates | Fringes |
|---|---|---|
| MILLWRIGHTS | 16.49 | 3.92 |

---

* ELEC0020C 06/01/1999

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS: | | |
| LINEMAN | 19.65 | 10%+2.45 |
| CABLE SPLICER | 21.62 | 10%+2.45 |

---

IRON0263B 06/01/1999

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS (Structural) | 16.15 | 4.05 |

---

SFTX0669A 01/01/2000

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTERS | 20.62 | 5.95 |

---

SUTX1073A 11/01/1989

| | Rates | Fringes |
|---|---|---|
| ACOUSTICAL INSTALLERS | 11.23 | |
| CARPENTERS (Excluding drywall hangers, acoustical installers & batt insulators) | 12.27 | 2.22 |
| Carpenters doing drywall hanging | | |

| | | |
|---|---|---|
| only | 10.00 | |
| CEMENT MASONS | 10.16 | .76 |
| DRYWALL FINISHERS | 11.18 | 2.21 |
| GLAZIERS | 11.37 | 1.31 |
| LABORERS (Including Mason Tenders & Pipelayers) | 7.46 | 1.00 |
| LANDSCAPE LABORERS | 5.15 | |
| MECHANICAL INSULATORS | 10.92 | 1.00 |
| PAINTERS, BRUSH & SPRAY (excluding Drywall Finishing) | 10.47 | 2.21 |
| PLASTERERS | 11.50 | |
| PLUMBERS & PIPEFITTERS (Including HVAC work) | 13.34 | 2.15 |
| POWER EQUIPMENT OPERATORS: | | |
| Backhoes | 12.30 | 1.82 |
| Cranes | 14.26 | 2.44 |
| Foundation Drill Operators | 8.54 | |
| Graders | 11.69 | 1.80 |
| ROOFERS | 9.50 | .99 |
| SHEET METAL WORKERS (iNCLUDING HVAC Duct Work) | 12.63 | 2.10 |

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal

of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

General Decision Number TX[illegible]

Superseded General Decision No. TX990046

**State: TEXAS**

Construction Type:
HEAVY

County(ies):
JOHNSON PARKER **TARRANT**

Heavy Construction Projects (Including Water and Sewer Lines)

| Modification Number | Publication Date |
|---|---|
| 0 | 02/11/2000 |
| 1 | 05/05/2000 |

COUNTY(ies):
JOHNSON PARKER **TARRANT**

* PLUM0146B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| PLUMBERS/PIPEFITTERS | 20.28 | 3.34 |

---

SUTX2047A 06/01/1990

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 10.40 | $3.64 |
| CONCRETE FINISHERS | 9.81 | |
| ELECTRICIANS | 13.26 | |
| FORM SETTERS | 7.86 | |
| LABORERS: | | |
| Common | 6.37 | |
| Utility | 8.09 | |
| PAINTERS | 10.89 | |
| PIPELAYERS | 8.43 | |
| POWER EQUIPMNENT OPERATORS: | | |
| Backhoe | 11.89 | 3.30 |
| Bulldozer | 10.76 | |
| Crane | 13.16 | 3.30 |
| Front End Loader | 10.54 | |
| Mechanic | 10.93 | |
| Scraper | 10.00 | |
| REINFORCING STEEL SETTERS | 10.64 | |
| TRUCK DRIVERS | 7.34 | |

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# PART IV REPRESENTATIONS AND INSTRUCTIONS

## SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

Table of Contents


| Paragraph No. | Paragraph Name | Page No. |
|---|---|---|
| K.1 | Remittance Address | 2 |
| K.2 | Period of Acceptance of Offer | 2 |
| K.3 | Authorized Negotiators | 2 |
| | Representations and Certifications | 3 |

# PART IV - REPRESENTATIONS AND INSTRUCTIONS

## SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS

### Table of Contents


| Paragraph No. | Paragraph Title | Page No. |
|---|---|---|
| L.1 | FAR 52.216-1 Type of Contract: (APR 1984) | 2 |
| L.2 | FAR 52.233-2 Service of Protest: (AUG 1996) | 2 |
| L.3 | FAR 52.237-1 Site Visit: (APR 1984) | 2 |
| L.4 | Examination of Premises | 2 |
| L.5 | Solicitation Questions and/or Clarifications | 2 |
| L.6 | Submission of Proposals | 3 |
| L.7 | Technical Proposal Requirements | 3 |
| L.8 | Price Proposal Requirements | 9 |

## L.1 FAR 52.216-1 Type of Contract: (APR 1984)

The Government contemplates award of a firm fixed-price contract resulting from this solicitation.

## L.2 FAR 52.233-2 Service of Protest: (AUG 1996)

a. Protests, as defined in Section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) or the General Services Administration Board of Contract Appeals (GSBCA), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from (the Contracting Officer in Block 10 of the Standard Form 33), General Services Administration, 819 Taylor Street, Room 11A01, Fort Worth, TX 76102, and from the Assistant General Counsel (LB), General Services Administration, 18th and F Streets NW, Washington D.C. 20405.:

b. The copy of any protest shall be received in the office designated above on the same day a protest is filed with the GSBCA or within one day of filing a protest with the GAO.

## L.3 FAR 52.237-1 Site Visit: (APR 1984)

Offerors or Quoters are urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after contract award.

## L.4 Examination of Premises

Appointments to visit the site may be made by contacting Tammy Peyton with the Building Manger's Office at (817) 334-5521. Site visits are restricted to the regular working hours of 8:00 am - 4:00 pm Monday through Friday.

## L.5 Solicitation Questions and/or Clarifications

A preproposal conference **will not** be held. Offerors are requested to submit any questions or requests for clarification, in writing at least ten working days prior to the proposal due date.
The failure of a prospective offeror to submit any questions will be construed to mean that the offeror fully understands all requirements of the solicitation. All prospective offerors are advised that questions received in writing will be distributed to all parties on the plan holders list in the form of an amendment. Unless this solicitation is amended in writing, the requirement will remain unchanged, and that if an amendment is issued, normal procedures relating to the acknowledgment and receipt of any such amendment shall be applicable.

## L.6 Submission of Proposals

a. Offerors shall submit a technical proposal and a price proposal in response to this solicitation. Proposals shall be submitted in two (2) separate envelopes or other sealed containers.

b. Offerors are required to submit one (1) original and two (2) copies of their technical proposal in packaging that shall be clearly marked:

"Technical Proposal RFP #GS-07P-98-JUC-0003"
"Energy Savings Performance Contract, Propane Backup System".

c. Offerors are required to submit one (1) original and two (2) copies of their price proposal in packaging that shall be clearly marked:

"Price Proposal RFP #GS-07P-98-JUC-0003",
"Energy Savings Performance Contract, Propane Backup System".

### L.6.1 Submission of Offer Forms

Each offeror submitting an offer on the work required by this contract is requested to submit with its offer, evidence of experience, qualifications, financial responsibility and ability to carry out the terms and conditions of the contract. To obtain this information, the offerors shall furnish with original signatures the following information:

a. Section A - SF33, Solicitation, Offer & Award
b. Section B - Schedules 1 through 5
c. Section J - SF 24, Performance Bond
SF 25-A, Payment Bond
d. Section K - Authorized Negotiators
Representations and Certifications
e. Section L - Technical Proposal
Price Proposal

## L.7 Technical Proposal Requirements

a. General Requirements

Technical Proposals shall be precise, factual, and complete and contain a level of detail that allows the Government to evaluate the offeror's proposed approach and qualifications. Technical proposal evaluation factors are provided in Section M. Unnecessarily elaborate brochures or other presentations beyond that sufficient to present a complete and effective proposal are not desired. Elaborate art work, expensive paper and binding, and expensive visual and other presentation aids are neither necessary nor desired.

b. Proposal Length Requirements

In no case shall the techncial proposal exceed fifty (50) pages in length. Failure of offerors to conform to the specified limitations or size of the technical proposal may be cause for rejection of the proposal.

c. The technical proposal shall consist of the following sections, in the order listed, and provide a response to each item.

1) ECM Description and Projected Cost Savings
2) Management Approach
3) Operations, Maintenance, and Training approach
4) Past Performance & Project Experience

## L.7.1 ECM Description and Energy Savings

For the ECM proposed, the offeror shall submit information for items, as applicable, in the format specified below:

a. **Title and Executive Summary**

Provide a narrative summary of the proposed system.

b. **ECM Interface with Government Equipment**

Describe interface between the proposed ECM and present Government equipment. Include procedures for switching from current gas service to propane backup system.

c. **Manufacturer's Equipment and Information**

1) Manufacturer's name, address, and telephone number.
2) Equipment Identification. Provide complete model number and optional equipment proposed for each ECM component, including manufacturer's literature and specifications. The information provided shall completely describe the manufacturer's claimed efficiencies, equipment capacities, physical size, clearance requirements, electrical characteristics, construction materials and compliance with applicable national, state, and local codes and standards.

d. **Physical Changes.**

List major physical changes to equipment, facilities or surrounding vegetation required to install proposed ECM and address any impacts on building occupants, working environment, or critical equipment (i.e. computer systems and associated environmental control).

e. **Utility Interruptions and Other Agency Support Required**

1) Specify any utility interruptions needed for installation of the ECM by type (gas, electricity, water, etc.), and duration.
2) Specify any government agency support required during implementation of the ECM.

f. **Environmental Protection**

The Government must be provided information which addresses our obligations to identify the potential for a significant adverse effect upon the quality of the human environment. The following items shall be discussed for the proposed ECM:

1) **Resource Use** - Provide an estimate and discussion of the resource input (i.e. fuel oil, natural gas, potable water) required for operation of the proposed ECM.
2) **Waste Production** - Identify all by-products and, for each, an estimate of annual production volumes of all proposed processes such as air emissions from combustion or liquid effluent constituents from process waters. Identify any processes which produce noise, dust, fumes, odors or other contaminants. Identify wastes or hazardous materials generated from installation of ECM (i.e. Ballasts with PCB transformers).
3) **Mitigation Measures** - Provide a detailed description of the proposed methods to avoid or mitigate environmental contamination from the implementation and operation of the proposed ECM.
4) **Environmental Regulations** - Identify applicable Federal, State and local regulatory requirements including those which involve permits. Describe in detail how each case will be resolved.

g. **ECM Installation Schedule**

Prepare a proposed schedule for this ECM. The schedule shall utilize a Gantt chart showing all activities, duration, critical path, float, and dates and may consist of consecutive sheets as required. The schedule shall include, but not be limited to:

1) Design Reviews
   **Government Design Review period shall be 10 working days.**
2) Permits
3) Submittals (shop drawings, maintenance plan)
   **Government Review of Submittals shall be 10 working days.**
4) Equipment/Material Acquisition
5) Mobilization
6) Installation
7) Clean Up
8) Startup/Testing
9) Final Inspection and Approval
10) Post Installation Submittals (As Builts, O&M Manuals)
11) Training

## L.7.2 Management Approach

a. **Organization**

Show the organization for managing the project. Proposal shall contain the responsibilities of each element shown on the organization chart. Identify key personnel by name in each element. Show the lines of authority within the organization. If portions of the project are to be subcontracted (e.g., design of an energy conservation system), identify the subcontracted function, the subcontractor(s), the subcontractor's key personnel, and which element of the contractor's organization will manage the subcontract(s).

b. **Personnel Qualifications**

The offeror shall provide personnel resumes of key individuals who will be involved with the project in each functional area. Include key individuals from the prime and the subcontractor(s). Functional areas include design and engineering, installation, operations, and maintenance. Each resume shall cite education, dates of employment, pertinent experience in facility energy engineering, operation and maintenance and project and installation management, any professional certifications and licenses held, labor category and organizational position (corporate as well as project). Specify how the continuity of performance would be retained in the absence of the key individuals.

c. **Subcontracting Plan**

1) Provide a plan for subcontract management. The plan should describe the extent to which subcontracting is contemplated, the rationale for anticipated degree of subcontracting, and management for oversight of subcontractors. The subcontract plan should also describe: (1) the methods the contractor will use to ensure compliance with applicable OSHA regulations and (2) the quality control procedures that will be applied to subcontracted work.
2) Provide a list of subcontractors, their specialties, and their experience relative to the work proposed to be subcontracted.
3) Provide a substitution plan that describes the approach the offeror will use in the event that the subcontractor(s) identified in the proposal are unavailable at the time of contract award.

## L.7.3 Operations, Maintenance, and Training Approach

NOTE: See also Exhibit 1, Section J.

a. **Organization**

The offeror shall describe its organization to provide operations, maintenance, repair, and training services throughout the contract term. Specify subcontractors and their responsibilities, if used. Specify location of local service point(s), available hours of service, spare parts availability at the location specified, etc. The following should be furnished for the ECM.

b. **Operation, Maintenance, and Repair**

Specify the operation and maintenance requirements resulting from implementation of the ECM. Specify the level of operation, maintenance, and repair responsibility the offeror shall assume for:

1) The system, equipment, or components installed by the contractor;
2) Government-owned systems or equipment that are modified or changed by the contractor.

c. **Government Operations and Maintenance**

Specify the operation and maintenance requirements that will be imposed on the Government by implementation of the ECM.

d. **Preventative Maintenance**

Describe the preventative maintenance, inspection, and repair program proposed for equipment and facilities that are to be maintained by the offeror. Include equipment installed by the offeror and any Government-owned equipment modified or changed by the offeror.

e. **Response to Service Calls**

Describe how the offeror plans to respond to routine and emergency requests for service due to equipment failures for which the contractor is responsible.

f. **Training for Government Employees**

The offeror shall describe its plan to train Government personnel as follows:

1) A list of the proposed training for equipment to be installed under the ECM. Include a synopsis of what would be covered.
2) The proposed course(s) duration. Include a breakdown of classroom and practical application training hours.
3) The training plan should also include details of a plan for training Government personnel to take over the operation and maintenance of the ECM prior to the end of the contract term. Also discuss a plan for training Government personnel in emergency shutdown procedures of the ECM. Emergency procedures training shall be conducted prior to ECM startup.

## L.7.4. Past Performance & Project Experience

a. **Past Performance and Past Experience**

The offeror shall include descriptions of prior work that will help the Government evaluate the offeror's ability to implement and manage the work being proposed. These descriptions should include the following information:

1) Contract number, project contact name and phone number
2) The period of performance (month/year to month/year)
3) Project requirements that are similar to the work being proposed
4) Description and justification for any cost and schedule overruns
5) A description of the performance guarantees and whether or not they were met.
6) If applicable, a description of why and when the contract was terminated for default. Provide a point of contact.

A minimum of three recent projects performed within the last six years must be included in order for the offer to be considered minimally acceptable. Any offer containing less than three past contracts similar in nature will be excluded from consideration for award.

Offerors are cautioned to submit accessible references. References which cannot be contacted and/or verified will not be considered.

b. **Previous Project Experience**

The offeror shall provide the name, telephone number, and points of contact for three different clients for whom the offeror performed shared energy savings or facility energy management services, or other performance contracts that demonstrate the offeror's successful implementation of ECMs similar to those proposed for this project. For each client listed above, the offeror shall submit the following information:

1) Contract number, project contact name and phone number
2) The period of performance (month/year to month/year)
3) Project requirements that are similar to the work being proposed

Offerors are cautioned to submit accessible references. References which cannot be contacted and/or verified will not be considered.

## L.8 Price Proposal Requirements

a. Offerors shall indicate on the price proposal that offers are valid for not less than ninety (90) days.

b. The offeror's price proposal shall consist of:

1) Section A - A completed Standard Form 33;

2) Section B - Completed Schedules 1 through 5

3) Section J - SF 25, Performance Bond
SF 25-A, Payment Bond

4) Section K - Completed Representations and Certifications

c. In order to be considered a responsible prospective contractor, offerors must submit the following documentation:

1) Financial Management Plan
The offeror shall provide a financial management plan describing its proposed approach to obtain financing for implementation of proposed ECMs. The plan shall include, but not be limited to, discussion of:
**(NOTE: At minimum, all items below must be addressed, if not applicable to the offeror, so state)**
a. Types of financing (i.e. equity or debt capital, limited partnerships, other)
b. Sources of financing and letters of intent to finance
c. Use of investment banking services
d. Intent to transfer contract to successor in interest (novation agreement) after award
e. Key personnel on project management team who will be responsible for obtaining project financing

2) Project Financing Experience

The offeror shall describe the firms' or key personnel's previous experience in obtaining financing for other energy service performance contracts with similar financing arrangements and/or projects to that proposed. Specifically identify for each previous project or contract:

a. Description of Energy Services Provided
b. Capital Investment
c. Source and Type of Financing
d. Client and Point of Contact

3) Financial Status

The offeror shall provide copies of certified financial statements for the last fiscal or calendar year. Financial statements shall be provided for financial partners or all joint venture members.

# PART IV - REPRESENTATIONS AND INSTRUCTIONS

## SECTION M: EVALUATION FACTORS FOR AWARD

Table of Contents


| Paragraph No. | Paragraph Name | Page No. |
|---|---|---|
| M.1 | Basis of Award | 2 |
| M.2 | Proposal Evaluation | 2 |
| M.3 | Requirements | 4 |
| M.4 | Preaward Survey | 4 |

## M.1 Basis of Award

The Government intends to make a single award to the responsible offeror whose proposal represents the best overall value to the Government, considering four major areas: technical, management, past performance and price. In making the best-value determination, combined technical, management, past performance, and price will be considered. The Government reserves the right to award to other than the low-priced offeror. The Government may pay a premium over the lowest-priced, technically acceptable proposal for a technically superior proposal that offers the best overall value. The Government reserves the right to judge which proposal reflects the required technical ability and offers the best overall value.

## M.2 Proposal Evaluation

An initial evaluation will be performed on all proposals to identify any proposal so grossly deficient that a meaningful evaluation cannot be performed without significant additional information being submitted by the offeror. Any proposal identified as grossly deficient will be eliminated from competition and further evaluation.

The remaining proposals will be evaluated and rated using the evaluation factors specified herein. The competitive range will be determined consisting of proposals determined to have a reasonable chance of being selected for award.

The Government, as part of its evaluation, will conduct a performance risk assessment based on the offeror's proposed present and past performance as related to the probability of successfully accomplishing the proposed effort. This risk assessment is focused on the offeror's ability to perform against the solicitation requirements and proposed effort. The Government will use data from the offeror and other sources in assessing performance risk. Inaccurate or incomplete data from the offeror may result in a poor risk-assessment rating.

The Government may award without discussion; however, best-and-final offers may be requested from all offerors in the competitive range. If best-and-final offers are requested, the best-and-final offers will be evaluated to determine whether the best-and-final offer changes previous ratings of evaluation factors specified herein.

The final source selection is based on a detailed, impartial analysis of technical, management, performance risk-assessment considerations, and price. The Government will issue a notice of intent to award to the selected offeror, where award is subject to meeting and complying with the preaward requirements specified herein. If the selected offeror does not meet these preaward requirements, the Government reserves the right to issue a notice of intent to award to the offeror rated as the next best overall value to the Government, subject to meeting and complying with the preaward requirements specified herein, and so on until an award can be made.

## M.2.1 Evaluation Factors

Proposals will be evaluated using the factors and subfactors specified below.

M.2.1.1 **Technical Factor:** The technical factor considers the degree to which the proposal demonstrates the offeror's ability to meet the solicitation document's technical requirements and the feasibility, reasonableness, and acceptability of the proposed ECM. Information considered in evaluation of this factor and subfactors includes the ECM description, selected equipment, proposed utility cost savings, offeror's proposed operation and maintenance, and environmental issues.

**Subfactor 1:** The degree to which the proposal demonstrates the technical feasibility, suitability, reasonableness, comprehensiveness, and acceptability of the proposed ECM, and proposed selected equipment for the project ECM.

**Subfactor 2:** The degree to which the proposal demonstrates the adequacy of the proposed maintenance of contractor equipment, training of Government personnel on contractor equipment.

**Subfactor 3:** The degree to which the proposal demonstrates the offeror's knowledge and understanding of the environmental issues (such as potential significant environmental impacts, associated level of controversy, and proposed mitigation measures) and applicable Federal, state, and local regulations.

M.2.1.2 **Management Factor:** The management factor considers the degree to which the proposed management and implementation approach provide for effective organization, management, and control to accomplish the proposed project ECM. Information considered in evaluation of this factor and subfactors includes, qualifications and experience of key personnel (both prime and subcontractor), proposed selection and quality control for subcontractor's work, installation and implementation schedule, and impacts on Government facilities and operations.

**Subfactor 1:** The degree to which the proposal demonstrates the qualifications and experience of key personnel (both prime's and subcontractor's) to meet the technical requirements of the proposed project ECM and commitment of the offeror or subcontractor to provide these key personnel to the proposed project ECM.

**Subfactor 2:** The degree to which the proposal demonstrates the adequacy of the proposed staffing levels to successfully meet the implementation/installation schedule and the operation and maintenance requirements to ensure continued operation at proposed performance efficiencies for the proposed project ECM.

M.2.1.3 **Performance Risk-assessment Considerations:** The performance risk-assessment considers the offeror's past and present performance as related to the probability of successfully accomplishing the proposed effort. In assessing performance, the Government will use data from the offeror and other sources.

M.2.1.4 **Price:** The price factor considers the offeror's ability to project reasonable and realistic prices that indicate an understanding of the nature and scope of work required to be performed. The Government will evaluate whether the proposed prices are reasonable for the type and quality of work proposed, and may use its independent price estimate and comparison between costs proposed by all offerors.

## M.3 Requirements

### M.3.1 Requirements - Project Financing by Contractor

a. If the offeror is to provide its own financing for project execution, the offeror shall submit surety's commitment for bonding per paragraph H.18.

b. Should the offeror fail, to provide acceptable evidence bonding with the proposal package, the Government may determine the offeror not acceptable.

### M.3.2 Requirements - Project Financing by Third Party

a. If the offeror requires third-party financing for project execution, the offeror provide: (1) proof of financing commitment; and (2) surety's commitment for bonding per H.18.

b. Proof of financing shall be provided by written statement(s) from the financier(s) and signed by authorized corporate officer(s), indicating a firm commitment of funds for project financing.

c. The Government recognizes the unique aspects of third-party financing of energy cost savings performance contracts. The Government is willing to discuss and consider third-party financier needs for any notification(s) during the contract term.

d. Should the offeror fail, to provide proof of financing commitment and acceptable bonding, the Government may determine the offeror not acceptable.

## M.4 Preaward Survey

The Government may perform a preaward survey of the offeror selected for award to determine whether the offeror is a responsible contractor. The preaward survey may address financial capability, property management and control systems, purchasing (subcontracting) procedures and controls, safety procedures, quality control and assurance programs, environmental/energy programs, and financial plans and status.

# PART II - CONTRACT CLAUSES

## SECTION I: CONTRACT CLAUSES

Table of Contents


| Paragraph No. | Paragraph Name | Page No. |
|---|---|---|
| I.1 | FAR 52.252-2 Clauses Incorporated by Reference (2/98) | 2 |

CONSTRUCTION CONTRACT CLAUSES (FIXED PRICE)
(FAC 97-16 and GSAM Change 2)

1. **FAR 52.252.2 Clauses Incorporated by Reference (2/98)**. This contract incorporates one or more clauses by reference with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://www.arnet.gov/far/ and www.arnet.gov/GSAM/gsam.html.

The following clauses 2 - 124 are incorporated by reference:

| CATEGORY | REFERENCE | CLAUSE NO. AND TITLE |
|---|---|---|
| GENERAL | FAR 52.202-1 | 2. Definitions (10-95) Alt 1(4-84) |
| | GSAR 552.236-70 | 3. Definitions(4-84) |
| | GSAR 552.236-71 | 4. Authorities and Limitations(4-84) |
| | GSAR 552.203-71 | 5. Restriction on Advertising (9-99) |
| | GSAR 552.252-6 | 6. Authorized Deviations in Clauses (Deviation FAR 52.252-6)(9-99) |
| | GSAR 552.236-72 | 7. Specialist(4-84) |
| | GSAR 552.236-82 | 8. Subcontracts(4-84) |
| | GSAR 552.211-71 | 9. Standard References(2-96) |
| | FAR 52.236-8 | 10. Other Contracts (4-84) |
| | FAR 52.225-14 | 11. Inconsistency Between English Version and Translation of Contract (2-00) |
| | FAR 52.236-7 | 12. Permits and Responsibilities (11-91) |
| | FAR 52.253-1 | 13. Computer Generated Forms (1-91) |
| | FAR 52.204-4 | 14. Printing/Copying Double sided on Recycled Paper (6-96) |
| | FAR 52.214-34 | 15. Submission of Offers in the English Language (4-91) |
| | FAR 52.214-35 | 16. Submission of Offers in U.S. Currency (4-91) |
| STANDARDS OF CONDUCT | FAR 52.203-3 | 17. Gratuities (4-84) |
| | FAR 52.203-5 | 18. Covenant Against Contingent Fees (4-84) |
| | FAR 52.203-7 | 19. Anti-Kickback Procedures (7-95) |
| | FAR 52.203-8 | 20. Cancellation, Recission, and Recovery of Funds for Illegal or Improper Activity (10-97) |
| | FAR 52.203-10 | 21. Price or Fee Adjustment for Illegal or Improper Activity (1-97) |
| | FAR 52.203-12 | 22. Limitation on Payments to Influence Certain Federal Transactions (6-97) |
| BONDS AND INSURANCE | FAR 52.228-1 | 23. Bid Guarantee (9-96) |
| | FAR 52.228-2 | 24. Additional Bond Security (10-97) |
| | FAR 52.228-11 | 25. Pledges of Assets (2-92) |
| | FAR 52.228-12 | 26. Prospective Subcontractor Requests for Bonds (10-95) |
| | FAR 52.228-14 | 27. Irrevocable Letter of Credit (10-97) |
| | FAR 52.228-15 | 28. Performance and Payment Bonds - Construction (9-96) |
| | FAR 52.228-5 | 29. Insurance -- Work on a Government Installation (1-97) |
| | GSAR 552.228-70 | 30. Workers' Compensation Laws (9-99) |

| CATEGORY | REFERENCE | CLAUSE NO. AND TITLE |
|---|---|---|
| SITE CONDITIONS | FAR 52.236-2 | 31. Differing Site Conditions (4-84) |
| | FAR 52.236-3 | 32. Site Investigations and Conditions Affecting the Work (4-84) |
| | GSAR 552.236-76 | 33. Measurements (4-84) |
| SPECIFICATIONS AND DRAWINGS | FAR 52.236-21 | 34. Specifications and Drawings for Construction (2-97) |
| | GSAR 552.236-77 | 35. Specifications and Drawings (9-99) |
| | GSAR 552.236-78 | 36. Shop Drawings, Coordination Drawings, and Schedules (9-99) |
| SCHEDULES | FAR 52.236-15 | 37. Schedules for Construction Contracts (4-84) |
| PERFORMANCE | FAR 52.236-26 | 38. Pre-Construction Conference (2-95) |
| | FAR 52.236-6 | 39. Superintendence by the Contractor (4-84) |
| | FAR 52.236-5 | 40. Material and Workmanship (4-84) |
| | GSAR 552.236-79 | 41. Samples (4-84) |
| | FAR 52.236-17 | 42.Layout of Work (4-84) |
| | FAR 52.236-14 | 43. Availability and Use of Utility Services (4-84) |
| | GSAR 552.236-75 | 44. Use of Premises (4-84) |
| | FAR 52.236-10 | 45. Operations and Storage Areas(4-84) |
| | GSAR 552.236-80 | 46. Heat (4-84) |
| | GSAR 552.236-74 | 47. Working Hours (4-84) |
| | FAR 52.236-9 | 48. Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements (4-84) |
| | FAR 52.236-13 | 49.. Accident Prevention (11-91) -or- Accident Prevention (11-91)(Alt I) (11-91)*(Projects over 1 year in duration or involving hazardous materials))* |
| | FAR 52.236-12 | 50. Cleaning Up (4-84) |
| USE AND POSSESSION | FAR 52.236-11 | 51. Use and Possession Prior to Completion (4-84) |
| | GSAR 552.236-81 | 52. Use of Equipment by the Government (4-84) |
| INSPECTION | FAR 52.246-12 | 53. Inspection of Construction(8-96) |
| | GSAR 552.246-72 | 54. Final Inspection and Tests (9-99) |
| WARRANTY AND GUARANTEES | FAR 52.246-21 | 55. Warranty of Construction (3-94) (Alt I)(4-84) |
| | GSAR 552.246-75 | 56. Guarantees (5-89) |
| BUY AMERICAN | FAR 52.225-9 | 57. Buy American Act – Balance of Payments Program - Construction Materials (2-00) (under $6,909,500) |
| | FAR 52.225-11 | 58. Buy American Act/ Balance of Payments Program – Construction Materials under Trade Agreements (2-00) (fill-in) (>/= $6,909,500) (use ALT 1 if valued at >/= $6,909,500 but < $7,143,000) |
| | FAR 52.225-13 | 59. Restrictions on Certain Foreign Purchases (2-00) |

| CATEGORY | REFERENCE | CLAUSE NO. AND TITLE |
|---|---|---|
| | FAR 52.247-63 | 60. Preference for U.S. - Flag Air Carriers (1-97) |
| | FAR 52.247-64 | 61. Preference for Privately Owned U.S. - Flag Commercial Vessels (6-97) |
| ENVIRONMENTAL PROTECTION | FAR 52.223-5 | 62. Pollution Prevention and Right-to-Know Information (4-98) |
| | FAR 52.223-6 | 63. Drug-Free Workplace (1-97) |
| | FAR 52.223-9 | 64. Certification and Estimate of Percentage of Recovered Material Content for EPA Designated Items (10-97) |
| | FAR 52.223-11 | 65. Ozone-Depleting Substances (6-96) |
| | FAR 52.223-12 | 66. Refrigeration Equipment and Air Conditioners (5-95) |
| | FAR 52.223-14 | 67. Toxic Chemical Release Reporting (10-96) |
| EMPLOYMENT PRACTICES AND LABOR STANDARDS | FAR 52.222-1 | 68. Notice to the Government of Labor Disputes (2-97) |
| | FAR 52.222-3 | 69. Convict Labor (8-96) |
| | FAR 52.222-4 | 70. Contract Work Hours and Safety Standards Act- Overtime Compensation (7-95) |
| | FAR 52.222-6 | 71. Davis-Bacon Act (2-95) |
| | FAR 52.222-7 | 72. Withholding of Funds (2-88) |
| | FAR 52.222-8 | 73. Payroll and Basic Records (2-88) |
| | FAR 52.222-9 | 74. Apprentices and Trainees (2-88) |
| | FAR 52.222-10 | 75. Compliance with Copeland Act Requirements (2-88) |
| | FAR 52.222-11 | 76. Subcontracts (Labor Standards) (2-88) |
| | FAR 52.222-12 | 77. Contract Termination - Debarment (2-88) |
| | FAR 52.222-13 | 78. Compliance with Davis-Bacon and Related Act Regulations (2-88) |
| | FAR 52.222-14 | 79. Disputes Concerning Labor Standards (2-88) |
| | FAR 52.222-15 | 80. Certification of Eligibility (2-88) |
| | FAR 52.222-21 | 81. Prohibition of Segregated Facilities (2-99) |
| | FAR 52.222-26 | 82. Equal Opportunity (2-99) |
| | FAR 52.222-27 | 83. Affirmative Action Compliance Requirements for Construction (2-99) |
| | FAR 52.222-35 | 84. Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (4-98) |
| | FAR 52.222-36 | 85. Affirmative Action for Workers with Disabilities (6-98) |
| | FAR 52.222-37 | 86. Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (1-99) |
| SUBCONTRACTING | FAR 52.209-6 | 87. Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (7-95) |
| | FAR 52.219-8 | 88. Utilization of Small Business Concerns (10-99) |
| | FAR 52.219-9 | 89. Small Business Subcontracting Plan (10-99)(Alt II)(1-99) *(Negotiation)* or (Alt 1) (1-99) *(Sealed Bidding)* |

| CATEGORY | REFERENCE | CLAUSE NO. AND TITLE |
|---|---|---|
| | FAR 52.219-16 | 90. Liquidated Damages --Subcontracting Plan (1-99) |
| | FAR 52.244-2 | 91. Subcontracts (AUG 1998) |
| | FAR 52.244-6 | 92. Subcontracts for Commercial Items and Commercial Components (10-98) |
| PATENTS, DATA, AND COPYRIGHTS | FAR 52.227-1 | 93. Authorization and Consent (7-95) |
| | FAR 52.227-2 | 94. Notice and Assistance Regarding Patent and Copyright Infringement (8-96) |
| | FAR 52.227-4 | 95. Patent Indemnity -- Construction Contracts (4-84) |
| TAXES | FAR 52.229-3 | 96. Federal, State, and Local Taxes (1-91) |
| | FAR 52.229-5 | 97. Taxes – Contracts Performed in U.S. Possessions or Puerto Rico (4-84) |
| ADJUSTMENTS | FAR 52.243-4 | 98. Changes(8-87) |
| | GSAR 552.243-71 | 99. Equitable Adjustments (4-84) |
| | GSAR 552.243-70 | 100. Pricing of Adjustments (4-89) |
| AUDITS | FAR 52.214-26 | 101. Audit and Records -- Sealed Bidding (10-97) |
| | FAR 52.214-27 | 102. Price Reduction for Defective Cost or Pricing Data - Modifications -- Sealed Bidding (10-97) *[applicable to modifications equal to or exceeding $500,000 and no exception applies]* |
| | FAR 52.214-28 | 103. Subcontractor Cost or Pricing Data -- Modifications -- Sealed Bidding (10-97) *[applicable to modifications equal to or exceeding $500,000 and no exception applies]* |

*(Clauses 104 through 110 apply to negotiated procurements/awards.)*

| CATEGORY | REFERENCE | CLAUSE NO. AND TITLE |
|---|---|---|
| | FAR 52.215-2 | 104. Audit and Records - Negotiation (6-99) |
| | FAR 52.215-10 | 105. Price Reduction for Defective Cost or Pricing Data -Modifications (10-97) *[applicable to modifications equal to or exceeding $500,000 and no exception applies]* |
| | FAR 52.215-11 | 106. Subcontractor Cost or Pricing Data -- Modifications (10-97) *[applicable to modifications equal to or exceeding $500,000 and no exception applies]* |
| | GSAR 552.215-70 | 107. Examination of Records by GSA (2-96) |
| | FAR 52.215-15 | 108. Termination of Defined Benefit Pension Plans (10-97) |
| | FAR 52.215-18 | 109. Reversion or Adjustment of Plans for Post-retirement Benefits Other Than Pensions (10-97) |
| | FAR 52.215-21 | 110. Requirements For Cost or Pricing Data or Information other than Cost or Pricing Data—Modifications (10-97) |

| | | |
|---|---|---|
| PAYMENT | FAR 52.232-5 | 111. Payments under Fixed- Price Construction Contracts (5-97) |
| | FAR 52.232-27 | 112. Prompt Payment for Construction Contracts (6-97) |
| | FAR 52.232-17 | 113. Interest (6-96) |
| | FAR 52.232-23 | 114. Assignment of Claims (1-86) |
| | FAR 52.232-34 | 115. Payment by Electronic Funds Transfer- Other than Central Contractor Registration (5-99) |
| | FAR 52.242-13 | 116. Bankruptcy (7-95) |
| | FAR 52.243-6 | 117. Change Order Accounting (4-84) |
| STOP WORK/ TERMINATION | FAR 52.242-14 | 118. Suspension of Work (4-84) |
| | GSAR 552.211-84 | 119. Non-compliance with Contract Requirements (2-96) |
| | FAR 52.249-2 | 120. Termination for Convenience of the Government (Fixed-Price)(Alt I)(9-96) |
| | FAR 52.249-10 | 121. Default (Fixed-Price Construction) (4-84) |
| VALUE ENGINEERING | FAR 52.248-3 | 122. Value Engineering- Construction (2-00) (Alt I - 4-84) |
| DISPUTES | FAR 52.233-1 | 123. Disputes (12-98) (Alternate I)(12-91) |
| PROTESTS | FAR 52.233-3 | 124. Protest after Award (8-96) |

*Note: The following clauses are incorporated in full text because they contain approved Deviations to Federal Acquisition Regulation (FAR) language; contain information specific to the GSA Greater Southwest Region procurements; or are otherwise unsuitable for incorporation by reference.*

**125. INSURANCE REQUIREMENTS.**

In accordance with clause no. 29, FAR 52.228-5, the following kinds and minimum amounts of insurance are required:

1. Worker's Compensation and Employer's Liability:

A. The Contractor is required to comply with applicable Federal and State worker's compensation and occupational disease statutes; however, notwithstanding the permissibility of deductibles under those statutes, worker's compensation shall be obtained without any deductibles. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy. Employer's liability coverage of at least the following limits (and without a deductible) shall be provided,

Bodily Injury by Accident - $100,000 each accident
Bodily Injury by Disease - $500,000 policy limit
Bodily Injury by Disease - $100,000 each employee

except in states with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

B. Even though the laws of a State (such as Texas) might allow a contractor to be a non-subscriber to worker's compensation, contractor is required to carry and maintain worker's compensation insurance (without any deductibles) and employer's liability insurance. If occupational diseases are not covered under the worker's compensation policy, it shall be covered under the employer's liability section of the insurance policy.

Employer's liability insurance coverage shall be as specified in A above.

2. General Liability insurance:

General liability insurance coverage written on the comprehensive form of policy, is required in the amount of $500,000.00 per occurrence for bodily injury, and $50,000 per occurrence for property damage. The deductibles under such policy shall not be greater than (i) $10,000 per person or $25,000 per occurrence for bodily injury or (ii) $10,000 for property damage

3. Automobile Liability Insurance:

A minimum of $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage provided for automobile liability insurance coverage written on the comprehensive form of policy, covering the operation of all automobiles used in connection with performing the contract is required. The deductibles under such policy shall not be greater than (i) $10,000 per person or $25,000 per occurrence for bodily injury or (ii) $2,000 for property damage.

**126. FAR 52.219-23 NOTICE OF PRICE EVALUATION ADJUSTMENT FOR SMALL DISADVANTAGED BUSINESS CONCERNS (OCT 1999) (ALTERNATE II) (OCT 1998)** *(Applicable if full and open competitive procurement procedures are used and PEA to be applied as determined by the Department of Commerce. This clause does not apply to small business set-asides or 8(a) procurements.)*

(a) Definitions. As used in this clause--
Small disadvantaged business concern means an offeror that represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--
(1) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and
(i) No material change in disadvantaged ownership and control has occurred since its certification;
(ii) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(iii) It is identified, on the date of its representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net).

...dvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application ...ing, and that no material change in disadvantaged ownership and control has occurred since its application was submitted. In this case, in order to receive the benefit of a price evaluation adjustment, an offeror must receive certification as a small disadvantaged business concern by the Small Business Administration prior to contract award; or

(3) Is a joint venture as defined in 13 CFR 124.1002(f).

Historically black college or university means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense (DoD), the National Aeronautics and Space Administration (NASA), and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

Minority institution means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)) which, for purposes of this clause, includes a Hispanic-serving institution of higher education as defined in Section 316(b)(1) of the Act (20 U.S.C. 1059c(b)(1)).

United States means the United States, its territories and possessions, the Commonwealth of Puerto Rico, the U.S. Trust Territory of the Pacific Islands, and the District of Columbia.

(b) Evaluation adjustment. (1) Offers will be evaluated by adding a factor of ten (10 ) percent to the price of all offers, except--

(i) Offers from small disadvantaged business concerns, that have not waived the adjustment, whose address is in a region for which an evaluation adjustment is authorized;

(ii) For DOD, NASA, and Coast Guard acquisitions, otherwise successful offers from historically black colleges or universities or minority institutions;

(iii) Otherwise successful offers of eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is equaled or exceeded (see section 25.402 of the Federal Acquisition Regulation (FAR));

(iv) Otherwise successful offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government; and

(v) For DOD acquisitions, otherwise successful offers of qualifying country end products (see sections 225.000-70 and 252.225-7001 of the Defense FAR Supplement).

(2) The factor shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor. The factor may not be applied if using the adjustment would cause the contract award to be made at a price that exceeds the fair market price by more than the factor in paragraph (b)(1) of this clause.

(c) Waiver of evaluation adjustment. A small disadvantaged business concern may elect to waive the adjustment, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply to offers that waive the adjustment.

☐ Offeror elects to waive the adjustment.

(d) Agreements. (1) A small disadvantaged business concern, that did not waive the adjustment, agrees that in performance of the contract, in the case of a contract for--

(i) Services, except construction, at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern;

(ii) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern;

(iii) General construction, at least 15 percent of the cost of the contract, excluding the cost of materials, will be performed by employees of the concern; or

(iv) Construction by special trade contractors, at least 25 percent of the cost of the contract, excluding the cost of materials, will be performed by employees of the concern.

(2) A small disadvantaged business concern submitting an offer in its own name agrees to furnish in performing this contract only end items manufactured or produced by small disadvantaged business concerns in the United States. This paragraph does not apply in connection with construction or service contracts.

**127. FAR 52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JAN 1999)** *(Applicable if full and open competition procurement procedures are used (e.g., not set-aside) and contract is expected to exceed $100,000.)*

(a) *Definition.* "HUBZone small business concern," as used in this clause, means a small business concern that appears on a List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) *Evaluation preference.* (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except --

(i) Offers form HUBZone small business concerns that have not waived the ev.

(ii) Otherwise successful offers from small business concerns;

(iii) Otherwise successful offers of eligible products under the Trade Agreement threshold for application of the act is exceeded (see 25.402 of the Federal Acquisition Regulation (

(iv) Otherwise successful offers where application of the factor would be inconsis..... with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer. These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) *Waiver of evaluation preference.* A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

☐ Offeror elects to waive the evaluation preference.

(d) *Agreement.* A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for –

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns:

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

*Note to CO: Do not include the following clause if it is not applicable. As prescribed in 19.1204, the CO shall insert the clause at FAR 52.219-25 in solicitations and contracts that consider the extent of participation of SDB concerns in performance of the contract.*

**128. FAR 52.219-25 SMALL DISADVANTAGED BUSINESS PARTICIPATION PROGRAM – DISADVANTAGED STATUS REPORTING (OCT 1999)**

(a) *Disadvantaged status for joint venture partners, team members, and subcontractors.* This clause addresses disadvantaged status for joint venture partners, teaming arrangement members, and subcontractors and is applicable if this contract contains small disadvantaged business (SDB) participation targets. The Contractor shall obtain representations of small disadvantaged status from joint venture partners, teaming arrangement members, and subcontractors through use of a provision substantially the same as paragraph (b)(1)(i) of the provision at FAR 52.219-22, Small Disadvantaged Business Status. The Contractor shall confirm that a joint venture partner, team member, or subcontractor representing itself as a small disadvantaged business concern, is identified as a certified small disadvantaged business in the database maintained by the Small Business Administration (PRO-Net) or by contacting the SBA's Office of Small Disadvantaged Business Certification and Eligibility.

(b) *Reporting requirement.* If this contract contains SDB participation targets, the Contractor shall report on the participation of SDB concerns at contract completion, or as otherwise provided in this contract. Reporting may be on Optional Form 312, Small Disadvantaged Business Participation Report, or in the Contractor's own format providing the same information. This report is required for each contract containing SDB participation targets. If this contract contains an individual Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan, reports may be submitted with the final Subcontracting Report for Individual Contracts (Standard Form 294) at the completion of the contract.