## DETERMINING CUSTOMERS RATE ELIGIBILITY

**A customer's rate classification shall be determined by the primary end use of the gas delivered through each meter, as follows:**

### I. Residential Classification

Notwithstanding a customer's classification under the Standard Industrial Classification Code or the North American Industrial Code, except as provided below in this Paragraph I, any customer whose service is separately and individually metered and uses natural gas primarily for residential end uses and occupies the building will be classified as a residential customer and receive service under the Residential Rate. "Residential end uses" means heating, space heating, cooking, water heating and other similar type uses in a building used as a dwelling. A residential home developer or real estate agent or broker who uses separately and individually metered gas for residential end uses in a building for sales or show purposes, but does not occupy the building as a dwelling, may receive service for such building under the Residential Rate, but will not be classified as a residential customer for any other purpose. A lessor, or religious or educational organization, which uses separately and individually metered gas in a building used as a dwelling primarily for residential end uses, but allows another person to occupy the building as a dwelling, will receive service for such building under the Residential Rate, but such service will not cause such a customer to be classified as a residential customer for any other purpose. A customer receiving gas service through a single meter primarily for residential end uses in a building containing no more than four (4) residential dwelling units may receive service under the Residential Rate. A customer that uses gas only for gas logs and/or gas lights, and not primarily for residential end uses, shall receive service under the Residential Rate, but such service will not cause such a customer to be classified as a residential customer for any other purpose. In the event applicable laws and regulations allow the company and a customer, who would otherwise be classified as a residential customer, to negotiate a contract for gas services, such a written contract shall control the customer's classification, rate and terms and conditions of service.

### II. Commercial Classification

Except as otherwise provided in this Paragraph II, any customer who has a Standard Industrial Classification Code of 01, 02, 07, 08, 09, 15, 16, 17, 40 through 49 (except electric generation) and above 49, or the North American Industrial Code equivalent code classification, will be classified as a commercial customer and receive service under the Commercial Rate. Any customer classified as a commercial customer may receive service under the Schedule of Industrial Rates, provided the customer has 1) standby equipment for the use of other fuel with a capacity at least equal to that normally required by the customer, and 2) fuel in storage in an amount adequate to fulfill the customer's fuel requirements during periods of curtailment, interruption or discontinuance of gas service. Independent School Districts or private schools that use gas in buildings used to provide educational instruction to students will be classified as commercial customers for such purposes and will receive service at such buildings under the Commercial Rate. In the event applicable laws and regulations allow the company and a customer, who would otherwise be classified as a commercial customer, to negotiate a contract for gas services, such a written contract shall control the customer's classification, rate and terms and conditions of service.

<u>List of "Standard Industrial Classification Code" Code Numbers Qualifying for Commercial Service:</u>

01. Agricultural production - crops.
02. Agricultural production - livestock.
07. Agricultural services.
08. Forestry.
09. Fishing, hunting, and trapping.

Issued: April 1999

**Commercial Classification** (Continued)

15. Building construction - general contractors and operative builders.
16. Construction other than building construction - general contractors.
17. Construction - special trade contractors.
40. Railroad transportation.
41. Local and suburban transit and interurban highway passenger transportation.
42. Motor freight transportation and warehousing.
43. U. S. Postal Service.
44. Water transportation.
45. Transportation by air.
46. Pipe lines, except natural gas.
47. Transportation services.
48. Communication.
49. Electric, gas, and sanitary services. (Except Electric Generation).

50.-51. Wholesale trade.
51.-59. Retail trade.
60.-67. Finance, insurance, and real estate.
70.-89. Services.
91.-97. Public administration.
99. Nonclassificable establishments (Except Residential).

## III. Industrial Classification

Except as otherwise provided in this Paragraph III, any customer who has a Standard Industrial Classification Code of 10, 11, 12, 13, 14, 20 - 39 or 49 (electric generation only), or the North American Industrial Code equivalent code classification, will be classified as an industrial customer and receive service under the Schedule of Industrial Rates unless the customer's consumption during any month of its contract year is less than 125 Mcf. A customer, who would otherwise be classified as an industrial customer and whose consumption in any month of its contract year is less than 125 Mcf may at the end of that contract year elect to receive service under the Commercial Rate by giving the Company thirty (30) days prior notice of such an election. Such a customer may subsequently elect to return to an industrial customer classification and service at the end of any month of service at the Commercial Rate by giving the Company thirty (30) days prior notice of such an election and entering a new industrial service contract.

<u>List of "Standard Industrial Classification Code" Code Numbers Qualifying for Industrial Service:</u>

10. Metal Mining.
11. Anthracite mining.
12. Bituminous coal and lignite mining.
13. Oil and gas extraction.
14. Mining and quarrying of nonmetallic minerals, except fuels.

20.-39. Manufacturing
49. Electric generation only.

## IV. Controlling Classification Code

In the event the North American Industrial Code replaces the Standard Industrial Classification Code: a) the North American Industrial Code shall control the rate classification for customers; and b) this Rate Schedule may be restated to

... would be changed, the Standard Industrial Classification Code shall control the rate classification of that customer until that customer's rate is changed in a manner provided under the Texas Utilities Code, and only thereafter shall the North American Industrial Code control the rate classification for such a customer.

Issued: April 1999