1. Company Name: TXU Gas Distribution

Rate Schedule No. 2083

2. Customer Identification Benbrook, Crowley, Edgecliff Village, Everman, Forest Hill, Fort Worth, Haltom City, Kennedale, Lakeside, Lake Worth, North Richland Hills, Richland Hills, River Oaks, Sansom Park, Watauga, Westover Hills, Westworth Village and White Settlement
3. Type of Service: Distribution System Commercial Sales
4. Date of Initial Service: N/A
5. Date of Current Amendment: December 2000 and January 2001
6. Rate:

| | | |
|---|---|---|
| Customer Charge | | $14.0000 |
| First 20 Mcf | @ | 4.1150 Per Mcf |
| Next 30 Mcf | @ | 3.8150 Per Mcf |
| Over 50 Mcf | @ | 3.6650 Per Mcf |

If the service period is less than 28 days in a month, the customer charge is $.5000 times the number of days service.

Bills are due and payable when rendered and must be paid within fifteen days from monthly billing date.

The amount of each monthly bill computed at the above stated rate shall be subject to the following tax adjustment: Municipal franchise fees (street and alley rental taxes) and the state gross receipts taxes imposed by Sections 182.021-182.024 of the Texas Tax Code. Plus or minus an amount equivalent to the proportionate part of any new tax, or any tax increase or decrease, or any increase or decrease of any other governmental imposition, rental fee or charge (except state, county, city and special district ad valorem taxes and taxes on net income) levied, assessed or imposed subsequent to December 31, 1999, upon or allocable to the Company's distribution operations, by any new or amended law, ordinance or contract.

The amount of each monthly bill computed at the above stated rate shall be adjusted for gas cost by adding an amount equal to the consumption in Mcf times the following factor determined to the nearest $.0001 per Mcf:

Gas Cost Adjustment = [a (b - c) + d]

Where: a = A volume factor of 1.0216 determined for the distribution system as the ratio of Mcf purchased to Mcf sold.
b = An estimated city gate rate expressed to the nearest $.0001 per Mcf.
c = A base city gate rate of $2.7535 per Mcf.
d = A correction factor to compensate for any over- or under- recovery resulting from application of the second previous month's estimated adjustment.

7. Rate Adjustment Provisions: WNA clause shown under Rate Schedule No. 192-C applicable in Benbrook, Crowley, Edgecliff Village, Everman, Forest Hill, Fort Worth, Haltom City, Kennedale, Lakeside, Lake Worth, North Richland Hills, Richland Hills, River Oaks, Sansom Park, Watauga, Westover Hills, Westworth Village and White Settlement
8. Applicable Service Charges: See Rate Schedule Nos. 300 through 305.
9. Reason For Filing: Rate Change
10. Contact Person: Ms. Nancy Keith, Senior Rate Analyst 214-812-8164
TXU Gas Distribution
1601 Bryan St., 32nd Floor
Dallas, Texas 75201-3411

Issued: March 2001