U.S. GENERAL SERVICES ADMINISTRATION
Greater Southwest Region 817 · 978 · 2061

July 27, 2000

Tiger Natural Gas
Attn: Bradley O. Johnson
1-G West 41st
Sand Springs, OK 74063

Dear Mr. Johnson:

Subject: Propane Backup System, Fort Worth, TX - Solicitation No. GS-07P-00-HHC-0066

Your recent proposal submitted in response to Solicitation No. GS-07P-00-HHC-0066 has been evaluated by our Selection Evaluation Board. I am pleased to inform you that your technical proposal was among the most highly rated proposals and is considered to be within the competitive range.

The following area in your proposal may be an area which you may wish to revise or reconsider:

**PRICE PROPOSAL**

1. Section B - Schedule 1
No date was inserted in the space provided under the schedule. After the Notice to Proceed is provided, how many days would you need to complete the installation of the proposed ECM?

2. Section B - Schedule 1
Please explain your method of verifying the estimated annual cost savings of $60,000 per year.

3. Section B - Schedule 3
Please provide a breakdown of the proposed annual expenses for the "service phase"? Is this M+V, inspection and maintenance? This cost appears to be excessive.

4. Section B - Schedule 5
Why are the financing costs $3,500 per year? Where are these figures derived? Why is the financing rate 10%?



Federal Recycling Program Printed on Recycled Paper

5. Section B - Schedule 5
What rate did you use for the present gas rate? What rate did you use for the interruptible rate?

6. Section J
In accordance with the Federal Acquisition Regulation 28.101-4(b) Non-compliance with bid guarantee requirements, an initial proposal may be considered unacceptable if a bid bond is not provided. No Performance or Payment Bonds have been included in your proposal.

7. Can you provide a "guarantee of savings" to support the payback?

If you elect to do so, this letter shall serve as the Government's request for submission of your Final Proposal Revisions which shall be due no later than **4:00 P.M. (local time) August 7, 2000**. This is your opportunity to make revisions or clarifications to your documents. The final proposal revisions must be in writing and the Government fully intends to make awards without obtaining additional further revisions.

Should you have any questions regarding this matter, please feel free to contact either Pia Heiges at (817) 978-3849, or Carol Lautzenheiser at (817) 978-6165.

Sincerely,

Carol Lautzenheiser

Carol Lautzenheiser
Contracting Officer
Acquisition Services (7PMA)