TIGER Natural Gas Inc.
1-G West 41st
Sand Springs, Oklahoma 74063
918 245 3651 FAX
918 245 2951
Minority Owned / Native American Woman

August 1, 2000

U.S. General Services Administration
Greater Southwest Region
Special Services Division (7PMA)
Attn: Carol Lautzenheiser
819 Taylor Street, Room 11A01
Fort Worth, Texas 76102

RE: Solicitation No. GS-07P-00-HHC-0066 Revisions

Dear Carol Lautzenheiser:

Tiger Natural Gas, Inc. would like to submit the following revisions for your review. These revisions are in compliance with your letter dated July 27, 2000.

**Price Proposal**

1. Section B – Schedule 1, TNG would need 90 days for completion of project after notice to proceed is provided.
2. Section B – Schedule 1, TNG has reviewed past natural gas usage for your facility, thus, knowing the average annual consumption rate. The local LDC rates have been established for both commercial and industrial facilities. With the backup system in place, your facility will be qualified to buy interruptable service and the LDC rate will be negotiated from commercial to industrial. Please refer to Technical Proposal Yearly Savings explanation.'
3. Section B – Schedule 3, The annual contract expenses for the service phase is as follows:

   Service Pricing has been based on the following circumstances and ussumptions:

   a. 12,000 gallon propane tank may be refilled once per year. Therefore, refilling of tank would be a total of 24,000 gallons of propane per the first year and once per year thereafter. The client would be responsible for propane cost at any time the price per gallon exceeds .75 cents.

| | |
|---|---|
| Propane cost per gallon delivered | .75 |
| Gallons Required per year | 24,000 |
| Total Cost for Propane per year | $18,000.00 |

Solicitation No. GS-07P-00-HHC-0066
Page 2 of 2

b. Annual expected service and maintenance of the propane backup sytem is $5,500.00 per year.
Therefore, the total annual service cost 1st year would be -------- $23,500.00
The total annual service cost for remaining years is -------------- $14,500.00

The client may restrict the contract to maintenance service only which would not include the refilling of propane tank on yearly basis. This would reduce the service pricing by $9,000.00 per year. The first tank fill is included in the total project cost.

4. Section B – Schedule 5
Financing cost from one division of Tiger Natural Gas to another has been fixed at .016 percent of the total capitol investment per year for a period of six years. The rate can also be derived by utilizing only 7.2 percent interest on the annual installation phase cost.

5. Section B – Schedule 5
The present gas rate for your facility is 4.587 per therm
The interruptible rate used is 3.412 per therm

6. Section J
Tiger Natural Gas, Inc. will forward all Performance and Payment Bonds upon award of the contract. TNG policy prohibits the issuing of bonds prior to award of contracts due to the fact that prebonding cost 3% of total contract price which is not refundable. TNG will provide the client with a letter of credit if required prior to bonding.

7. Guarantee of savings cannot be supported without future knowledge of the following factors:
   a. LDC rates could increase and/or decrease over a period of time.
   b. The Natural Gas Industry could change at any time.
   c. Transportation rates could change at any time.
   d. Building Occupancy could change at any time.

However, with past market performance TNG is willing to accept liability of the contract and proceed with a contract if awarded.
The option years may be extended should yearly payback be lower than contract Installation pricing.

Sincerely,

Bradley O Johnson, Env. Mngr.