**GSA Comments on Clarification to Proposal by Tiger Natural Gas, Dated August 1, 2000**

a) Item 3: We were looking for a breakdown of the $35,000 Annual Contract Expenses during the Service Phase (Schedule 3, column (b)). You are saying that it includes $31,500 per year for debt service, and $3,500 per year for financing costs. What does the debt service consist of then?

b) Also, in item #3 of your clarification, you say that the Service Phase cost (Schedule 3, Section B) consists of $18,000 per year in propane, and $5,500 per year in annual service and maintenance of the system. How does this fit in with the $31,500 per year for debt service mentioned above? Where is the $5,500 service & maintenance on Schedule 5? Why does Schedule 5 show $16,000 per year for fuels, rather than $18,000?

c) Also, in Schedule 5, you show $25,500 per year in Project Expenses/Cash Disbursements. Is this part of the $35,000? If not, then the government payments would need to be $60,500 annually.

d) The question, then, is how much will the government's annual payments to the contractor be, including all annually recurring expenses? What is the total of the annually recurring expenses? Is the total out of pocket cost to the government to purchase and operate this system $48,000 per year, for 6 years? Does this include $16,000 worth of propane per year?

e) An additional question is, how much would the government be required to pay up front for the entire project, including annual maintenance & service, without financing it? Please provide a breakout of the annual expenses for maintenance, service, and propane, even though they are included in the lump-sum price.

f) You state, "The client would be responsible for propane cost at any time the price per gallon exceeds .75 cents". Don't you mean 75 cents? Don't you also mean that the client would be responsible for the portion of the propane cost that exceeds 75 cents?

g) At the end of your clarification, you state that TNG is willing to accept liability of the contract and proceed with a contract if awarded. Does this mean that you would be willing to provide a guarantee of savings?

h) For informational purposes: The manager of the Fort Worth Federal Center has stated that winter 1999 (Oct. '99 thru Feb. '00) gas consumption is probably significantly lower than the previous year, due to an extraordinarily mild winter and to the fact that numerous gas leaks were repaired prior to the winter. Also, while approximately 1 million gsf of space may be vacated in April, 2001, it is expected to be backfilled quickly.