September 5, 2000

US General Services Administration
Greater Southwest Region
Special Services Division (7PMA)
Attn: Carol Lautzenheiser
819 Taylor Street, Room 11A01
Fort Worth, Texas 76102

RE: Solicitation No: GS-07P-00-HHC-0066
Response to Questions Dated 8-18-00

Dear Carol Lautzenheiser:

Tiger Natural Gas, Inc. would like to submit the following answers and clarifications for your review.

A,b,c) Item 3: debt service includes but is not limited to such items and services as follows:

- Tank Cost
- Piping, parts
- Administrative
- Associated mechanical equipment
- Safety Devices
- Engineering Designs

NOTE: The Debt service is the total makeup of all cost combined for complete installation of the propane backup system. Tiger Natural Gas shall be responsible for all installation cost upon completion and acceptance. GSA will in turn be responsible for complete payback of installation cost over a period of time as stipulated by the contract.

The following chart has inserted as the new numbers to be utilized in schedule 3.

| Line Item | Year | Installation Phase | Service Phase |
|---|---|---|---|
| 0003AA | One | $ 48,000 | $ 5,500 to 22,375 |
| 0003AB | Two | $ 48,000 | $ 5,500 to 22,375 |
| 0003AC | Three | $ 48,000 | $ 5,500 to 22,375 |
| 0003AD | Four | $ 48,000 | $ 5,500 to 22,375 |

| Line Item | Year | Installation Phase | Service Phase |
|---|---|---|---|
| 0003AE | Five | $ 48,000 | $ 5,500 to 22,375 |
| 0003AF | Six | $ 48,000 | $ 5,500 to 22,375 |
| 0003AG | Seven | $ 0.0 | $ 0.0 |
| 0003AH | Eight | $ 0.0 | $ 0.0 |
| 0003AI | Nine | $ 0.0 | $ 0.0 |
| 0003AJ | Ten | $ 0.0 | $ 0.0 |
| Totals | | $288,000 | $ 33,000 to 134,250 |

Annual contract expenses under the Service Phase shall very, dependant upon the market, weather, etc.. (i.e. cost of propane would be reduced for each proceeding year should the original supply of propane not be exhausted within a one year period). With past history on the facility, it would appear that one tank of propane (22,500 gallons) would last for approximately 3 years. Thus saving the client approximately 34,000 dollars prior to refueling of tank. Five thousand and five hundred dollars added to the possible propane cost per year, will be for yearly maintenance and startup of the system.

Tank Size is 30,000 gallons
Propane Amount for 3 days backup is 22,500 gallons
Average and Current Delivered Propane Price is Seventy Five Cents per gallon
Total 3 day cost of Propane is $16,875

d) The government would be required to pay the following amounts to Tiger Natural Gas for a period as stipulated by the RFP:

$ 48,000 per year for six years under the Installation Phase
$ 22,375 to 5,500 per year under the Service Phase

e) The up front total price for the Propane Backup System if purchased outright is $210,000. This price does not include the annual maintenance.

Annual Maintenance Cost:
Currently, our per diem rate is $700.00 per day, portal to portal, plus living and travel expenses at cost.

f) Tiger Natural Gas will be responsible for the scheduling and transport of propane for all re-fuelling at the minimum rate of 75 cents per gallon of propane. However, the government shall be responsible for any portion over 75 cents per gallon should prices rise. There shall be no markup on any propane purchased at or above the rate of 75 cents per gallon.

g) Tiger Natural Gas can not guarantee a savings to you, unless you can guarantee that the consumption at your facility will stay at the levels indicated in the 96-97 consumption records (36,946 mcf). Tiger has gone back and prepared an anticipated savings based on the 98-99 records (28,648 mcf), and feels as though the total gross savings of over $44,000 per year is possible. The total yearly cost of installing and operating the propaane/air system (not including the propane) is $53,500 per year for six years. As you can see unless your consumption is greater than the28,648 mcf, a loss of $9.000 could occur.

Please contact me at my office should you require any additional information.

Sincerely,

Bradley O Johnson
Environmental Manager

TIGER NATURAL GAS ⊠010

Lone Star Tariff Info.
T.X.U

# *Yearly Savings Explanation*

GSA Dallas/Ft Worth Federal Building savings has been based on the following information supplied by the Local Distribution Company (LDC) Lonestar Gas.

At the present time the Federal Building is purchasing gas and transportation under a commercial rate. The savings by switching over from commercial rates to industrial rates is as follows based on an average yearly consumption of 36,946 Mcf.

| | |
|---|---|
| **Commercial Rate** | **$ 179,996.94** |
| **Industrial Rate** | **$ 150,504.32** |
| **Savings per year** | **$ 29,492.62** |

By switching over from a Firm Rate to an Interruptible Rate, the savings would be as follows based on an average yearly consumption of 36,946 Mcf.

| | |
|---|---|
| **Firm Rate** | **$ 1.5800** |
| **Interruptible Rate** | **$ 0.5800** |
| **Savings Per Mcf** | **$ 1.0000** |
| **36,946 Mcf per year Firm Rate** | **$ 58,374.68** |
| **36,946 Mcf per year Int. Rate** | **$ 21,428.68** |
| **Savings per year** | **$ 36,946.00** |
| ***Interrupt Rate Yearly Savings** | **$36,946.00** |
| ***Industrial Rate Yearly Savings** | **$29,492.62** |
| **Total Yearly Savings Is** | **$ 66,438.62** |

*NOTE: Should the Federal Building start purchasing gas from a third party (TIGER NATURAL GAS), additional savings of $4,000.00 to $8,000.00 could be recouped on a yearly basis. Thus, increasing the Federal Building yearly savings between $70,438.00 to $74,438.00

LDC: Lone Star

# SAVINGS ANALYSIS
## GSA - FT. WORTH, TX
## Building TX0000FW
## FISCAL 1999

| | Current Supplier | | | TIGER NATURAL GAS, INC. | | | |
|---|---|---|---|---|---|---|---|
| | BURNERTIP THERMS | PRICE/THERM | TOTAL COST | BURNERTIP MMBTU | PRICE/THERM | TOTAL COST | TOTAL SAVINGS |
| Jan-99 | 11,567 | $ 4.2378 | $ 49,019.00 | 11,567 | $2.5906 | $ 29,964.94 | $ 19,054.06 |
| Feb-99 | 4,492 | $ 4.1950 | $ 18,844.00 | 4,492 | $2.5906 | $ 11,636.77 | $ 7,207.23 |
| Mar-99 | 3,494 | $ 3.5083 | $ 12,258.00 | 3,494 | $2.4606 | $ 8,597.18 | $ 3,660.82 |
| Apr-99 | 1,084 | $ 4.6356 | $ 5,025.00 | 1,084 | $2.6706 | $ 2,894.88 | $ 2,130.12 |
| May-99 | 108 | $ 4.1019 | $ 443.00 | 108 | $3.1606 | $ 341.34 | $ 101.66 |
| Jun-99 | - | #DIV/0! | $ 14.00 | - | #DIV/0! | $ - | $ 14.00 |
| Jul-99 | 21 | | $ 106.00 | 21 | | $ 65.11 | $ 40.89 |
| Aug-99 | 21 | | $ 29.00 | 21 | | $ 72.04 | $ (43.04) |
| Sep-99 | 1 | $ 19.0000 | $ 19.00 | 1 | $3.7206 | $ 3.72 | $ 15.28 |
| Oct-98 | 141 | $ 4.4681 | $ 630.00 | 141 | $2.8506 | $ 401.93 | $ 228.07 |
| Nov-98 | 2,776 | $ 4.0648 | $ 11,284.00 | 2,776 | $2.8006 | $ 7,774.34 | $ 3,509.66 |
| Dec-98 | 4,943 | $ 4.6245 | $ 22,859.00 | 4,943 | $2.8906 | $ 14,288.01 | $ 8,570.99 |
| Totals: | 28,648 | | $ 120,530.00 | 28,648 | | $ 76,040.27 | $ 44,489.73 |

| | |
|---|---|
| ***EXPECTED SAVINGS:*** | ***$ 44,489.73*** |
| ***Percent:*** | ***36.91%*** |

NOTE: **The calculated rates between your current supplier and purchasing from TigerNaturalGas are based on the following:**

**Current Supplier**

You are purchasing bundled service from local distribution company under a Commercial Firm Rate.

**Purchasing from TigerNaturalGas**

You would be switched to a industrial Interruptible Rate Schedule



LDC: Lone Star

# SAVINGS ANALYSIS
## GSA - FT. WORTH, TX
## Building TX0000FW
## FISCAL 2000

| | Current Supplier | | | TIGER NATURAL GAS, INC. | | | |
|---|---|---|---|---|---|---|---|
| | BURNERTIP THERMS | PRICE/THERM | TOTAL COST | BURNERTIP MMBTU | PRICE/THERM | TOTAL COST | TOTAL SAVINGS |
| Jan-00 | 6,761 | $ 4.7080 | $ 31,831.00 | 6,761 | $3.1506 | $ 21,300.90 | $ 10,530.10 |
| Feb-00 | 4,575 | $ 4.4168 | $ 20,207.00 | 4,575 | $3.3806 | $ 15,466.04 | $ 4,740.96 |
| Mar-00 | 5,560 | $ 4.3401 | $ 24,131.00 | 5,560 | $3.4106 | $ 18,962.68 | $ 5,168.32 |
| Apr-00 | 1,614 | $ 4.8160 | $ 7,773.00 | 1,614 | $3.7106 | $ 5,988.84 | $ 1,784.16 |
| May-00 | 126 | $ 4.5952 | $ 579.00 | 126 | $3.8906 | $ 490.21 | $ 88.79 |
| Jun-00 | - | #DIV/0! | $ - | - | #DIV/0! | $ - | $ - |
| Jul-00 | - | | $ - | - | | $ - | $ - |
| Aug-00 | - | | $ - | - | | $ - | $ - |
| Sep-00 | - | #DIV/0! | $ - | - | #DIV/0! | $ - | $ - |
| Oct-99 | 189 | $ 4.7778 | $ 903.00 | 189 | $3.3506 | $ 633.25 | $ 269.75 |
| Nov-99 | 301 | $ 5.1894 | $ 1,562.00 | 301 | $3.8406 | $ 1,156.01 | $ 405.99 |
| Dec-99 | 5,152 | $ 4.2500 | $ 21,896.00 | 5,152 | $2.9206 | $ 15,046.70 | $ 6,849.30 |
| Totals: | 24,278 | | $ 108,882.00 | 24,278 | | $ 79,044.62 | $ 29,837.38 |

| | |
|---|---|
| ***EXPECTED SAVINGS:*** | ***$ 29,837.38*** |
| ***Percent:*** | ***27.40%*** |

**NOTE:** **The calculated rates between your current supplier and purchasing from TigerNaturalGas are based on the following:**

**Current Supplier**

You are purchasing bundled service from local distribution company under a Commercial Firm Rate.

**Purchasing from TigerNaturalGas**

You would be switched to a Industrial Interruptible Rate Schedule



08/02/00 13:01 FAX 3808086101 Nat'l Ctr Util Mgmt → Tiger ☑001

Date: 8/2/2000
Time: 3:54:37PM

E... Usage ...ysis ...n
Actual Data Report
Building Summary for Building Categories: All
Energy Usage is shown in MBTU units - Show All Report Details.



Region: 07 For the period of October 1999 to June 2000

Building: TX0000FW
Field Office: C020 FORT WORTH FIELD OFFICE TX
District: CENTRAL AREA

Building Name: FEDERAL CTR WHSE 1
City: FORT WORTH
Gross Space: 2,967,159

Category: A ACTIVE GOV. OWNED

| | | Steam | Gas | Oil | Coal | Chilled Water | Electricity | Total |
|---|---|---|---|---|---|---|---|---|
| Oct | Usage | 0 | 189 N | 0 | 0 | 0 | 1,620 A | 1,808 |
| | Cost | $0 | $903 N | $0 | $0 | $0 | $32,694 A | $33,597 |
| Nov | Usage | 0 | 301 N | 0 | 0 | 0 | 2,920 A | 3,221 |
| | Cost | $0 | $1,562 N | $0 | $0 | $0 | $28,987 A | $30,549 |
| Dec | Usage | 0 | 5,152 A | 0 | 0 | 0 | 2,623 A | 7,775 |
| | Cost | $0 | $21,896 N | $0 | $0 | $0 | $30,342 A | $52,238 |
| Jan | Usage | 0 | 6,761 N | 0 | 0 | 0 | 2,669 N | 9,431 |
| | Cost | $0 | $31,831 N | $0 | $0 | $0 | $31,034 N | $62,865 |
| Feb | Usage | 0 | 4,575 A | 0 | 0 | 0 | 2,901 A | 7,475 |
| | Cost | $0 | $20,207 A | $0 | $0 | $0 | $33,015 A | $53,222 |
| Mar | Usage | 0 | 5,560 N | 0 | 0 | 0 | 2,840 A | 8,401 |
| | Cost | $0 | $24,131 N | $0 | $0 | $0 | $32,374 A | $56,505 |
| Apr | Usage | 0 | 1,614 A | 0 | 0 | 0 | 2,939 A | 4,552 |
| | Cost | $0 | $7,773 A | $0 | $0 | $0 | $30,072 A | $37,845 |
| May | Usage | 0 | 126 A | 0 | 0 | 0 | 3,348 A | 3,474 |
| | Cost | $0 | $579 A | $0 | $0 | $0 | $41,494 A | $42,073 |
| Jun | Usage | 0 | 0 | 0 | 0 | 0 | 0 N | 0 |
| | Cost | $0 | $0 | $0 | $0 | $0 | $17 N | $17 |
| Totals | Usage | 0 | 24,277 | 0 | 0 | 0 | 21,859 | 46,136 |
| | Cost | $0 | $108,882 | $0 | $0 | $0 | $260,029 | $368,911 |

08/02/00 12:20 FAX 3809086101 Natl Ctr Util Mgmt → Tiger 001

Date: 8/2/2000
Time: 3:07:26PM

**Energy Usage Analysis System**
**Actual Data Report**
**Building Summary for Building Categories: All**
**Energy Usage is shown in MBTU units - Show All Report Details.**



Region: 07 For the period of Fiscal Year 1999

Building: TX0000FW
Field Office: C020 FORT WORTH FIELD OFFICE TX
District: CENTRAL AREA

Building Name: FEDERAL CTR WHSE I
City: FORT WORTH
Gross Space: 2,967,159

Category: A ACTIVE GOV. OWNED

| | | Steam | Gas | Oil | Coal | Chilled Water | Electricity | Total |
|---|---|---|---|---|---|---|---|---|
| Oct | Usage | 0 | 141 N | 0 | 0 | 0 | 3,038 A | 3,179 |
| | Cost | $0 | $630 N | $0 | $0 | $0 | $55,807 A | $56,437 |
| Nov | Usage | 0 | 2,776 N | 0 | 0 | 0 | 2,542 A | 5,318 |
| | Cost | $0 | $11,284 N | $0 | $0 | $0 | $52,570 A | $63,854 |
| Dec | Usage | 0 | 4,943 N | 0 | 0 | 0 | 2,945 A | 7,887 |
| | Cost | $0 | $22,859 N | $0 | $0 | $0 | $54,798 A | $77,657 |
| Jan | Usage | 0 | 11,567 N | 0 | 0 | 0 | 2,819 A | 14,386 |
| | Cost | $0 | $49,019 N | $0 | $0 | $0 | $53,876 A | $102,895 |
| Feb | Usage | 0 | 4,492 N | 0 | 0 | 0 | 2,800 A | 7,292 |
| | Cost | $0 | $18,844 N | $0 | $0 | $0 | $53,797 A | $72,641 |
| Mar | Usage | 0 | 3,494 N | 0 | 0 | 0 | 2,981 A | 6,476 |
| | Cost | $0 | $12,258 N | $0 | $0 | $0 | $56,241 A | $68,499 |
| Apr | Usage | 0 | 1,084 N | 0 | 0 | 0 | 3,017 A | 4,101 |
| | Cost | $0 | $5,025 N | $0 | $0 | $0 | $56,824 A | $61,849 |
| May | Usage | 0 | 108 N | 0 | 0 | 0 | 3,518 A | 3,627 |
| | Cost | $0 | $443 N | $0 | $0 | $0 | $62,935 A | $63,378 |
| Jun | Usage | 0 | 0 N | 0 | 0 | 0 | 4,222 A | 4,222 |
| | Cost | $0 | $14 N | $0 | $0 | $0 | $68,769 A | $68,783 |
| Jul | Usage | 0 | 21 N | 0 | 0 | 0 | 4,022 A | 4,042 |
| | Cost | $0 | $106 N | $0 | $0 | $0 | $68,759 A | $68,865 |
| Aug | Usage | 0 | 21 N | 0 | 0 | 0 | 4,072 A | 4,093 |
| | Cost | $0 | $29 N | $0 | $0 | $0 | $69,081 A | $69,110 |
| Sep | Usage | 0 | 1 N | 0 | 0 | 0 | 3,444 A | 3,445 |
| | Cost | $0 | $19 N | $0 | $0 | $0 | $60,328 A | $60,347 |
| Totals | Usage | 0 | 28,647 | 0 | 0 | 0 | 39,420 | 68,067 |
| | Cost | $0 | $120,530 | $0 | $0 | $0 | $713,785 | $834,315 |

LDC: Lone Star

# SAVINGS ANALYSIS
## GSA - FT. WORTH, TX
## Building TX0000FW
## FISCAL 2000

| | Current Supplier | | | TIGER NATURAL GAS, INC. | | | |
|---|---|---|---|---|---|---|---|
| | BURNERTIP THERMS | PRICE/THERM | TOTAL COST | BURNERTIP MMBTU | PRICE/THERM | TOTAL COST | TOTAL SAVINGS |
| Jan-00 | 6,761 | $ 4.7080 | $ 31,831.00 | 6,761 | $3.1506 | $ 21,300.90 | $ 10,530.10 |
| Feb-00 | 4,575 | $ 4.4168 | $ 20,207.00 | 4,575 | $3.3806 | $ 15,466.04 | $ 4,740.96 |
| Mar-00 | 5,560 | $ 4.3401 | $ 24,131.00 | 5,560 | $3.4106 | $ 18,962.68 | $ 5,168.32 |
| Apr-00 | 1,614 | $ 4.8160 | $ 7,773.00 | 1,614 | $3.7106 | $ 5,988.84 | $ 1,784.16 |
| May-00 | 126 | $ 4.5952 | $ 579.00 | 126 | $3.8906 | $ 490.21 | $ 88.79 |
| Jun-00 | - | #DIV/0! | $ - | - | #DIV/0! | $ - | $ - |
| Jul-00 | - | | $ - | - | | $ - | $ - |
| Aug-00 | - | | $ - | - | | $ - | $ - |
| Sep-00 | - | #DIV/0! | $ - | - | #DIV/0! | $ - | $ - |
| Oct-99 | 189 | $ 4.7778 | $ 903.00 | 189 | $3.3506 | $ 633.25 | $ 269.75 |
| Nov-99 | 301 | $ 5.1894 | $ 1,562.00 | 301 | $3.8406 | $ 1,156.01 | $ 405.99 |
| Dec-99 | 5,152 | $ 4.2500 | $ 21,896.00 | 5,152 | $2.9206 | $ 15,046.70 | $ 6,849.30 |
| Totals: | 24,278 | | $ 108,882.00 | 24,278 | | $ 79,044.62 | $ 29,837.38 |

***EXPECTED SAVINGS:*** **$ 29,837.38**

***Percent:*** **27.40%**

NOTE: **The calculated rates between your current supplier and purchasing from TigerNaturalGas are based on the following:**

**Current Supplier**

You are purchasing bundled service from local distribution company under a Commercial Firm Rate.

**Purchasing from TigerNaturalGas**

You would be switched to a Industrial Interruptible Rate Schedule

