U.S. GENERAL SERVICES ADMINISTRATION
Greater Southwest Region

October 13, 2000

Tiger Natural Gas Inc.
1- G West 41st
Sand Springs, Oklahoma 74063

Dear Mr. Johnson:

Subject: Propane Backup System Contract, Contract No. GS-07P-00-HHC-0066

Please be advised that your firm has been selected to receive the enclosed executed contract of the above referenced solicitation.

Notice to Proceed will be issued upon receipt and approval of your proof of insurance, which must be received in this office, address as shown below, no later than October 20, 2000. Please see the enclosed Certificate of Insurance sample for assistance in filling out the form. Insurance requirements are in the Construction Contract Clauses (Fixed Price) of the Specification.

General Services Administration
Special Services Division (7PMA)
Attn: Pia Helges
819 Taylor St., Room 11A01
Fort Worth, TX 76102-6105

In accordance with FAR 52.222.26, Standard Form 100, Equal Employment Opportunity Employer Information Report EEO-1, should be sent to:

Equal Employment Opportunity Commission
Attn: Ms. Brenda Kynd
1801 L Street NW
Washington, DC 20507

Key personnel approved for work on the contract must be fingerprinted and complete GSA Form 176, Statement of Personal History, to be cleared through the GSA Federal Protective Service who will conduct a national background check.

Additionally, the contractor must comply with all security requirements of tenant agencies which may involve the submission of additional forms for agency specific clearances. These will require completion before the contractor will be provided copies of complete agency requirements and allowed to proceed with the work.

The Contracting Officer or a designated representative may require the contractor to remove any employee(s) from GSA controlled buildings or other real property should it be determined that the individual(s) is (are) unsuitable for security reasons or otherwise unfit to work on GSA controlled property.

Please feel free to contact Pia Heiges at Phone No. (817) 978-3849 if you have any questions during the term of the contract.

Sincerely,

Carol Lautzenheiser

Carol Lautzenheiser
Contracting Officer
Acquisition Services (7PMA)

2 Enclosures

OFFEROR TO COMPLETE BLOCKS 12, 17, 20, 24, & 30

2. CONTRACT NO. GS-07P-00-HHC-0066

3. AWARD/EFFECTIVE 10-10-00

4. ORDER

5. SOLICITATION NUMBER GS-07P-00-HHC-0066

6. SOLICITATION ISSUE DATE 5/17/00

7. FOR SOLICITATION INFORMATION CALL→ a. NAME Pia Heiges b. TELEPHONE NUMBER (No collect calls) PHONE NUMBER (817) 978-3849

8. OFFER DUE DATE/LOCAL TIME JUNE 20,2000 5:00 pm Local Time/C

9. ISSUED BY

General Services Administration
Public Buildings Service
Attn: Pia Heiges, 7PMA
819 Taylor Street, Room 11A01
Fort Worth, TX 76102

*IMPORTANT: When responding, complete all lightly shaded blocks and return the offer/offer to the above address.*

10. THIS ACQUISITION IS X UNRESTRICTED RESTRICTED TO SMALL BUSINESSES ☐ SMALL DISADV. BUSINESS ☐ 8 (A) SIC 4932 SIZE STANDARD

11. DELIVERY FOR DESTINATION BLOCK IS MARKED ☐ SEE SCHEDULE

12. DISCOUNT TERMS Minimum: Net 30 da Other: X

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO

GSA, PBS, Special Services Branch
Acquisition Services (7PMA)
819 Taylor St. Rm 11A01
Fort Worth, TX 76102

16. ADMINISTERED BY

GSA, PBS, Special Services Branch
Acquisition Services (7PMA)
819 Taylor St. Rm 11A01
Fort Worth, TX 76102

17a. CONTRACTOR/OFFEROR CODE

Tiger Natural Gas, Inc.
1 West 41st, Suite G
Sand Springs, OK 74063
TELEPHONE NO. (918) 245-5500 FAX NO. (918) 245-3651

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY

GSA, PBS, Special Services Branch
Acquisition Services (7PMA)
819 Taylor St. Rm 11A01
Fort Worth, TX 76102

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW

| 19 ITEM NO. | 20 SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|

The contractor's offer for work covered under the solicitation GS-07P-00-HHC-0066 is hereby accepted for award at the price of $210,000.00, which includes the a: furnish all necessary equipment, materials, and labor in full compliance with the solicitation and specifications for the work required. The contract includes the contr proposal dated 6/19/00, clarifications and Attachment 1 dated 9/25/00.

(Additional Sheets attached)

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt. Use

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET ☒ FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE ______ DATED ______. YOUR OFFER ON SOLICITATION 5) ☐ INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FO HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR [signature]

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) Bradley O. Johnson Environmental Manager

30c. DATE SIGNED 10-5-00

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFF [signature: Carol Lautzenheiser]

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) Carol S. Lautzenheiser CONTRACTING OFFICER

31c. DATE SIG 10-10-

32a. QUANTITY IN COLUMN 21 HAS BEEN ☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS CONTRACT. EXCEPT AS NOTED

33. SHIP NUMBER PARTIAL FINAL

34. VOUCHER NUMBER

35. AMOUNT VE CORRECT F

36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL

37. CHECK NUM

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

42a. RECEIVED BY (Print)

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

# INSTRUCTIONS FOR SUBMITTING CERTIFICATES OF INSURANCE

Contract No.: GS-07P-00-HHC-0066 Project No.:

Description: Propane Backup System, Federal Supply Center

Location: Fort Worth, TX

Contractor Name: Tiger Natural Gas, Inc.
(Prime)

Address and Telephone Number: 1 West 41st, Suite G
Sand Springs , OK 74063

(918) 745-5500

The insurance coverages obtained must satisfy the requirements of the cited contract in terms of the amounts and types of insurance provided. The enclosed sample Certificate of Insurance, specifying the contract minimum requirements, is provided for your information. (For coverages and provisions pertaining to insurance requirements, refer to FAR 52.228-5, INSURANCE--WORK ON A GOVERNMENT INSTALLATION, COMPENSATION, contained in Service Contract Clauses incorporated by reference.)

The policy or policies of insurance must stipulate that the Government is to be notified 30 days prior to any cancellation of the policy or any material change adversely affecting the Government's interest. (Refer to the Cancellation endorsement on the enclosed Certificate.)

If the contract insurance requirements stipulate, coverage for liabilities for bodily injury arising out of such work under this contract must be provided with limits no less than those specified for general liability insurance.

# ACORD. CERTIFICATE OF INSURANCE

DATE (MM/DD/YY)

PRODUCER

INSURANCE NAME AND [redacted]

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

COMPANIES AFFORDING COVERAGE

COMPANY A

INSURED

CONTRACTOR NAME AND [redacted]

COMPANY B

COMPANY C

COMPANY D

SAMPLE

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR<br>OWNER'S & CONTRACTOR'S PROT | NOTE: The general liability policy shall name "the United States of America acting by and through the General Services Administration," as an additional insured with respect to operations performed under this contract. | | | GENERAL AGGREGATE | $ 500,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | EACH OCCURRENCE | $ 500,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MED EXP (Any one person) | $ |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | As Applicable | | | COMBINED SINGLE LIMIT | $ |
| | | | | | BODILY INJURY (Per person) | $ 200,000 |
| | | | | | BODILY INJURY (Per accident) | $ 500,000 |
| | | | | | PROPERTY DAMAGE | $ 20,000 |
| | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | EXCESS LIABILITY<br>UMBRELLA FORM<br>OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: INCL EXCL | (Refer to Contract Clauses (Fixed Price) | | | X STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | $ 100,000 |
| | | | | | DISEASE - POLICY LIMIT | $ 500,000 |
| | | | | | DISEASE - EACH EMPLOYEE | $ 100,000 |
| | OTHER<br>General Liability (property damage) | | | | Per occurrence | $ 50,000 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS

Contract Number:
City, State

Project Number: (If applicable)

CERTIFICATE HOLDER

General Services Administration (7PTA)
819 Taylor Street, Room 11A01
Fort Worth, TX 76102-6105

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT.

AUTHORIZED REPRESENTATIVE

# STATEMENT AND ACKNOWLEDGMENT

FORM APPROVED OMB NO. 9000-0014

Public reporting burden for this collection of information is estimated to average .15 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, D.C. 20503.

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| GS-07P-00-HHC-0066 | | |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR (Name, address and ZIP code) |
|---|---|
| Tiger Natural Gas, Inc<br>1 West 41st, Suite G<br>Sand Springs, OK 74063 | |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) ______________________

to the subcontractor identified in Item 5, for the following work:

| 7. PROJECT | 8. LOCATION |
|---|---|
| Propane Backup System<br>Federal Supply Center | Fort Worth, TX |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| | | |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety Standards Act - Overtime Compensation - Construction | Davis-Bacon Act |
| Payrolls and Basic Records | Apprentices and Trainees |
| Withholding of Funds | Compliance with Copeland Regulations |
| Disputes Concerning Labor Standards | Subcontracts |
| | Contract Termination-Debarment |
| | Certification of Eligibility |

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| | | |

# STATEMENT AND ACKNOWLEDGMENT

FORM APPROVED OMB NO. 9000-0014

Public reporting burden for this collection of information is estimated to average .15 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, D.C. 20503.

## PART I – STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| GS-07P-00-HHC-0066 | | |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR (Name, address and ZIP code) |
|---|---|
| Tiger Natural Gas, Inc<br>1 West 41st, Suite G<br>Sand Springs, OK 74063 | |

6. The prime contractor states that under the contract shown in item 1, a subcontract was awarded on date shown in item 2 by (Name of Awarding Firm) ____________________

____________________

to the subcontractor identified in item 5, for the following work:

| 7. PROJECT | 8. LOCATION |
|---|---|
| Propane Backup System<br>Federal Supply Center | Fort Worth, TX |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| | | |

## PART II – ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety Standards Act – Overtime Compensation – Construction | Davis-Bacon Act |
| | Apprentices and Trainees |
| | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |
| Disputes Concerning Labor Standards | Certification of Eligibility |

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| | | |

# STATEMENT AND ACKNOWLEDGMENT

FORM APPROVED OMB NO. 9000-0014

Public reporting burden for this collection of information is estimated to average .15 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, D.C. 20503.

## PART I – STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| GS-07P-00-HHC-0066 | | |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR (Name, address and ZIP code) |
|---|---|
| Tiger Natural Gas, Inc<br>1 West 41st, Suite G<br>Sand Springs, OK 74063 | |

6. The prime contractor states that under the contract shown in item 1, a subcontract was awarded on date shown in item 2 by (Name of Awarding Firm) ______________________________

to the subcontractor identified in item 5, for the following work:

| 7. PROJECT | 8. LOCATION |
|---|---|
| Propane Backup System<br>Federal Supply Center | Fort Worth, TX |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| | | |

## PART II – ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act – Overtime Compensation – Construction
- Payrolls and Basic Records
- Withholding of Funds
- Disputes Concerning Labor Standards
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination–Debarment
- Certification of Eligibility

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| | | |

# STATEMENT AND ACKNOWLEDGMENT

FORM APPROVED OMB NO. 9000-0014

Public reporting burden for this collection of information is estimated to average .15 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, D.C. 20503.

## PART I – STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| GS-07P-00-HHC-0066 | | |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR (Name, address and ZIP code) |
|---|---|
| Tiger Natural Gas, Inc<br>1 West 41st, Suite G<br>Sand Springs, OK 74063 | |

6. The prime contractor states that under the contract shown in item 1, a subcontract was awarded on date shown in item 2 by (Name of Awarding Firm) ______________________________

______________________________ to the subcontractor identified in item 5, for the following work:

| 7. PROJECT | 8. LOCATION |
|---|---|
| Propane Backup System<br>Federal Supply Center | Fort Worth, TX |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| | | |

## PART II – ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety Standards Act – Overtime Compensation – Construction | Davis-Bacon Act |
| Payrolls and Basic Records | Apprentices and Trainees |
| Withholding of Funds | Compliance with Copeland Regulations |
| Disputes Concerning Labor Standards | Subcontracts |
| | Contract Termination-Debarment |
| | Certification of Eligibility |

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| | | |

# STATEMENT TO BE SUBMITTED WHEN WORK IS PERFORMED PERSONALLY

______________ 19____

I, ________________________________________ (Name of signatory party), hereby certify:

That I am the ________________________________ (Owner, partner, president, etc.) of

____________________ (Name of Firm submitting statement) ____________________ (Prime contractor or subcontractor)

for Propane Backup System (Nature of work)

at Federal Supply Center (Name of Building where work was done), located in Fort Worth, TX (City and State)

under contract number GS-07P-00-HHC-0066 (Government contract no.) (See instruction 3 below); that ____________________

________________________________________ (As the case requires, state all work, or list the specific classes of work)

was done personally by ________________________________________ (Names of persons performing work and their connection with the firm)

________________________________________

that no wages were received for the labor performed; that no mechanics or laborers were employed in the prosecution thereof; and that the work was done during the following periods:

Last date on which work was performed at the site was ______________, 19____.

______________________ (Signature)

______________________ (Title)

Section 10001 of Title 18 of the United States Code (Criminal Code and Criminal Procedures) shall apply to such statements - 72 Stat. 967, 18 U.S.C. 1001, among other things, provides that whoever knowingly and willfully makes or uses a document or writing containing any false, fictitous or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned not more than five years, or both.)

## INSTRUCTIONS FOR THE SUBMISSION OF STATEMENTS OF WORK PERFORMED PERSONALLY

1. Prime contractors or subcontractors who personally perform the work are required to submit in lieu of weekly statements of compliance and payrolls with respect to the payment of wages pursuant to the Copeland (Anti-Kickback) regulations, a certified statement clearly showing: (1) their contractual relationship, (2) the scope and dates of the work performed, (3) that they received no wages, and (4) that no mechanics or laborers were employed in the prosecution of the work. The above sample form sets forth the wording prescribed for such certified statements.

2. Prime contractors are responsible for the submission of the certified statements of subcontractors. Subcontractors' statements should be forwarded to the prime contractor for transmission to the Government contracting officer or his designated representative. Statements of prime contractors and subcontractors should be submitted as soon as possible after the last date on which work was performed at the site.

3. To facilitate identification of the project involved, prime contractors should provide their subcontractors with the Government contract number as called for on the statement form.

4. Prime contractors should furnish their subcontractors with copies of this sample statement form so as to facilitate submission of the necessary information. THE GOVERNMENT DOES NOT PROVIDE FORMS FOR ACTUAL USE.

# STATEMENT TO BE SUBMITTED WHEN WORK IS PERFORMED PERSONALLY

_______________ 19____

I, ________________________________________, hereby certify:
(Name of signatory party)

That I am the ________________________________________ of
(Owner, partner, president, etc.)

____________________ ____________________
(Name of Firm submitting statement) (Prime contractor or subcontractor)

for Propane Backup System
(Nature of work)

at Federal Supply Center, located in Fort Worth, TX
(Name of Building where work was done) (City and State)

under contract number GS-07P-00-HHC-0066; that ____________________
(Government contract no.) (See Instruction 3 below)

________________________________________
(As the case requires, state all work, or list the specific classes of work)

was done personally by ________________________________________
(Names of persons performing work and their connection with the firm)

________________________________________

that no wages were received for the labor performed; that no mechanics or laborers were employed in the prosecution thereof; and that the work was done during the following periods:

Last date on which work was performed at the site was ____________________, 19____.

____________________
(Signature)

____________________
(Title)

Section 10001 of Title 18 of the United States Code (Criminal Code and Criminal Procedures) shall apply to such statements – 72 Stat 967, 18 U.S.C. 1001, among other things, provides that whoever knowingly and willfully makes or uses a document or writing containing any false, fictitous or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned not more than five years, or both.)

## INSTRUCTIONS FOR THE SUBMISSION OF STATEMENTS OF WORK PERFORMED PERSONALLY

1. Prime contractors or subcontractors who personally perform the work are required to submit in lieu of weekly statements of compliance and payrolls with respect to the payment of wages pursuant to the Copeland (Anti-Kickback) regulations, a certified statement clearly showing: (1) their contractual relationship, (2) the scope and dates of the work performed, (3) that they received no wages, and (4) that no mechanics or laborers were employed in the prosecution of the work. The above sample form sets forth the wording prescribed for such certified statements.
2. Prime contractors are responsible for the submission of the certified statements of subcontractors. Subcontractors' statements should be forwarded to the prime contractor for transmission to the Government contracting officer or his designated representative. Statements of prime contractors and subcontractors should be submitted as soon as possible after the last date on which work was performed at the site.
3. To facilitate identification of the project involved, prime contractors should provide their subcontractors with the Government contract number as called for on the statement form.
4. Prime contractors should furnish their subcontractors with copies of this sample statement form so as to facilitate submission of the necessary information. THE GOVERNMENT DOES NOT PROVIDE FORMS FOR ACTUAL USE.

# STATEMENT TO BE SUBMITTED WHEN WORK IS PERFORMED PERSONALLY

_____________ 19____

I, ______________________________, hereby certify:
(Name of signatory party)

That I am the ______________________________ of
(Owner, partner, president, etc.)

______________________________ ______________________________
(Name of Firm submitting statement) (Prime contractor or subcontractor)

for Propane Backup System
(Nature of work)

at Federal Supply Center, located in Fort Worth, TX
(Name of Building where work was done) (City and State)

under contract number GS-07P-00-HHC-0066; that ______________________________
(Government contract no.) (See Instruction 3 below)

______________________________
(As the case requires, state all work, or list the specific classes of work)

was done personally by ______________________________
(Names of persons performing work and their connection with the firm)

______________________________

that no wages were received for the labor performed; that no mechanics or laborers were employed in the prosecution thereof; and that the work was done during the following periods:

Last date on which work was performed at the site was _______________, 19___.

______________________________
(Signature)

______________________________
(Title)

Section 10001 of Title 18 of the United States Code (Criminal Code and Criminal Procedures) shall apply to such statements – 72 Stat 967, 18 U.S.C. 1001, among other things, provides that whoever knowingly and willfully makes or uses a document or writing containing any false, fictitous or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned not more than five years, or both.)

## INSTRUCTIONS FOR THE SUBMISSION OF STATEMENTS OF WORK PERFORMED PERSONALLY

1. Prime contractors or subcontractors who personally perform the work are required to submit in lieu of weekly statements of compliance and payrolls with respect to the payment of wages pursuant to the Copeland (Anti-Kickback) regulations, a certified statement clearly showing: (1) their contractual relationship, (2) the scope and dates of the work performed, (3) that they received no wages, and (4) that no mechanics or laborers were employed in the prosecution of the work. The above sample form sets forth the wording prescribed for such certified statements.
2. Prime contractors are responsible for the submission of the certified statements of subcontractors. Subcontractors' statements should be forwarded to the prime contractor for transmission to the Government contracting officer or his designated representative. Statements of prime contractors and subcontractors should be submitted as soon as possible after the last date on which work was performed at the site.
3. To facilitate identification of the project involved, prime contractors should provide their subcontractors with the Government contract number as called for on the statement form.
4. Prime contractors should furnish their subcontractors with copies of this sample statement form so as to facilitate submission of the necessary information. THE GOVERNMENT DOES NOT PROVIDE FORMS FOR ACTUAL USE.

# STATEMENT TO BE SUBMITTED WHEN WORK IS PERFORMED PERSONALLY

_______________ 19____

I, ______________________________ (Name of signatory party), hereby certify:

That I am the ______________________________ (Owner, partner, president, etc.) of

______________________________ (Name of Firm submitting statement) ______________________________ (Prime contractor or subcontractor)

for Propane Backup System (Nature of work)

at Federal Supply Center (Name of Building where work was done), located in Fort Worth, TX (City and State)

under contract number GS-07P-00-HHC-0066 (Government contract no.) (See Instruction 3 below); that ______________________________

______________________________ (As the case requires, state all work, or list the specific classes of work)

was done personally by ______________________________ (Names of persons performing work and their connection with the firm)

______________________________

that no wages were received for the labor performed; that no mechanics or laborers were employed in the prosecution thereof; and that the work was done during the following periods:

Last date on which work was performed at the site was _______________, 19___.

______________________________ (Signature)

______________________________ (Title)

Section 10001 of Title 18 of the United States Code (Criminal Code and Criminal Procedures) shall apply to such statements – 72 Stat. 967, 18 U.S.C. 1001, among other things, provides that whoever knowingly and willfully makes or uses a document or writing containing any false, fictitous or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned not more than five years, or both.)

## INSTRUCTIONS FOR THE SUBMISSION OF STATEMENTS OF WORK PERFORMED PERSONALLY

1. Prime contractors or subcontractors who personally perform the work are required to submit in lieu of weekly statements of compliance and payrolls with respect to the payment of wages pursuant to the Copeland (Anti-Kickback) regulations, a certified statement clearly showing: (1) their contractual relationship, (2) the scope and dates of the work performed, (3) that they received no wages, and (4) that no mechanics or laborers were employed in the prosecution of the work. The above sample form sets forth the wording prescribed for such certified statements.
2. Prime contractors are responsible for the submission of the certified statements of subcontractors. Subcontractors' statements should be forwarded to the prime contractor for transmission to the Government contracting officer or his designated representative. Statements of prime contractors and subcontractors should be submitted as soon as possible after the last date on which work was performed at the site.
3. To facilitate identification of the project involved, prime contractors should provide their subcontractors with the Government contract number as called for on the statement form.
4. Prime contractors should furnish their subcontractors with copies of this sample statement form so as to facilitate submission of the necessary information. THE GOVERNMENT DOES NOT PROVIDE FORMS FOR ACTUAL USE.

PROJECT NO: ____________________

DELIVERY ORDER NO: ____________________ **RELEASE OF CLAIMS**

The undersigned contractor, pursuant to the terms of Contract No. GS-07P-00-HHC-0066 between the United States of America and said contractor for the Propane Backup System, Federal Supply Center

located at Fort Worth, TX

hereby releases the United States from any and all claims arising under or by virtue of said contract or any modification or change thereof except as follows: **(Here list any claims against the Government and the amounts thereof. If none, so state.)**

____________________

____________________

____________________

____________________

____________________

____________________

____________________

Witness the signature and seal of the undersigned this ________ day of ____________, ____________________.

CONTRACTOR:

WITNESS:

____________________ (Seal)
(Print or type)

____________________
(Signature)

____________________
(Signature)

____________________
(Address)

____________________
(Official Title)

ROJECT NO: ____________________

DELIVERY ORDER NO: ______________ **RELEASE OF CLAIMS**

The undersigned contractor, pursuant to the terms of Contract No. GS-07P-00-HHC-0066 between the United States of America and said contractor for the Propane Backup System, Federal Supply Center

located at Fort Worth, TX

hereby releases the United States from any and all claims arising under or by virtue of said contract or any modification or change thereof except as follows: **(Here list any claims against the Government and the amounts thereof. If none, so state.)**

Witness the signature and seal of the undersigned this __________ day of ______________, ______________.

CONTRACTOR:

WITNESS:

______________________ (Seal)
(Print or type)

______________________
(Signature)

______________________
(Signature)

______________________
(Address)

______________________
(Official Title)

PROJECT NO: ____________________

DELIVERY ORDER NO: ______________ **RELEASE OF CLAIMS**

The undersigned contractor, pursuant to the terms of Contract No. GS-07P-00-HHC-0066 between the United States of America and said contractor for the Propane Backup System, Federal Supply Center

located at Fort Worth, TX

hereby releases the United States from any and all claims arising under or by virtue of said contract or any modification or change thereof except as follows: **(Here list any claims against the Government and the amounts thereof. If none, so state.)**

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

Witness the signature and seal of the undersigned this __________ day of ______________,

______________________.

CONTRACTOR:

WITNESS:

______________________ (Seal)
(Print or type)

______________________
(Signature)

______________________
(Signature)

______________________
(Address)

______________________
(Official Title)

PROJECT NO: ____________________

DELIVERY ORDER NO: ____________________ **RELEASE OF CLAIMS**

The undersigned contractor, pursuant to the terms of Contract No. GS-07P-00-HHC-0066 between the United States of America and said contractor for the Propane Backup System, Federal Supply Center

located at Fort Worth, TX

hereby releases the United States from any and all claims arising under or by virtue of said contract or any modification or change thereof except as follows: **(Here list any claims against the Government and the amounts thereof. If none, so state.)**

Witness the signature and seal of the undersigned this __________ day of ______________, ____________________.

CONTRACTOR:

WITNESS:

____________________ (Seal)
(Print or type)

____________________
(Signature)

____________________
(Signature)

____________________
(Address)

____________________
(Official Title)

Propane Backup System
Federal Supply Center
Fort Worth, TX
Contract No. GS-07P-00-HHC-0066

## SUBMITTAL OF SCHEDULE OF ESTIMATES

Before we can approve partial payments for work performed under your contract, you must comply with several special requirements of the specification. Your careful attention to the items below will help insure that when payment becomes due we will be able to process a voucher promptly.

1. Submit within 10 days 4 copies of Form R7-795, Schedule of Estimates, which we attach for your convenience. All spaces on the form should be carefully filled in as it will become the basis for partial payments. When the Schedule has been approved, we will return a copy for your files.

   Break the amount of the contract into as many branches as possible, adding to the actual value of each branch a prorata share of overhead, profit, and similar items. These items cannot be listed separately. Payment for smaller branches will be easier to identify and approve if they are separated from the larger work with which they are associated.

2. You must tell us the value of work to be performed by each subcontractor and the value of work that you will perform with your own organization. The last column of Form R7-795 should be used for this purpose by inserting opposite each branch of work the name of the subcontractor that will perform the work. Enter the work "Prime" opposite work your organization will perform.

3. Certain types of work must be performed by qualified specialty subcontractors. Submit with your Schedule of Estimates experience resumes on each such firm or a resume of your own experience if you plan to perform a specialty with your own forces.

# SCHEDULE OF ESTIMATES

| BUILDING | CITY, STATE | PROJECT NO. | DATE |
|---|---|---|---|
| PROJECT TITLE OR DESCRIPTION | | CONTRACTOR | |

| NO. | ARCHITECTURAL & STRUCTURAL WORK | TOTAL VALUE | NAME OF FIRM TO PERFORM THIS WORK |
|---|---|---|---|
| 1 | Critical Path Method (CPM) | | |
| 2 | Bonds | | |
| 3 | Demolition | | |
| 4 | Earthwork, Excavation, etc. | | |
| 5 | Pile foundation/Drilled piers | | |
| 6 | Site (storm) drainage | | |
| 7 | Pavement and Walks | | |
| 8 | Landscaping | | |
| 9 | Concrete formwork | | |
| 10 | Concrete reinforcement | | |
| 11 | Cast-in-place concrete | | |
| 12 | Precast concrete | | |
| 13 | Cementitious deck (lightweight) | | |
| 14 | Unit masonry | | |
| 15 | Stone (exterior) | | |
| 16 | Structural metal | | |
| 17 | Metal decking | | |
| 18 | Miscellaneous metal | | |
| 19 | Ornamental metal | | |
| 20 | Rough carpentry | | |
| 21 | Finish carpentry (millwork) | | |
| 22 | Water proofing | | |
| 23 | Insulation | | |
| 24 | Membrane roofing | | |
| 25 | Flashing and sheetmetal | | |
| 26 | Metal doors and frames | | |
| 27 | Special doors | | |
| 28 | Metal windows | | |
| 29 | Hardware and Specialties | | |
| 30 | Glass and glazing | | |
| 31 | Curtain wall system | | |
| 32 | Lath and plaster | | |
| 33 | Tile | | |
| 34 | Terrazzo | | |
| 35 | Veneer stone | | |
| 36 | Acoustical treatment | | |
| 37 | Resilient flooring | | |
| 38 | Painting | | |
| 39 | Compartment and cubicles (toilet ptn.) | | |
| 40 | Partitions (demountable, etc.) | | |
| 41 | Toilet and bath accessories | | |
| 42 | Window treatment (blinds, etc.) | | |
| 43 | Access flooring (raised) | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | Architectural and structural total cost | | |
| 88 | Special Work Total Cost | | |
| | TOTAL CONTRACT PRICE | | |

CONTRACTING ADMINISTRATION

Date: September 19, 2000

Reply to Attn of: Carol Lautzenheiser, GSA, 819 Taylor St., Rm. 11A01, Fort Worth, TX 76102-6105

Subject: Propane Backup System, Federal Supply Center,
Fort Worth, TX, Contract No. GS-07P-00-HHC-0066

To: Tiger Natural Gas, Inc
1 West 41st, Suite G
Sand Springs, OK 74063

The enclosed contract award is subject to the Equal Opportunity clause forming a part of your contract in which you agree not to discriminate against any employee, or applicant for employment, because of race, color, religion, sex, or national origin. Under the provisions of the clause, the contract is also subject to an affirmative action program requirement. Since you have agreed to insert the Equal Opportunity clause in subcontracts as provided in Executive Order 11246, as amended, and the rules and regulations of the Secretary of Labor on equal employment opportunity, you should carefully review the clause and take the necessary steps to ensure full compliance with your specific obligations relating to equal opportunity in employment.

The Equal Opportunity clause requires that the standard Equal Employment Opportunity poster, "Equal Opportunity is the Law," copies enclosed, be displayed in conspicuous places available to employees and applicants for employment. Subcontractors must similarly display the Equal Employment Opportunity poster. Additional copies of the poster may be obtained from the contracting officer.

Prime contractors and subcontractors are required to file the Equal Employment Opportunity Employer Information Report EEO-1 (Standard Form 100) in accordance with the instructions accompanying the form. Reports on Standard Form 100, in whole or in part, may also be required under circumstances and at times other than those prescribed in the instructions.

In the performance of the above-referenced contract, you are required to comply with the labor standards clauses forming a part of your contract and to ensure compliance therewith by any and all subcontractors performing work on this project. As provided by the Subcontracts clause, the labor standards clauses must be inserted in all subcontracts, regardless of tier. Certain procedures and forms, as indicated below, have been developed for the purpose of implementing compliance with and administration of these clauses.

1. **Labor classifications.** The Davis-Bacon Act (40 U.S.C.-276a-a(7)) requires that all laborers and mechanics engaged in the performance of this contract be paid the minimum wages, including fringe benefits, as determined by the Secretary of Labor and included in the contract. If it is necessary to employ any class of laborers or mechanics not listed in the contract, you should submit the proposed classification or reclassification and rate to the contracting officer for approval. Enclosed Standard Form 1444, Request for Authorization of Additional Classification and Rate, shall be used for this purpose. The form should be accompanied by information to indicate that the rate proposed to be paid for the class of work was not less then the prevailing rate in the area ten days before bid opening. All approved additional classifications and rates will be subject to review by the Department of Labor and will be reported to the Department of Labor for consideration. If a mutual agreement is not reached as to the correct classification and rate, the question will be submitted to the Department of Labor for a final determination.

2. **Posting wage rates and related information.** Also enclosed are copies of the Notice to Employees Working on Federal or Federally Financed Construction Projects, WH Publication 1321, which you are required to post with the contract wage determined in one or more prominent locations at the job-site where they can easily be seen by all laborers and mechanics, starting on the first day of work. They shall remain posted and in legible condition for the duration of the contract work. Any additional classifications and rates approved after issuance of the original decision shall be similarly posted.

3. **Fringe Benefits.** The contract wage decision may provide that fringe benefits be paid to various crafts. You may fulfill your obligation with respect to this requirement by paying the required amounts to a third party (or trustee) irrevocably and pursuant to an established fund, plan or program. In the event you are not a participant in an approved fringe benefit plan, direct cash payments shall be made to employees in the amounts equal to the prescribed benefits.

4. **Contract Work Hours and Safety Standards Act.** This act requires that all laborers and mechanics (including watchmen and guards) must receive one and one-half times their basic rate for all hours of work in excess of forty hours per week. It also provides that laborers and mechanics shall not be required to work in surroundings or under working conditions which are unsanitary, hazardous, or dangerous to their health or safety.

5. **Apprentices and Trainees.** The wage decision included in the contract does not contain any apprentice classification and corresponding wage rates. Prior to using apprentices or trainees on the contract work, you are required to have on file written evidence of registration of those employees in a program accepted by the Bureau of Apprenticeship and Training (BAT), U.S. Department of Labor, or a State apprenticeship and training agency approved and recognized by BAT. Your are also required to have on file written evidence of the ratios of apprenticeship to journeymen, and trainees to journeymen, with the wage rates for apprentices and trainees, including fringe benefits payments, specified in the contractor's or subcontractor's registered programs.

6. **Summer Employees.** The wage decision in your contract does not contain any special classifications and rates for summer employees. However, the Department of Labor permits the temporary summer employment of students at lower rates than the journeyman's rate pursuant to a bona fide Youth Opportunity Program. Prior to such employment the following must be submitted in writing to this office, for approval and submission to the Department of Labor: (1) the proposed classification and rates, on Standard Form 1444; (2) evidence of participation in a bona fide Youth Opportunity Program; and (3) where applicable, data showing that labor and management have agreed to this practice.

7. **Payrolls.** Laborers and mechanics must be paid on a weekly basis. You are required to submit to the contracting officer, within seven (7) days after such payment, a copy of your weekly payroll. Each payroll shall contain the names and social security numbers of all laborers and mechanics who performed any work at the site, their deductions from wages, and the net amounts of wages actually received by the employees. Permanent home addresses of employees are to be furnished with the first payroll on which each employee's name appears. This may be accomplished by including the addresses on the payroll or on a separate listing attached to the payroll. Enclosed is a sample payroll form WH-347, which has been developed by the Department of Labor for contractors' optional use. When properly executed, this form will satisfy the requirements of the contract for submission of payroll data and statements of compliance. Instructions governing its use (WH-347 inst.) are attached. A supply of this form may be purchased from the Government Printing Office for a nominal amount, or you may use the enclosed form as a guide when obtaining a supply of other means. You are responsible for the proper submission of payrolls for any and all subcontractors of any tier and for ensuring that laborers and mechanics on the contract work are properly paid. Current regulations provide that the contractor preserve his payroll records for a period of three years from date of completion of the contact and make his employment records available for inspection by the authorized representatives of the General Services Administration and the Department of Labor at any time during the contract or the three-year period. The contractor is responsible for ensuring that such records are maintained by all subcontractors and for making their records available for inspection during the three-year period.

**8. Copeland (Anti-Kickback) Act.** The Copeland Act requires a statement that all persons employed have been paid the full weekly wages earned, without rebate. This statement is intended to include supervisors. Unless payrolls are submitted on Form WH-347, or similar form containing the combined payroll data and statements with respect to wages paid, each weekly payroll must be accompanied by a separate Statement of Compliance. In executing the statement, that portion set aside for a description of permissible deductions must be completed by listing the types and amounts of deductions, unless this information is clearly shown on the face of the payroll, in which case the statement may be completed by inserting the following: "See Deductions column in the attached payroll, which is incorporated in and made a part of this statement." The Statement of Compliance should be identified with the same payroll number for which it is attached.

**9. Subcontracts.** You are requested to submit to this office, within ten days, a statement containing the names and addresses of all subcontractors, with a description of the work to be performed by each, and to submit similar information within ten days after the award of any subsequent subcontract. Copies of Standard Form 1413, Statement and Acknowledgment, are enclosed for this purpose. A copy of this statement should be sent to the contracting officer of the contracting officer's representative at the site. It is suggested that any subcontractor who has not previously performed GSA work for you be furnished a copy of this letter together with a set of enclosed forms.

**10. Statement when work is performed personally.** Prime contractors and subcontractors who personally perform work are required to submit, in lieu of weekly payrolls and statements of compliance with respect to payment of wages, a statement clearly showing (1) their contractual relationship, (2) the scope and dates of work performed, (3) that they received no wages, and (4) that no mechanics or laborers were employed in the prosecuted of the work. The enclosed GSA Form 618-D, Statement to be Submitted When Work is Performed Personally, should be used to furnish this information. Additional copies will be furnished upon request.

If you have not already done so, we recommend that you read Department of Labor Regulations, Parts 3 and 5 (29 CFR, Subtitle A), for further information and guidance with respect to labor standards clauses in Government contracts.

Any questions you may have regarding the labor standards clauses of this contract should be submitted to the contracting officer or the contracting officer's representative at the site. A limited number of the enclosed forms will be supplied upon request.

Enclosures

1-G West 41st Street
Sand Springs, OK 74063
918 491-6998
918 491-6659

**Tiger Natural Gas, Inc.**

# Fax

| | | | |
|---|---|---|---|
| To: | Donna Paad | From: | Brad Johnson |
| Fax: | 440-235-5944 | Pages: | 3 |
| Phone: | 440-235-5700 | Date: | 11-16-00 |
| Re: | Bonds | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Donna,

We recieved the payment and performance Bonds. However, They are still wrong. I have enclosed your bonds with corrections inserted. The Bonds were issued to Tiger Environmental, Inc They need to go to Tiger Natural Gas. I need to know ASAP if we can fax our corrected Version to GSA while we wait in limbo for the new bonds with proper name.

Thanks.

Please contact Rick Phillips at the office or his cellular Cell # 918-855-7171

[signature]

**SUBCONTRACT PERFORMANCE BOND** **Bond Number 310266***

KNOW ALL BY THESE PRESENTS, That we, GAS PLANTS, INC.
P.O. Box 38142, Cleveland, Ohio 44138
(Here insert the name and address, or legal title, of the Subcontractor)

As Principal, herein called Principal, and RLI INSURANCE COMPANY, a corporation of the State of Illinois, as Surety, herein called Surety, are held and firmly bound unto TIGER ENVIRONMENTAL, INC.
~~3295 South Maple Drive, Suite 100~~, Sand Springs, Oklahoma 74063
1 West 41st, Suite G (Here insert the name and address, or legal title, of the General Contractor)
as Obligee, in the amount of One Hundred Fifty Three Thousand Thirteen and 00/100 ---------------------------
Dollars ($ 153,013.00), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated October 25 2000 entered into a subcontract with Obligee for Propane Air System, Fort Worth, Texas

which subcontract is by reference made a part hereof, and is referred to as subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if the Principal shall promptly and faithfully perform said subcontract, then this obligation shall be null and void; otherwise to remain in full force and effect.

The Surety hereby waives notice of any modification or amendment to the Subcontract made in accordance with the terms thereof, and any alteration or extension of time made by or through the General Contractor.

Whenever Principal shall be, and be declared by Obligee to be in default under the subcontract, the Obligee having performed Obligee's obligations thereunder:

(1) Surety may promptly remedy the default subject to the provisions of paragraph 3 herein, or;

(2) Obligee after reasonable notice to Surety may, or Surety upon demand of Obligee, may arrange for the performance of Principal's obligation under the subcontract subject to the provisions of paragraph 3 herein;

(3) The balance of the subcontract price, as defined below, shall be credited against the reasonable cost of completing performance of the subcontract. If completed by the Obligee, and the reasonable cost exceeds the balance of the subcontract price, the Surety shall pay to the Obligee such excess, but in no event shall the aggregate liability of the Surety exceed the amount of this bond. If the Surety arranges completion or remedies the default, that portion of the balance of the subcontract price as may be required to complete the subcontract or remedy the default and to reimburse the Surety for its outlays shall be paid to the Surety at the times and in the manner as said sums would have been payable to Principal had there been no default under the subcontract. The term "balance of the subcontract price," as used in this paragraph, shall mean the total amount payable by Obligee to Principal under the subcontract and any amendments thereto, less the amounts heretofore properly paid by Obligee under the subcontract.

Any suit under this bond must be instituted before the expiration of two years from date on which final payment under the subcontract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the Obligee named herein or the heirs, executors, administrators or successors of the Obligee.

Signed and sealed this 31st day of October, 2000.

In the presence of:

Bonita H. Nelson

GAS PLANTS, INC.
P.O. Box 38142, Cleveland, Ohio 44138 (Seal)
Principal

By [signature]
Philip J. Lombardo, President

RLI INSURANCE COMPANY
Surety

By [signature]
MELISSA M. LEAR Attorney-in-Fact

S-1844/GEEF 7/98

**Bond Number 310266***

## SUBCONTRACT PAYMENT BOND

KNOW ALL BY THESE PRESENTS, That we, GAS PLANTS, INC.

P.O. Box 38142, Cleveland, Ohio 44138

(Here insert the name and address, or legal title, of the Subcontractor)

as Principal, herein called Principal, and RLI INSURANCE COMPANY, a corporation of the State of Illinois, as Surety, herein called Surety, are held and firmly bound unto TIGER ENVIRONMENTAL, INC., ~~3205 South Maple Drive, Suite 100~~ 1 West 41st, Suite G, Sand Springs, Oklahoma 74063

(Here insert the name and address, or legal title, of the General Contractor)

as Obligee, herein called Obligee, for the use and benefit of claimants as herein defined, in the amount of One Hundred Fifty Three Thousand Thirteen and 00/100 ---------------------------------- Dollars ($ 153,013.00), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated October 25 2000 entered into a subcontract with Obligee for Propane Air System, Forth Worth, Texas

which subcontract is by reference made a part hereof, and is referred to as subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if the Principal shall promptly make payment to all Claimants as herein defined, for all labor and material used or reasonably required for use in the performance of the Subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. A Claimant is defined as one having a direct contract with the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract.
2. The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such Claimant's work or labor was done or performed, or materials were furnished by such Claimant, may sue on this bond in the Claimant's own name for such sums as may be justly due Claimant.
3. No suit or action shall be commenced hereunder by any Claimant:
   (a) Unless Claimant shall have given written notice to any two of the following: The Principal, the Obligee, or the Surety above named, within ninety (90) days after such Claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made.
   (b) After the expiration of one (1) year following the date on which Principal ceased work on said Subcontract.
   (c) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.
4. The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this 31st day of October, 2000

In the presence of:

GAS PLANTS, INC.
P.O. Box 38142, Cleveland, Ohio 44138 (Seal)
Principal

By [signature]
Philip J. Lombardo, President

RLI INSURANCE COMPANY
Surety

By [signature]
MELISSA M. LEAR Attorney-in-Fact

GAS PLANTS INCORPORATED
The Propane System Professionals

GAS PLANTS, INCORPORATED
8059 Lewis Road
Berea, OH 44017
Phone (440) 235-5700 Fax (440) 235-5944
ext. 223

November 15, 2000

Mr. Brad Johnson
Tiger Natural Gas, Inc.
1 West 41st, Suite G
Sand Springs, OK 74063

Re: Propane-Air System Installation, General Services Administration, Fort Worth, TX. Our Job No. 9310-C.

Dear Brad:

Enclosed are corrected performance and payment bonds for the above project. I apologize for the delay in getting these revised bonds to you.

Yours truly,

GAS PLANTS, INC.

Donna Paad

Donna J. Paad,
Administration and Contracts Mgr.

/djp

encs.

UPS Next Day Air

SURETY DIVISION

9025 N. Lindbergh Dr. • Peoria, IL 61615

# POWER OF ATTORNEY

*Know All Men by These Presents:*

**BOND NO. SSB-** 310329

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI INSURANCE COMPANY**, an Illinois corporation, does hereby make, constitute and appoint D. Michael Sherman, John D. Schramm, Frank P. Middelberg, David W. Myer, Bruce W. Lockhart, Kyp L. Ross, Linda M. Cowin, Lisa M. Coloian, Melissa M. Lear, Kathy Van Tassel, Jointly or Severally in the City of Rocky River, State of Ohio its true and lawful Agent and Attorney-in-Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, the following described bond.

**Any bond, undertaking, recognizances, or other written obligations (other than bail bonds, bank depository bonds, mortgage deficiency bonds, mortgage guarantee bonds, guarantees of installment paper or note guarantee bonds) providing the bond penalty does not exceed Five Million Dollars ($5,000,000).**

The acknowledgement and execution of such bond by the said Attorney-in-Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

The RLI INSURANCE COMPANY further certifies that the following is a true and exact copy of the Resolution adopted by the Board of Directors of RLI Insurance Company, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the company by the President, Secretary, any Assistant Secretary, Treasurer, Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary and Assistant Secretary, or the Treasurer, may appoint Attorneys-in-Fact or Agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

*(Blue shaded area above indicates authenticity)*

IN WITNESS WHEREOF, the RLI Insurance company has caused these presents to be executed by its President with its corporate seal affixed this 1st day of January, 2000.

RLI INSURANCE COMPANY

By: Jonathan E. Michael
President

State of Illinois )
) SS
County of Peoria )

On this 1st day of January, 2000, before me, a Notary Public, personally appeared Jonathan E. Michael, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the RLI INSURANCE COMPANY and acknowledged said instrument to be the voluntary act and deed of said corporation.

Cynthia S. Dohm
Notary Public

"OFFICIAL SEAL"
CYNTHIA S. DOHM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/24/02

CERTIFICATE

I, the undersigned officer of RLI Insurance Company, a stock corporation of the State of Illinois, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the RLI Insurance Company this 31st day of October 2000.

RLI INSURANCE COMPANY

By: Jonathan E. Michael
President

CERTIFICATE OF AUTHORITY

Ohio Department of Insurance

Effective Date 12-22-1976

EXPIRES

JUN 3 0 2001

RLI INSURANCE COMPANY

NAIC ID 13056

uthorized in Ohio to transact the business of insurance, as defined in

| | |
|---|---|
| Section 3929.01 (A) | Accident & Health |
| Section 3929.01 (A) | Aircraft |
| Section 3929.01 (A) | Allied Lines |
| Section 3929.01 (A) | Boiler & Machinery |
| Section 3929.01 (A) | Burglary & Theft |
| Section 3929.01 (A) | Collectively Renewable A & H |
| Section 3929.01 (A) | Commercial Auto - Liability |
| Section 3929.01 (A) | Commercial Auto - No Fault |
| Section 3929.01 (A) | Commercial Auto - Phys. Damage |
| Section 3929.01 (A) | Credit |
| Section 3929.01 (A) | Credit Accident & Health |
| Section 3929.01 (A) | Earthquake |
| Section 3929.01 (A) | Fidelity |
| Section 3929.01 (A) | Financial Guaranty |
| Section 3929.01 (A) | Fire |
| Section 3929.01 (A) | Glass |
| Section 3929.01 (A) | Group Accident & Health |
| Section 3929.01 (A) | Guaranteed Renewable A & H |
| Section 3929.01 (A) | Inland Marine |
| Section 3929.01 (A) | Medical Malpractice |
| Section 3929.01 (A) | Multiple Peril - Commercial |
| Section 3929.01 (A) | Multiple Peril - Farmowners |
| Section 3929.01 (A) | Multiple Peril - Homeowners |
| Section 3929.01 (A) | Noncancellable A & H |
| Section 3929.01 (A) | Nonrenew - State Reasons (A&H) |
| Section 3929.01 (A) | Ocean Marine |
| Section 3929.01 (A) | Other Accident only |
| Section 3929.01 (A) | Other Liability |
| Section 3929.01 (A) | Private Passenger Auto - Liab. |
| Section 3929.01 (A) | Private Passenger Auto-Other |
| Section 3929.01 (A) | Private Passenger-Phys Damage |
| Section 3929.01 (A) | Surety |
| Section 3929.01 (A) | Workers Compensation |

OHIO DEPARTMENT OF INSURANCE

his Certificate of Authority is granted subject to the laws of the State of Ohio.

SURETY DIVISION

P.O. Box 3967
Peoria, Illinois 61612-3967
(309) 692-1000

# RLI Insurance Company

December 31, 1999

## Admitted Assets

| | |
|---|---|
| Investments: | |
| Fixed Maturities | $ 180,571,863 |
| Equity securities | 320,340,256 |
| Short-term investments | 35,489,496 |
| Real estate | 6,875,759 |
| Collateral loans | — |
| Cash on hand and on deposit | (1,338,133) |
| Other invested assets | 10,486,121 |
| Agents' balances | 12,933,171 |
| Investment income due and accrued | 3,784,446 |
| Federal income tax recoverable | 325,757 |
| Reinsurance recoverable on paid losses | 5,046,005 |
| Electronic data processing equipment, net of accumulated depreciation | 5,032,855 |
| Receivable from affiliates | 4,021,200 |
| Other admitted assets | 28,894,959 |
| Total Admitted Assets | $ 612,547,947 |

## Liabilities and Surplus

| | |
|---|---|
| Liabilities: | |
| Reserve for unpaid losses and loss adjustment expenses | $ 174,468,713 |
| Unearned premiums | 91,138,794 |
| Accrued expenses | 15,949,527 |
| Federal income taxes payable | — |
| Funds held | 1,148,530 |
| Amounts withheld | 3,859,385 |
| Statutory penalties | 271,200 |
| Payable to affiliates | — |
| Drafts outstanding | (1,251,479) |
| Total Liabilities | $ 326,301,106 |
| Surplus: | |
| Common stock | $ 10,000,375 |
| Additional paid-in capital | 52,575,474 |
| Unassigned surplus | 223,670,992 |
| Total Surplus | $ 286,246,841 |
| Total Liabilities and Surplus | $ 612,547,947 |

*State of Illinois*
*County of Peoria* } *SS.*

*The undersigned, being duly sworn, says: That he is the President of RLI Insurance Company; that said Company is a corporation duly organized, existing and engaged in business in the State of* Ohio *and has duly complied with all the requirements of the laws of said State applicable of said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under the Act of Congress approved July 1947, 6U.S.C sec. 6-13; and that to the best of his knowledge and belief the above statement is full, true, and correct statement of the financial condition of the said Company on the 31st day of December 1999.*

*Attest:*

RLI INSURANCE COMPANY CORPORATE SEAL ILLINOIS

{ Corporate Seal Affixed }

[signature] *President*
Jonathan E. Michael

[signature] *Secretary*
Camille J. Hensey

*Sworn to before me this 15th day of February 2000.*

"OFFICIAL SEAL" NOTARY PUBLIC STATE OF ILLINOIS CHERIE L. MONTGOMERY COMMISSION EXPIRES 02/02/04

{ Notarial Seal Affixed }

[signature] *Notary Public*
Cherie L. Montgomery
My commission Expires February 2, 2004
*State of Illinois*

NSSI
NATIONAL SURETY SERVICES, INC.

# FAX COVER SHEET

DATE: 09/28/00 FAX NO: 918-245-3651

ATTN: Debbie Smith

CO: Tiger Natural Gas

FROM: Tony (Sr.) DiGeronimo

SUBJECT: Bond Request Form

MEMO:

PAGE 1 OF 2

1534 Dunwoody Village Pkwy - Suite 220 - Atlanta, Georgia 30338
1-800-953-6699 - (770) 394-9444 - FAX (770) 394-6888

TIGER Natural Gas INC.
1-G West ...
Sand Springs, Oklahoma 7...
918 245 ...
918 245 2951
Minority Owned / Native American Woman

October 5, 2000

Mr. Tony DiGeronimo, Sr.
1534 Dunwoody Village Parkway
Suite 220
Atlanta, GA 30338

Dear Mr. Dieronimo:

Please find enclosed the bond request for a payment and performance bond. Also, enclosed is a copy of the contract #GS-07P-00-HHC-0066. If you have any questions, please call Brad Johnson or myself at (918) 245-2951.

Thank you for your help

Sincerely,

Deborah F. Smith

This form (Certificate of Progress Payments) must be submitted with each payment request (original signature and current date). This will prevent a delay in your payment.

# CERTIFICATION OF PROGRESS PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS

9000-0102

| | |
|---|---|
| 1. PROJECT NAME<br>Propane Backup System | 2. CONTRACT NUMBER<br>GS-07P-00-HHC-0066 |
| 3. PROJECT LOCATION<br>Federal Supply Center, Fort Worth, TX | 4. CONTRACT DATE |
| 5. NAME AND ADDRESS OF CONTRACTING OFFICER (Number, street, city, State and ZIP Code)<br>Carol Lautzenheiser<br>GSA, PBS, Special Services Division (7PMA)<br>819 Taylor Street, Room 11A01<br>Fort Worth, TX 76102-6105 | INSTRUCTIONS<br>Type or print all entries on this form except Item 7.<br>Please sign and return the original; keep a copy for your records. |

## 6. CERTIFICATION

In accordance with the clause at FAR 52.232-5, Payments Under Fixed-Price Construction Contracts, I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

| | |
|---|---|
| 7. CERTIFIED BY (Signature) | 8. DATE |
| 9. TYPE OR PRINT NAME AND TITLE OF CERTIFYING OFFICER | |
| 10. NAME AND ADDRESS OF CONTRACTOR (Number, street, city, State and ZIP Code) | |

# CERTIFICATION OF PROGRESS PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS

9000-0102

| 1. PROJECT NAME | 2. CONTRACT NUMBER |
| --- | --- |
| Propane Backup System | GS-07P-00-HHC-0066 |
| 3. PROJECT LOCATION<br>Federal Supply Center, Fort Worth, TX | 4. CONTRACT DATE |
| 5. NAME AND ADDRESS OF CONTRACTING OFFICER (Number, street, city, State and ZIP Code)<br>Carol Lautzenheiser<br>GSA, PBS, Special Services Division (7PMA)<br>819 Taylor Street, Room 11A01<br>Fort Worth, TX 76102-6105 | INSTRUCTIONS<br>Type or print all entries on this form except Item 7.<br>Please sign and return the original; keep a copy for your records. |

## 6. CERTIFICATION

In accordance with the clause at FAR 52.232-5, Payments Under Fixed-Price Construction Contracts, I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

| 7. CERTIFIED BY (Signature) | 8. DATE |
| --- | --- |
| | |

9. TYPE OR PRINT NAME AND TITLE OF CERTIFYING OFFICER

10. NAME AND ADDRESS OF CONTRACTOR (Number, street, city, State and ZIP Code)

# CERTIFICATION OF PROGRESS PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS

9000-0102

| 1. PROJECT NAME | 2. CONTRACT NUMBER |
| --- | --- |
| Propane Backup System | GS-07P-00-HHC-0066 |
| 3. PROJECT LOCATION | 4. CONTRACT DATE |
| Federal Supply Center, Fort Worth, TX | |

5. NAME AND ADDRESS OF CONTRACTING OFFICER (Number, street, city, State and ZIP Code)

Carol Lautzenheiser
GSA, PBS, Special Services Division (7PMA)
819 Taylor Street, Room 11A01
Fort Worth, TX 76102-6105

INSTRUCTIONS

Type or print all entries on this form except Item 7.

Please sign and return the original; keep a copy for your records.

## 6. CERTIFICATION

In accordance with the clause at FAR 52.232-5, Payments Under Fixed-Price Construction Contracts, I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

| 7. CERTIFIED BY (Signature) | 8. DATE |
| --- | --- |
| | |

9. TYPE OR PRINT NAME AND TITLE OF CERTIFYING OFFICER

10. NAME AND ADDRESS OF CONTRACTOR (Number, street, city, State and ZIP Code)

# CERTIFICATION OF PROGRESS PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS

9000-0102

| 1. PROJECT NAME | 2. CONTRACT NUMBER |
|---|---|
| Propane Backup System | GS-07P-00-HHC-0066 |
| **3. PROJECT LOCATION** | **4. CONTRACT DATE** |
| Federal Supply Center, Fort Worth, TX | |
| **5. NAME AND ADDRESS OF CONTRACTING OFFICER** (Number, street, city, State and ZIP Code) | **INSTRUCTIONS** |
| Carol Lautzenheiser<br>GSA, PBS, Special Services Division (7PMA)<br>819 Taylor Street, Room 11A01<br>Fort Worth, TX 76102-6105 | Type or print all entries on this form except Item 7.<br><br>Please sign and return the original; keep a copy for your records. |

## 6. CERTIFICATION

In accordance with the clause at FAR 52.232-5, Payments Under Fixed-Price Construction Contracts, I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract

| 7. CERTIFIED BY (Signature) | 8. DATE |
|---|---|
| | |

9. TYPE OR PRINT NAME AND TITLE OF CERTIFYING OFFICER

10. NAME AND ADDRESS OF CONTRACTOR (Number, street, city, State and ZIP Code)

# PERFORMANCE BOND
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)*

OMB No.: 9000-0045
Expires: 09/30/98

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing d sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any ot aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washingt DC 20405

PRINCIPAL *(Legal name and business address)*

Tiger Natural Gas, Inc
1 West 41st, Suite
Sand Springs, OK 74063

TYPE OF ORGANIZATION *("X" one)*

☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION

Oklahoma

SURETY(IES) *(Name(s) and business address(es))*

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENT |
|---|---|---|---|
| | 210 | 000 | 00 |

CONTRACT DATE

CONTRACT NO.

GS-07P-00-HHC-0066

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amo of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guara required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all d authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

## PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

## INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Se |
| NAME(S) *(Typed)* | 1. | 2. |

## CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

CORPORATE SURETY(IES) *(Continued)*

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." in the space designated "SURETY(IES)" on the face of the form, insert only the lette identification of the sureties.

(b) Where individual sureties are involved, a complete Affidavit of Individual Surety (Standard Form 28) for eac individual surety, shall accompany the bond. The Governmen may require the surety to furnish additional substantiatin information concerning their financial capability.

4. Corporations executing the bond shall affix their corporat seals. Individuals shall execute the bond opposite the wor "Corporate Seal", and shall affix an adhesive seal if executed i Maine, New Hampshire, or any other jurisdiction requirin adhesive seals.

5. Type the name and title of each person signing this bond i the space provided.

# PAYMENT BOND

(See instructions on reverse)

DATE BOND EXECUTED (Must be same or later than date of contract)

FORM APPROVED OMB NO. 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

PRINCIPAL (Legal name and business address)

Tiger Natural Gas, Inc
1 West 41st, Suite G
Sand Springs, OK 74063

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION

Oklahoma

SURETY(IES) (Name(s) and business address(es))

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | 105 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| | GS-07P-00-HHC-0066 |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

he above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

SURETY(IES) (Continued)

| | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|
| | | $ | |
| 2. | | | Corporate Seal |
| 2. | | | |
| | STATE OF INC. | LIABILITY LIMIT | |
| | | $ | |
| 2. | | | Corporate Seal |
| 2. | | | |
| | STATE OF INC. | LIABILITY LIMIT | |
| | | $ | |
| 2. | | | Corporate Seal |
| 2. | | | |
| | STATE OF INC. | LIABILITY LIMIT | |
| | | $ | |
| 2. | | | Corporate Seal |
| 2. | | | |
| | STATE OF INC. | LIABILITY LIMIT | |
| | | $ | |
| 2. | | | Corporate Seal |
| 2. | | | |
| | STATE OF INC. | LIABILITY LIMIT | |
| | | $ | |
| 2. | | | Corporate Seal |
| 2. | | | |

STRUCTIONS

...d Act ...y ...e on the face of the form, insert only the letter identification the sureties.

(b) Where individual sureties are involved, a compl... Affidavit of Individual Surety (Standard Form 28) for ... individual surety, shall accompany the bond. The Government ... require the surety to furnish additional substantiating informa... concerning their financial capability.

4. Corporations executing the bond shall affix their corpo... seals. Individuals shall execute the bond opposite the w... "Corporate Seal", and shall affix an adhesive seal if execute... Maine, New Hampshire, or any other jurisdiction requiring adhe... seals.

5. Type the name and title of each person signing this bon... the space provided.