GSA

GSA Greater Southwest Region

July 12, 2002

Tiger Natural Gas
Attn: Rick Phillips
1-G West 41st
Sand Springs, OK 74063

Subject: Annual Cost Savings, Propane Backup System, GS-07P-00-HHC-0066

Dear Mr. Phillips:

This is in reference to the above contract which was awarded to Tiger Natural Gas, Inc. on October 10, 2000. The terms and conditions of this contract stipulated that the Government was to meet an accepted annual cost savings guarantee after the installation of a propane backup system.

According to Schedule 1, provided by Tiger Natural Gas, Inc. in your proposal and your letter of clarifications dated September 5, 2000, the Government was to realize a guaranteed savings of $29,837.38 per year. To date, the Government has not received the savings guarantee stipulated in this contract.

The Government's accepted this project in April 2001. Tiger Natural Gas, Inc. is required to pay the Government from the date acceptance, April 2001, through to the current date of July 2002 in the amount of $37,296.73 for the savings which has not occurred.

Please submit your check in the amount of $37,296.73 made payable to General Services Administration no later than August 1, 2002.

If you have any questions regarding this correspondence, please contact Pia Heiges at (817) 978-3849.

Sincerely,

Carol Lautzenheiser

Carol Lautzenheiser
Contracting Officer
Acquisition Services Branch

U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6105
www.gsa.gov