# HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON

A PROFESSIONAL CORPORATION

320 SOUTH BOSTON AVENUE
SUITE 400
TULSA, OKLAHOMA
74103-3708

TELEPHONE (918) 594-0400
FACSIMILE (918) 594-0505

http://www.hallestill.com

JAMES C. T. HARDWICK
THOMAS D. GABLE
THOMAS F. GOLDEN
LARRY W. SANDEL
ANDREW M. WOLOV
FRANK M. HAGEDORN
J. PATRICK CREMIN
J. KEVIN HAYES
MICHAEL D. GRAVES
JAMES D. SATROM
RICHARD A. GROENENDYKE, JR.
GRAYDON D. LUTHEY, JR.
DEL L. GUSTAFSON
MARK K. BLONGEWICZ
MICHAEL D. COOKE
KENNETH L. HUNT
E. KENNETH COX, JR.
DONALD L. KAHL
D. KENYON WILLIAMS, JR.
THOMAS P. SCHROEDTER
JAMES J. PROSZEK
JAMES M. REED

THOMAS A. CREEKMORE III
STEPHEN W. RAY
MARGARET A. SWIMMER
MICHAEL T. KEESTER
SUSAN L. GATES
RONALD Q. RAY, JR.
RONALD A. WHITE
FRED M. BUXTON
STEVEN A. BROUSSARD
STEVEN W. SOULE
MICHAEL L. NEMEC
JOSEPH D. FINCHER
ANGELYN L. DALE
R. MARK PETRICH
PAMELA H. GOLDBERG
MARK BANNER
ROBERT F. DOUGHERTY
T. LANE WILSON
BETSY G. JACKSON
ROBERT P. FITZ-PATRICK
SARAH JANE McKINNEY
PAMELA S. ANDERSON

JOHN F. HEIL, III
MARSHALL J. WELLS
ANTHONY J. JORGENSON
HEATHER L. CUPP
KYLE D. FREEMAN
MONICA L. MAPLE
W. DEKE CANADA
MICHAEL J. LISSAU
BONNIE N. HEPNER
JANICE L. GADDIS
KIMBERLY R. BIEDLER
KERI G. WILLIAMS
DAVID J. SCHAFFER
JONATHAN D. CARTLEDGE
JOHN J. TREBILCOCK

OKLAHOMA CITY, OKLAHOMA
ROBERT D. NELON
J. FRED GIST
MICHAEL E. SMITH
RALPH E. SEALS, JR.
ROBERT D. LOONEY, JR.

DONNA N. BLAKLEY
SHARON T. THOMAS
DANIEL J. GLOVER
KENT A. GILLILAND
JON A. EPSTEIN
ELAINE R. TURNER
CHRISTIAN S. HUCKABY
SUSANNA G. VOEGELI
J. TODD WOOLERY

WASHINGTON D.C.
JOHN B. RUDOLPH
JOSEPH R. MEMBRINO*
DONALD R. DINAN*
JOHN J. McDERMOTT*
JAMES B. WILCOX, JR.*
CRAIG A. KOENIGS*
SANDEEP KATHURIA*

NORTHWEST ARKANSAS
CURTIS E. HOGUE*
JAMES L. HARRIS*

*NOT ADMITTED IN OKLAHOMA

OF COUNSEL
JOHN S. ESTILL, JR.
WILLIAM W. PRITCHARD
DAVID L. HILL*
RAYMOND B. KELLY
AUDREY P. RASMUSSEN*
CLIVE A. SEYMOUR
JANE L. ALLINGHAM

OKLAHOMA CITY, OKLAHOMA OFFICE
100 NORTH BROADWAY
BANK ONE CENTER, SUITE 2900
OKLAHOMA CITY, OK 73102-8865
TELEPHONE (405) 553-2828
FACSIMILE (405) 553-2855

WASHINGTON, D.C. OFFICE
1120 20TH STREET, N.W.
SUITE 700, NORTH BUILDING
WASHINGTON, D.C. 20036-3406
TELEPHONE (202) 973-1200
FACSIMILE (202) 973-1212

NORTHWEST ARKANSAS OFFICE
ONE EAST CENTER STREET
SUITE 315
FAYETTEVILLE, AR 72701-5388
TELEPHONE: (479) 973-5200
FACSIMILE: (479) 973-0520

WALTER B. HALL (1923-1986)
FRED S. NELSON (1928-1987)


August 6, 2002

J. Kevin Hayes
(918) 594-0460
khayes@hallestill.com

**VIA REGISTERED MAIL**

Carol Lautzenheiser
Contracting Officer
U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6195

Re: Tiger Natural Gas: Annual Cost Savings, Propane Backup System, GS-07P-00-HHC-0066

Dear Ms. Lautzenheiser:

This letter responds to your July 12, 2002, and July 29, 2002, letters to Bob Smith of Tiger Natural Gas Inc ("TNG"). We have been retained by TNG to review various contract documents relating to the demand for payment set forth in your letters. In our assessment, TNG does not owe the U.S. General Services Administration ("GSA") any sums for guaranteed savings under the October 10, 2000, contract (the "Contract") by and between GSA and TNG.

Based on our review of the Contract and related documents, the Contract does not include a savings guarantee by TNG. The various correspondences between the parties clarifying TNG's initial proposal fail to indicate that the parties ever reached agreement for such a guarantee. Furthermore, even if the various savings analyses provided by TNG can be construed as a "guarantee" by TNG, those analyses clearly made TNG's calculation of anticipated savings contingent upon GSA maintaining average yearly gas consumption of at least 36,946 Mcf and, more importantly, GSA switching to an industrial interruptible rate for natural gas service. Our understanding is that GSA turned down the opportunity to enter into an interruptible gas transportation agreement with the gas provider. The lack of such an agreement switching GSA to interruptible service completely undermines the contingencies for TNG's savings estimates.

Our client desires to work with GSA to promptly reach amicable resolution of this matter. We therefore request submission of this matter to arbitration or some other mutually agreeable form of alternative dispute resolution. Please let us know how GSA wishes to proceed toward resolution.

Very truly yours,

J. Kevin Hayes

cc: Bob Smith

284409.1:811343:00700