IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIGER NATURAL GAS, INC. | ) | |
| Plaintiff, | ) | No. 03-2201C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael F. Bahler as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MICHAEL F. BAHLER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/Micheal F. Bahler

MICHAEL F. BAHLER
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-3020
Fax No: (202) 514-8624

October 7, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __7th__ day of October 2003, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Sandeep Kathuria, Esq.
1422 East 71st Street, Suite J
Tulsa, Oklahoma 74136

s/ Micheal F. Bahler