IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIGER NATIONAL GAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2201C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR AN ENLARGEMENT OF TIME AND DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including January 16, 2003, within which to file and to serve its response to the complaint. This motion was originally filed on November 14, 2003 at the Court of Federal Claims. We were notified on November 18, 2003 by the clerk's office that the motion needed to be filed electronically. Our response was due on November 17, 2003. This is our first request for an enlargement of time for this purpose. We notified counsel for Tiger National Gas, Sandeep Kathuria, of our intent to request an enlargement of time. Mr. Kathuria informed us that he does not consent to the motion.

The General Services Administration ("GSA") requires additional time to analyze the case in light of its ongoing activities before it will be able to prepare a litigation report pursuant to 28 U.S.C. § 520. We currently anticipate that the requested 60 days will give counsel for GSA sufficient time to

prepare the litigation report and allow us time to review the report, to complete the Government's response to the complaint, and to have the response reviewed by counsel's supervisor.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until January 16, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick by Deborah Bynum
MARK A. MELNICK
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 307-1011
Facsimile: (202) 514-8624
Attorneys for Defendant

November 18, 2003