IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2201C

(Filed: November 19, 2003)

TIGER NATURAL GAS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

On November 18, 2003, the Court received Defendant's Motion for Leave to File Motion for an Enlargement of Time and Defendant's Motion for an Enlargement of Time within which to respond to plaintiff's complaint through the Court's case management/electronic case filing ("CM/ECF") system. Defendant explains that it originally filed a paper copy of its Motion for an Enlargement of Time on November 14, 2003, but such filing was rejected by the Clerk's Office for failure to file electronically. Defendant's response to the complaint was initially due on November 17, 2003.

In its Motion for an Enlargement of Time, defendant requests an additional 60 days, to and including January 16, 2004, within which to respond to the complaint. Defendant explains that this time is required to allow the General Services Administration to prepare a litigation report. Defendant also indicates that plaintiff does not consent to the motion. The Court notes that it may grant extensions at its discretion for cause shown and that this Court frequently grants an initial enlargement of time of sixty days or less to respond to a complaint. *See* RCFC 6(b), 77.2(a).

Pursuant to General Order No. 42, the Acting Clerk of the Court issued a Notice of Designation on September 17, 2003, designating this case as an electronic case and instructing counsel immediately to obtain an account in order to receive service of electronically filed documents. The Clerk's Office informed chambers that plaintiff's counsel in this case has not yet received a CM/ECF account.

In these circumstances, it is **ORDERED** as follows:

1. Defendant's Motion for Leave to File is GRANTED. The Clerk's Office shall file

Defendant's Motion for an Extension of Time as of this date.

2. Good cause having been shown, defendant's Motion for an Extension of Time is GRANTED. Defendant shall respond to the complaint on or before January 16, 2004.

3. Plaintiff's counsel shall immediately obtain an account to use the Court's CM/ECF system. Information about the CM/ECF system, including the process to obtain such an account, is available at the Court's public website (www.uscfc.uscourts.gov).

4. The Clerk's Office is directed to serve this Order together with Defendant's Motion for Leave to File Motion for an Enlargement of Time and Defendant's Motion for an Enlargement of Time on plaintiff's counsel of record by mail. However, all future service and filing in this case shall proceed pursuant to General Order No. 42 and the Notice of Designation.

s/ Charles F. Lettow
Charles F. Lettow
Judge