IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIGER NATIONAL GAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2201C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including February 15, 2004, within which to file and to serve its response to the complaint. Our response is currently due on January 16, 2004. The parties anticipate entering into settlement negotiations commencing the week of January 19, 2004. The additional thirty days will afford the parties time to explore options for resolving the case without further inconvenience to the Court. We notified counsel for Tiger National Gas, Sandeep Kathuria, of our intent to request this enlargement of time. Mr. Kathuria consented to the motion. This is our second request for an enlargement of time to file an answer.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until February 15, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 307-1011
Facsimile: (202) 514-8624
Attorneys for Defendant

January 16, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this ______ day of January,

2004, I caused to be placed in the United States mail (first class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

Sandeep Kathuria
General Counsel
Tiger Natural Gas, Inc.
1422 East 71st Street, Suite J
Tulsa, Oklahoma 74136

______________________________