IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIGER NATIONAL GAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2201C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including March 18, 2004, within which to file and to serve its response to the complaint. Our response is currently due on February 17, 2004. We notified counsel for Tiger National Gas, Sandeep Kathuria, of our intent to request this enlargement of time. Mr. Kathuria did not consent to the motion. This is our third request for an enlargement of time to file a response.

Having now reviewed the litigation report for the case, the Government counsel is consulting carefully with the agency and his supervisor regarding potential liability that might exist in this case. The Government requires the additional time for consultation because counsel will be on travel to Los Angeles for a deposition and document review in the Independence Park Apartments case, 94-1A-C. Additionally, if counsel were to reach a belief that liability existed, he will be required to seek a decision upon that issue form the authorized representative of

the Attorney General. In order to provide adequate time to complete these tasks, we request an enlargement of thirty days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 307-1011
Facsimile: (202) 514-8624
Attorneys for Defendant

February __, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this ______ day of February__, 2004, I caused to be placed in the United States mail (first class, postage prepaid) copies of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

Sandeep Kathuria
General Counsel
Tiger Natural Gas, Inc.
1422 East 71st Street, Suite J
Tulsa, Oklahoma 74136

________________________________