IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2201C

(Filed: February 17, 2004)

TIGER NATURAL GAS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court is defendant's Motion for an Enlargement of Time, filed on February 13, 2004. Defendant requests an addition thirty days, to and including March 18, 2004, in which to file its response to the complaint. Defendant notes that plaintiff does not consent to the present Motion.

Good cause having been shown, defendant's Motion for an Enlargement of Time is GRANTED. Defendant shall respond to the complaint on or before March 18, 2004. No further enlargements of time will be granted for this purpose absent a showing of compelling circumstances.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge