# EXHIBIT 1

GSA

GSA Accounting and Financial Services
Greater Southwest Center

December 22, 2003

OPTIONAL FORM 99 (7-90)
FAX TRANSMITTAL 12/22/03 # of pages ► 1
To Amanda Wood | From Deborah Holden
Dept./Agency GSA / LR | Phone # 817-978-4566
Fax # 202-501-1944 | Fax # 817-978-4567
NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

To: Amanda Wood
Assistant General Counsel
General Services Administration
Real Property Division (LR)

From: Mike Stroud
Director, PBS Payment Division (7BCP)
Accounting and Financial Services, Greater Southwest Center

Subject: GSA Claim Number 703PL308 (Tiger Natural Gas)

Dear Ms. Wood;

This letter is in regards to GSA claim 703PL308. The claim was in the amount of $44,125.53, which consists of $39,783.17 of principal and $4,342.36 of interest. The following payments were withheld to satisfy this claim of $44,125.53:

| Account | ACT# | Amount W/H | Month of Service | Date W/H |
|---|---|---|---|---|
| CANAL | 01524899 | $ 6.47 | June | 8/21/03 |
| CLARK | 04421724 | $ 1,566.39 | June | 8/21/03 |
| DEABORN | 96226762 | $ 510.66 | July | 8/21/03 |
| FDA | 76542291 | $ 11,667.04 | June | 8/11/03 |
| BRICKER | 85833522 | $ 347.34 | May | 8/11/03 |
| KINNEARY | 85833519 | $ 1,591.05 | May | 8/08/03 |
| T2706435119 | 05707324 | $ 47.55 | June | 8/07/03 |
| GSA SUITLAND 2 | 09767697 | $ 5,012.79 | June | 8/07/03 |
| INDIANAPOLIS GSA | 93076770 | $ 23,367.26 | July | 8/26/03 |

Total Amount W/H $ 44,126.55

I hope that the offset break-down provided above is sufficient for your needs. If you have any questions, please do not hesitate to call me or Deborah Holden, Manager, PBS Recurring Payments Group at 817-978-4566.

Sincerely,

Mike Stroud

Mike Stroud
Director, PBS Payment Division (7BCP)
Accounting and Financial Services, Greater Southwest Center
Phone: 817-978-8400
FAX: 817-978-3340