IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIGER NATIONAL GAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2201C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of ten days, to and including March 28, 2004, within which to file and to serve its response to the complaint. Our response is currently due on March 18, 2004. We notified counsel for Tiger National Gas, Sandeep Kathuria, of our intent to request this enlargement of time. Mr. Kathuria did not consent to the motion. This is our fourth request for an enlargement of time to file a response. Our first request was for 60 days. Our second and third requests were each for 30 days.

Tiger has represented to the Government that it believes the present action before the Court would continue even if the Government were to admit liability as to the offset in question. Because of this novel position by Tiger, counsel for the Government must seek additional layers of supervisory review regarding how to proceed. We are mindful of the Court's last order stating that an additional enlargement would only be granted upon a showing of compelling circumstances. We believe

an additional ten days to respond to the complaint is warranted in light of Tiger's position. We thus request an enlargement of ten days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 307-1011
Facsimile: (202) 514-8624

March 18, 2004 Attorneys for Defendant