IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIGER NATURAL GAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | No. 03-2201C<br>(Judge Lettow) |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S FOURTH MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff Tiger Natural Gas, Inc. ("Tiger") respectfully opposes Defendant's Motion for its fourth enlargement of time to respond to Tiger's Complaint. Defendant has not established "compelling circumstances" to justify another extension.

This is not a complex case. Tiger is a small company seeking (1) to undo by declaratory judgment a GSA contracting officer's final decision; and (2) to gain the release of approximately $44,000 setoff from Tiger's invoices. In Defendant's Motion, Defendant indicates a willingness only to release the funds setoff in the apparent belief that this tactic would defeat the Court's jurisdiction as to Tiger's request for declaratory judgment. While Tiger disagrees, Defendant's hypothetical admission of partial liability is not at issue here. Even if Tiger was advancing some novel position, it would not be relevant to Defendant's obligation to file a responsive pleading.

Defendant remarkably now blames its failure to file an answer on Tiger. While the government holds Tiger's money, Defendant already has taken more than six months to discuss strategy. Indeed, in two of Defendant's previous three motions seeking extensions, Defendant's lead counsel cited the need to speak to his supervisors. Yet

Defendant fails to explain why these conversations have not occurred by now. The Court should not countenance any further delays. Therefore, Defendant's Motion should be denied.

DATED this 18th day of March, 2004.

Respectfully submitted,

s/ Sandeep Kathuria
General Counsel
Tiger Natural Gas, Inc.
1422 East 71st Street, Suite J
Tulsa, OK 74136
(918) 491-6998 (telephone)
(918) 491-6659 (facsimile)
skathuria@tigernaturalgas.com