JKTT

GSA

RECEIVED

SEP 23 2002

KEVIN HAYES

GSA Greater Southwest Region

September 19, 2002

Hall, Estill, Hardwick, Gable, Golden & Nelson
Attn: J. Kevin Hayes
320 S. Boston Ave. Suite 400
Tulsa, OK 74103

Subject: Tiger Natural Gas, Annual Cost Savings, Propane Backup System, GS-07P-00-HHC-0066

Dear Mr. Hayes:

This letter is in response to your correspondence dated August 6, 2002 in which you state that Tiger Natural Gas (TNG) has retained you to review the contract they have established with General Services Administration (GSA).

TNG came to GSA with an unsolicited proposal which stated they could save the Government money by installing a propane tank at the Fort Worth Federal Center. Our regional energy team reviews all proposals and would not have pursued a project or entered into a contract which does not contain a "savings guarantee" for the Government as is required under the Energy Policy Act of 1992.

Under section B.1 of our solicitation it states "the Government requires energy conservation services at the Fort Worth Federal Center in Fort Worth, Texas, and seeks to obtain these services using this energy savings performance contract (ESPC) solicitation." The contractor was to receive payment based on the annual cost savings from the installed propane tank.

In accordance with section B.2.1 (b) 2 "the offeror shall complete Schedule 1 to reflect the estimated Government share of annual cost savings after ECM installation and acceptance by the Government." This is a performance contract.

The proposal submitted by TNG demonstrated there would be an associated savings of $90,000 per year. Through subsequent conversations and clarifications between TNG and GSA, GSA was consistently assured numerous times that there would be a savings associated with proceeding with this project. Otherwise, GSA would not have entered into this agreement. The Government has paid but your client has not performed under the performance contract.

U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6195
www.gsa.gov

The last clarification between TNG and GSA established the savings guarantee would be $ 29,837.38 per year. At the end of the clarifications statement TNG wrote "TNG is willing to accept liability of the contract and proceed with a contract if awarded." In good faith, GSA agreed to accept this lesser amount of savings as provided by TNG and proceed with the project. Now that the project has been completed and GSA has noticed the projected savings is not occurring, TNG has been contacted. Once again, Ms. Lori Johnson, President of TNG assurred GSA staff the Government would not incur a loss and that TNG would remedy the situation, and make things right.

GSA holds TNG liable and demands payment from TNG in the amount of $39,783.17 covering the period of April 2001 to present to include any federally applicable interest charges. The interest rate shall be the rate established by the Secretary of the Treasury, for the period affected, under Public Law 92-41.

In accordance with FAR part 33.2 and GSAM part 533.2, this correspondence represents the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision; and therefore, in accordance with FAR 32.610(b) in all cases where the decision results in a finding that the contractor is indebted to the Government.

If you have any questions regarding this correspondence, please contact Pia Heiges at (817) 978-3849.

Sincerely,

Carol Lautzenheiser

Carol Lautzenheiser
Contracting Officer
Acquisition Services Branch