GSA

GSA Greater Southwest Region

March 29, 2004

Sandeep Kathuria, Esq.
General Counsel
Tiger Natural Gas, Inc.
1422 East 71st Street, Suite J
Tulsa, Oklahoma 74136

Re: Pending litigation with the U.S. Court of Federal Claims on
Contract no. GS-07P-00-HHC-0066, Tiger Natural Gas

Dear Mr. Kathuria,

I am the contracting officer for the above-mentioned contract, GS-07P-00-HHC-0066 and I have the authority to release the offset in controversy.

I will withdraw my initial final decision to the extent that I am releasing the offset, plus interest withheld, associated with the current litigation, Docket No. 03-2201C which totals $44,125.55. I wish to emphasize that this letter is in no way a concession of our positions regarding the proper interpretation of the contract.

Sincerely,

Carol Lautzenheiser

Carol Lautzenheiser
Contracting Officer (7PMA)

U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6195
www.gsa.gov