IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2201C

(Filed: April 2, 2004)

TIGER NATURAL GAS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the Court are defendant's Motion for an Enlargement of Time, filed on March 18, 2004, and defendant's Motion to Stay Proceedings, filed on March 29, 2004. In its Motion for an Enlargement, defendant seeks additional time in which to respond to the complaint. This is defendant's fourth request for an enlargement for this purpose, and plaintiff filed an opposition to such request on March 18, 2004. In its Motion to Stay, defendant asks that the Court stay proceedings in this case to facilitate the payment of the disputed "offset" at issue. Defendant avers that such payment will moot this case. Plaintiff filed an opposition to defendant's request for a stay on April 1, 2004, contesting defendant's mootness claims.

In these circumstances, it is hereby ORDERED as follows:

1. Defendant's Motion to Stay Proceedings is DENIED; and

2. Defendant's fourth Motion for an Enlargement of Time to answer or otherwise respond to plaintiff's complaint is GRANTED IN PART. Defendant shall file an answer or other response to the complaint on or before April 12, 2004. No further extensions for this purpose will be granted. If defendant files a motion to dismiss the complaint rather than an answer to the complaint, defendant shall address (1) whether plaintiff is entitled to interest on the amount offset by defendant, running from the date of the contracting officer's receipt of plaintiff's claim to the date of payment by the government, and (2) whether plaintiff's claim of entitlement to a declaratory judgment survives defendant's voluntary payment of the offset without any admission of liability.

s/ Charles F. Lettow
Charles F. Lettow
Judge