## EFT Payment Information

Actions

Disbursing Office: AU7
Trace Number: 00159341
Payment Date: 04/06/2004
Payment Amount: $44,125.55
Cancel Type:

Schedule Information

Fiscal Year: 2004
Category: ACH (CCD+/PPD+)
Type: Corporate
Number: GS04V0494

Vendor Code: 731382603
Address Code: 00052
Vendor Name: TIGER NATURAL GAS
Vendor Bank Code: 103102216
Vendor Bank Name: PAWNEE NATIONAL BANK
Vendor Bank Account Number: 1004387
Offset Amount:

Offset
Details