IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2201C

(Filed: May 19, 2004)

| | |
|---|---|
| TIGER NATURAL GAS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the Court is defendant's Motion to Dismiss, filed on April 12, 2004. A hearing on such Motion shall commence at 10:00 a.m. on June 10, 2004. Counsel shall participate in the hearing telephonically, and the Court will initiate the telephone call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge