IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TIGER NATURAL GAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | No. 03-2201C<br>(Judge Lettow) |

JOINT SUPPLEMENT TO RECORD

Pursuant to the Court's request during the judicial telephone conference held on June 10, 2004, Plaintiff Tiger Natural Gas, Inc. ("Tiger") and Defendant respectfully submit the following documents: 1) Letter from GSA contracting officer Carol Lautzenheiser dated March 27, 2003, notifying Tiger that certain invoices were returned pending resolution of GSA's outstanding claim under Case No. GSBCA 16039 see Exhibit 1; and 2) the decision of the GSA Board of Contract Appeals dated July 16, 2003, under GSBCA 16039, dismissing Tiger's GSBCA case for lack of jurisdiction. see Exhibit 2.

The parties agree that the offsets referenced in Carol Lautzenheiser's letter dated March 27, 2003, were released to Tiger. Compl. ¶18. Defendant further represents that any and all offsets related to this case have been released to Tiger.

DATED this 14th day of June, 2004.

Respectfully submitted,

s/ Sandeep Kathuria
General Counsel
Tiger Natural Gas, Inc.
1422 East 71st Street, Suite J
Tulsa, OK 74136
(918) 491-6998 (telephone)
(918) 491-6659 (facsimile)
skathuria@tigernaturalgas.com

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 305-3020