March 27, 2003

Tiger Natural Gas, Inc.
Attn: Bob Smith
P.O. Box 702437
Tulsa, OK 74170-2437

Dear Mr. Smith

Re: Invoices for Natural Gas Deliveries and Transportation for New Mexico

We are in receipt of the following invoice numbers 103101, 103102, 103103, and 103104, all dated 2/28/03. These invoices are hereby being returned to you as unpaid. Payment of the invoices is currently being withheld pending the resolution of the outstanding claim against Tiger Natural Gas, Inc. under contract number GS-07P-00-HHC-00066, Case No. GSBCA 16039.

Once settlement is made in regards to the above mentioned claim, the invoices may be reconsidered if payment is determined to be due.

Sincerely,

Carol Lautzenheiser
Contracting Officer
Acquisition Services Branch

Enclosures