IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2201C

(Filed: September 15, 2004)

TIGER NATURAL GAS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

SCHEDULING ORDER

Pursuant to RCFC 16(b) and RCFC Appendix A, ¶8, and in light of the Joint Preliminary Status Report filed on September 9, 2004, discovery and other preparatory proceedings in this case shall take place in accord with the following schedule:

| | | |
|---|---|---|
| (1) | Disclosure of Expert Reports | May 2, 2005 |
| (2) | Completion of Depositions of Experts | July 15, 2005 |
| (3) | Completion of Discovery | August 1, 2005 |
| (4) | Submission of a Joint Status Report addressing the topics identified in RCFC Appendix A, ¶¶ 11-12. | August 18, 2005 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge