IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIGER NATURAL GAS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2201C |
| | ) | (Judge Charles F. Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kyle Chadwick as attorney of record for the United States, replacing Michael Bahler. Service of all papers by opposing parties should be addressed as follows:

KYLE CHADWICK
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: September 20, 2004

s/Kyle Chadwick
Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Tele: (202) 307-0277
Fax: (202) 305-7644
Email: Kyle.Chadwick@usdoj.gov

CERTIFICATE OF FILING

I certify that on September 20, 2004, the foregoing notice of appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick