IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TIGER NATURAL GAS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. ~~04~~ 03-2201C (Judge Lettow) |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have reached a settlement in this matter. Pursuant to Rule 41(a) of the Court's Rules, the parties stipulate that all claims presented by the complaint in this action shall be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

TIGER NATURAL GAS, INC.

S/
BY: SANDEEP KATHURIA
General Counsel
1422 East 71st Street, Suite J
Tulsa, Oklahoma 74136
(918) 491-6998 (telephone)
(918) 491-6659 (facsimile)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
MARK A. MELNICK
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562

OF COUNSEL:
AMANDA WOOD
Assistant General Counsel
General Services
Administration

Attorneys for Defendant

March 24, 2005