IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2201C

(Filed: April 1, 2005)

TIGER NATURAL GAS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a Stipulation of Dismissal with Prejudice, filed electronically on March 24, 2005. The clerk's office has notified chambers that the electronic signatures on this Stipulation are incomplete. This defect appears to be an artifact of the electronic filing process and not a substantive defect because an attempt was made to sign the Stipulation electronically for both parties to the case. Accordingly, and for good cause shown, the clerk shall file the Stipulation and shall enter judgment pursuant to the Stipulation dismissing the case with prejudice.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge